CIVIL DOCKET
UNITED STATES DISTRICT COURT

C-70 627

Jury demand date:

#16

WAI
LH
MJJ

C. Form No. 106 Rev.

| CLOSING CARD PREPARED TITLE OF CASE | ATTORNEYS |
|---|---|
| ▓▓▓▓▓ LAU, a Minor by and through Mrs. KAM WAI LAU, his Guardian Ad Litem; et al | For plaintiff: Wong, Berggren & Siedman<br>755 Commercial St. S. F. Calif. 94108<br>Tele: 362-5630 |
| VS | Legal Aid Society Employment Law Center<br>600 Harrison Street, Suite 120<br>San Francisco, CA 94107<br>415 864 8848<br>415 864 8199 Fax<br>Attorneys for the Plaintiff<br>Christopher Ho 129845 Esq<br>William N. Nguyen 215259 Esq. |
| ALAN H. NICHOLS, President, and Dr. Laurel E. Glass, Dr. Zuretti L. Goosby, Edward Kemmitt, et al | |
| SEALED EXHIBITS ——<br>PHYSICAL EXHIBITS ——<br>FRC ACCESSION — 75A424   21-96-0001<br>BOX NO. — 65    001   142475l<br>LOCATION — 339673 | For defendant: Thomas M. O'Connor, 206 City Hall, SF |
| | San Francisco Unitefied School District<br>    Louise H. Renne<br>    City Attorney<br>    Mark E. Barmore<br>    City Hall, Room 206    Christopher Ho<br>    San Francisco, CA 94102<br>    415 554 4270 |
| ACCESSION NO. 75A424<br>BOX NO. 65<br>LOCATION NO. 339673 | |

| STATISTICAL RECORD | COSTS | | DATE | NAME OR RECEIPT NO. | REC. | DISB. |
|---|---|---|---|---|---|---|
| U.S. 5 mailed  3-25-70 | Clerk | | 3-25-70 | 74348 | 1500 | |
| | | | MAR 27 1970 | C01-75 | | 1500 |
| U.S. 6 mailed  Oct 28-76<br>MAY 27 1970 | Marshal | | | | | |
| Basis of Action: Civil Rights<br>Injunction & Declaratory | Docket fee | | | | | |
| | Witness fees | | | | | |
| Action arose at:<br>RE-OPEN  Apr 3-74 | Depositions | | | | | |

C-70 627 WAI

et al
LAU vs Alan H. Nichols et al

| DATE 1970 | CLOSING CARD PREPARED | PROCEEDINGS | Date Order Judgment No |
|---|---|---|---|
| Mar. 25 | 1. | Filed Complaint & issued summons | |
| Mar. 25 | 2. | Filed ord for private process (Edward H. Steinman) | (Clerk) |
| 25 | 3. | Filed ORD appointing guardians ad litem. | (Zirpo. |
| Mar. 25 | 4. | Filed affidavit of Denise Lee. | |
| Mar. 27 | 5. | Filed summons on ret, exec 3-25-70. | |
| April 8 | 6. | Filed pltfs memo of pts & auths in support of mo for prelim inj. | |
| April 8 | 7. | Filed OSC, ret 5-7-70, 1:30PM. | (Burke |
| April 9 | 8. | Filed pltfs affidavit of mailing memo of pts & auths. | |
| Apr. 17 | 9. | Filed pltfs interrogs to defts. | |
| Apr. 27 | 10. | Filed defts RESPONSE to OSC; memo in oppos to mo for prelim inj & mo to dismiss. | |
| May 5 | 11. | Filed defts suppl memo in oppos to mo for prelim inj & in support of mo to dismiss. | |
| May 8 | 12. | Filed pltfs REPLY brief to memo of defts opposing mo for prelim inj. | |
| 8 | 13. | Filed pltfs affidavit of Wilfred Ho in support of pltfs mo for prelim inj. | |
| May 8 | 14. | Filed pltfs affidavit of Fletcher Chan in support of pltfs mo for prelim inj. | |
| May 12 | | ORD aft hrg, mo for prelim inj contd to 5-20-70. | (Burke |
| May 12 | 15. | Filed STIP & ORD as to number of Chinese speaking students in SF Unified School Dist. | (Burke |
| May 12 | | After hrg. plff's Mo. for prel. injunction, Denied and the deft's Mo. to Dismiss, Denied. Ord. to be submitted. Counsel given to Tuesday, May 26th to present more evidence. Exhibits will be found in the exhibit room (Brown Envelope) | (Burke |
| May 26 | 16. | Filed ANS of deft to complaint. | |
| 26 | 17. | Filed defts affidavit of Edward D. Goldman in oppos to mo for prelim inj & in support of mo to dismiss. | |
| 26 | 18. | Filed ANS of deft to interrogs. | |
| 26 | 19. | Filed pltfs affidavit of Edward H. Steinman. | |
| 26 | 20. | Filed pltfs affidavit of Dr. A. Richard Diebold, Jr. | |
| May 26 | 21. | Filed FINDINGS OF FACT & CONCLUSIONS OF LAW; pltfs mo for prelim injs, perm. inj denied; defts mo to dismiss denied; Court finds for the defts. | (Burke |
| Jun 22 | 22 | Filed motion by Pltff's for leave to proceed on Appeal in Forma Pauperis | |
| Jun 22 | 23 | Filed Affidavit of Mrs. Fung Yee Yee in support of motion to proceed on appeal in forma pauperis | |
| Jun 22 | 24 | Filed Affidavit of Denise Lee in support of motion to proceed on appeal in forma pauperis | |

| DATE 1970 | CLOSING CARD PREPARED | PROCEEDINGS |
|---|---|---|
| Jun 22 | 25 | Filed Affidavit of Mrs. Kam Wai Lau in support of motion to proceed on Appeal in Forma Pauperis |
| Jun 22 | 26 | Filed Affidavit of Yue Bew Leong in support of motion to proceed on appeal in forma pauperis |
| Jun 22 | 27 | Filed Affidavit of Mrs. Choi Kam Tom in support of motion to proceed on appeal in forma pauperis |
| Jun 22 | 28 | Filed Affidavit of Mrs. Julia Sun in supprt of motion to proceed on appeal in forma pauperis |
| Jun 22 | 29 | Filed Affidavit of Kun Cheung in support of motion to proceed on appealin forma pauperis |
| Jun 22 | 30 | Filed Affidavit of Mrs. Moy Hor Chiu in support of motion to proceed on appeal in forma pauperis |
| Jun 22 | 31 | Filed Affidavit of Henry Lee in support of Motion to procedd on appeal in forma pauperis |
| Jun 22 | 32 | Filed Order granting Pltff's leave to appeal in Forma Pauperis It is further Ordered that the Court Reporter prepare the original & two copies of the full transcript of the proceeding in this action to be transmitted to the Court of Appeals and that the expenses for these be paid by the United States, It is further Ordered that two photocopies of all the original papers, to be transmitted to the Court of Appeals with the original papers, be prepared at the expense of the United States, and that all other expenses in the prosecution of this appeal be charged to the United States    (Burke) |
| Jun 22 | 33 | Filed Notice of Appeal by Pltff's |
| Jun 23 | | Mailed Clerk's notice of filing Appeal |
| June 26 | 34. | Filed pltfs affidavit of mailing ord granting leave to appeal in forma pauperis. |
| Jul 6 | 35 | Filed Original & 2 copies of Reporter's Transcript of May 12-70 |
| Jul 16 | | made mailed Record on Appeal cca |
| July 21 | 36. | Filed receipt for record on appeal. |
| Jul 31 | 37 | Filed Order this is to certify that the appeal in the above entitle action is not frivolous (but presents a substantial question)    (Burke) |
| 1972 Feb 3 | 38. | Filed Reporter's transcript May 12, 1971. |
| June 20 | 39. | Filed (true copy) from 9th CCA. |

(SEE REVERSE)

| DATE 1974 | CLOSING CARD PREPARED       PROCEEDINGS | Date Order Judgment |
|---|---|---|
| Feb 28 | 40. Filed true copy of Judgt from 9th CCA remanding case to USDC. | |
|  | 41. Filed copy of Order from Supreme Ct remanding case to USDC. | |
| Mar 5 | 42. Filed cy of Supreme Ct Ord reversing 9th CCA Judgt & Remanding Case back to 9th CCA for the fashioning of appropriate relief. | |
| Mar 27 | 43. Filed transmittal letter from 9th CCA returning exhibits. | |
| Apr 3 | 44. Filed Order from 9th CCA : case remanded to USDC for the purpose of fashioning appropirate relief pursuant to the opinion of the Supr Ct. | |
| Apr 23 | 45. Filed Clerk's not that hrg is set for 6/28/74 @ 1:30pm. | |
| Apr 23 | 46. Filed USA's Not of mo & Mo for leave to intervene; set for 5/17/74 @ 11am. | |
| May 8 | 47. Filed Pltff's Interrogs to Defts. | |
| May 17 | 48. Filed Complaint in intervention. | |
|  | 49. Filed Order Granting Mo for leave to intervene. | |
|  | 50. Filed Pltff'- Intervenor's Suggestion for substn of Parties. | |
|  | 51. Filed Order that Designated officials be substituted as Defts in placed of Defts who have ceased to hold office in S. F. Unified School Dist. | |
| May 17 | ORD: Pltff's Mos to intervene...granted, hrg of June 28, 1974 off cal. | |
| May 20 | 52. Filed Acknowledgment of Service of complt in intervention. | |
|  | 53. Filed summos on ret, exec | |
| May 28 | 54. Filed Deft's ANS to Complaint in Intervention. | |
| May 1 | 55. Filed Pltff-Intervenor's Req to Deft's for Admissions. | |
| May 28 | 56. Filed Deft's Response to Pltff's Req for Admissions. | |
| May 29 | 57. Filed Deft's Ans to Interrogs of Pltff - Intervenor. | |
| May 30 | 58. Filed Affdvt of Counsel for Deft's together with copies of the official Minutes of the Board of Education of Mar 25, 1975 containing a Resolution approving the Master Plan with certain Revisions. | |
| AUG 24 1976 | REASSIGNED PURSUANT TO ORDER   WILLIAM A. INGRAM OF THE ASSIGNMENT COMMITTEE | |
| Oct 22 | 59. Order reassigned of this case to HON. BURKE ( WAI -- LHB) Copies mailed to pra- parties of record | |
| Oct 22 | 60 Order of Consent Decree (LHB) | |
| Nov 15 | 61. Certificate of Counsel for Defendants Dr. Eugene Hopp, et al regarding timeline report | |
|  | 62. Certificate of Counsel for defendants Dr. Eugne Hopp, et al regarding Progress Report for 1976 with Report attached | |
| 1977 | | |
| Oct 11 | Received Stipulation & Order for continuance of filing of School Distirct Progress Report       SEE SHEET "C" | |

| PLAINTIFF | DEFENDANT | DOCKET NO. |
|---|---|---|
| Kinney Kinmon Lau etal | Dr. Eugene Hopp et al | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1977 Oct 14 | 63 | Stipulation & Order continuance of filing of school District's Origress /report from Nov 15-77 until Dec 15-77 (LHB) |
| Oct. 17 | 64 | Defendants' proof of service of stipulation. |
| Oct. 28 | 65 | Plaintiffs' notice of association of counsel. |
| 28 | 66 | Plaintiff's notice of motion for interim award of attorney's fees, 11-18-77, 11AM. Received order granting motion for interim award of attorney fees. |
| Nov 8 | 67 | Memo-Points & Authorities in opposition to plaintiff'smotion interim award of attorney's fees. |
| Nov 9 | | Proposed ORDER DENYING MTION FOR # 67, above. Defendant |
| Nov 14 | 68 | Attorneys for the plaintiff, Withdrawal of Association of Counsel -filed on 10/28/77 is withdrawn. |
| Nov 21 | 69 | Plaintiff; Stipulation continuing hearing date. 11/15/77 for 12/9/77 at 11 am |
| Dec 7 | | Received proposed stipulation continuing hearing date by plaintiff. |
| Dec 13 | 70. | Stipulation continuing hearing date. Plaintiff's motion for attorneys fees, now to be reset for 1/6/78 at 11:00 am 12/13/77 LHB |
| Dec 15 | 71. | Attorneys ;for Dr. E.Hopp, Certificate of counsel for defendants Dr. Eugene Hopp, et al. Regarding progress report for 1977 Exhibits attached. |
| 1978 | | |
| Jan 9 | 72. | Proposed stipulation extending time. Plaintiff. |
| Jan 9 | 72. | Association of counsel, plaintiff. |
| Jan 9 | 73. | MINUTE ORDER: Plaintiff Motion for Attorney fees. Continued to 1/27/78 at 11 am. LHB |
| Jan 23. | 74. | Plaintiffs' reply memo in support of motion for interim award of Attornyes' fees. |
| Jan 27 | 75. | STIPULATION continuing hearing date. Motion for attorneys fees scheduled for 1/27/78 at 11 am be continued to 2/10/78 at 11 am LHB 2/1/78 |
| Feb 2 | 76. | Minutes: Reporter---Motions, Plaintiff motion for attorney fees. Continued to 2/10/78 at 11 am. |
| Feb 15 | 77. | Minutes: Reporter- Janis Roller, Plaintiff's motion for attorney fees. motion granted. |

DC-111A (Rev. 1/75)

**CIVIL DOCKET CONTINUATION SHEET**

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| Kinney Kinmon Lau et al. | Alan H. Nichols et al. | DOCKET NO. _____ <br> PAGE ____ OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| **1978** | | |
| Feb 10 | 78. | Received letter from San Francisco Unified School District, re Bilin Community Council Report. |
| Mar 20 | XX | Proposed stipulation continuing hearing date, plaintiff. |
| May 11 | 79. | Certificate of counsel for defendants Dr. Eugene Hopp, et al. Regard supplemental progress report for 1977. Attorneys for Dr. Eugene Hopp, et al. |
| May 25 | 80. | Stipulation continuing hearing date, from 5-26-78 to 6-30-78 at 11am LHB |
| July 17 | 81. | MINUTE ORDER, of 6-30-78, Reporter ---, Plaintiff's Motion for Attorney's fees, continued to 9-22-78 at 11 am. |
| Sept 21 | 82. | Deposition of Kenneth Hecht |
|  | 83. | Deposition of Edward H. Steinman |
| Oct 11 | 84. | MINUTES: 9-22-78 Motion for attorneys fees off calendar, (LHB) |
| Nov 14 | 85. | Defendants Dr. Eugene Hopp, et al, Certificate of counsel, re progress report for 1978 |
| Dec 4 | 86. | Letter from Heller, Ehrman, White & McAuliffe, re Continuance of Hearing date for Attorney's Fees, 1-5-79 11 am. Opening briefs to be filed 12-13-78 closing briefs 12-20-78 |
| Dec 13 | 87. | Defendants Memo of Points & Authorities re Attorney's Fee Award. |
| Dec 13 | 88. | Plaintiff's Notice of Motion & Motion for Award of Attorneys fees. 1-5-79 at 11 am. |
| 13 | 89. | Plaintiff's fee Petition & memo in support of #88. |
| 13 | 90. | Plaintiff's Declaration of Kenneth Hecht. |
| 13 | 91. | Plaintiffs Declaration of Stephen V. Bomse Re Attorneys' Fees. |
| 13 | 92. | Plaintiff's Declaration of Edward H. Steinman. |

(See Sheet D)

**CIVIL DOCKET CONTINUATION SHEET**

| PLAINTIFF | DEFENDANT | DOCKET NO. |
|---|---|---|
| Kinney Kin,mon Lau et al | Dr. Eugene Hopp et al | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| **1979** | | |
| Jan 8 | 93. | Letter from Heller Ehrman,White & McAuliffe, re continue evidentiary Hearing on attorneys' fee set for 1-19-79 until 2-2-79 at 11 am. Parties to file and serve closing briefs on 1-22-79/ |
| Feb 26 | | Received Proposed Stipulation & Order --& Release. |
| Mar 2 | 94. | STIPULATION & ORDER: S.F. Unified School District pay to plaintiffs Counsel $90,000 in full settlement of all claims for attorneys fees. --- LHB |
| Nov 15 | 95. | Defendant's Certificate of counsel fe progress report |
| Nov 14 | 96. | .Defendant's Certificate of counsel re Progress Report for 1980 |
| **1981** | | |
| Nov 12 | 97. | .Attorneys for Eugene Hopp et al Certificate of counsel re progress report for 1981-With 3 exhbits |
| Dec 11 | 98. | .S.F. Unified School District's Minority Report |
| **1982** | | |
| Nov 15 | 99 | Defendants' Certificate of Counsel re: Progress report for 1982. |
| **1983** Nov 14 | 100 | Defendants' Certificate of Counsel re: Progress Report for 1983. |
| **1984** Nov 15 | 101 | Defendants' Certificate of Counsel re: Progress Report for 1984 |
| | 102 | -1984-85 Lau Consent Decree Progress Report |
| **1985** Nov 15 | 103 | Defendants' certificate of counsel regarding progress report for 1985. -1985-1986 Lau consent decree progress report. |
| **1986** | 104 | Defendants' certificate of counsel regarding progress report-1986 -1986-1987 Lau consent decree progress report. |

OVER

DC-111A REV. (1/75)

**CIVIL DOCKET CONTINUATION SHEET**

| PLAINTIFF | DEFENDANT | DOCKET NO. |
|---|---|---|
| KINMON LAU, et al | HOPP, et al | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1987 Nov 13 | 105 | Defendants' certificate of Counsel for Defendants regarding progress report for 1987. |
| 1988 Nov 15 | 106 | Defendant's Certificate fo counsel for Dr. Eugene Hopp Regarding progress report for 1988 |
| 1989 Nov 14 | 107 | Defendant's certificate of Counsel for Dr. Eugene Hopp, et al regarding progress report for 1989. RECEIVED: Consent Decree Report 1989 - 90 LAU. |
| 1990 Nov 9 | 108 | Certificate of counsel for Defendants Dr. Eugene Hopp, et al. regarding progress report for 1990. |
| 1992 Nov. 13 | 109 | Certificate of counsel for defendants Dr. Eugene Hopp, et al. regarding progress report for 1992. |
| 1993 11/15 | 110 | Certificate of counsel for defendants Dr. Eugene Hopp et al. regarding progress report for 1993. |
| 1994 Apr 11 | 111 | Notice by Defendant San Francisco Unitied School District of substitution of counsel |
|  | 112 | Defendant's application for substitution of counsel for defendant |
|  | 113 | -STIPULATION to substitution of counsel for defendant. |
| Nov 23 | 114 | Defendants certificate of counsel re progress report 1994-95 with 4 volumns of exhibits. |
| Dec 9 | 115 | Letter to court striking Kenneth Hecht as defendant's attorney and listing Christopher Ho instead. |
| 1996 Sept 11 | 116 | Defendants Dr. Eugene Hopp, et al certificate for progress report 1995-1996 |
| 1997 Aug 7 | 117 | Defendant's certificate of counsel for Defendant Dr. Eugene Hopp, .. re progress report for 1996-97 |
| 1998 Sep 2 | 118 | Defendant's certificate of counsel for report of 1997-98 with exhibits |
| 1999 11/1/99 | 119 | Certificate of counsel for defendants Dr Eugene Hopp, et al., regarding Progress report |

DC-111A REV. (1/75)

DC 111A
Rev. 1/75)

Sheet E

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| Kinmon Lau, et al | HOPP, et al | DOCKET NO. _____ <br> PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 2003 | | |
| Mar 3 | 120 | Defendants Certificate of counsel for Defeneants Dr. eugene Hopp, et al regarding progress report for 2001-2002 |
| | 121 | Defenant Appendix A to defendants' Annual Progress Report for 2001-2002 |
| | 122 | Defendant's Annual Progress Report for 2001 to 2002 |
| | 123 | Defendant's Appendix C to Defendants' Annual Progress Report for 2001-2002 |
| | 124 | Defendant's Annual Progress Report for 2001-2002 |
| Jul 2 | 125 | Defendant's Annual Progress Report for 2002-2003. |
| | 126 | Defendant's proof of service re entry #125 |
| | 127 | Defendant's appendix A to annual progress report for 2002-2003 |
| 2004 | | |
| Aug 11 | 128 | Plaintiff's Notice of Address Change. |
| 2005 | | |
| Aug 18 | 129 | Defendants Annual Progress Report for 2003-2004. |
| 2006 | | |
| Aug 1 | 130 | Defendant's Certificate of Counsel for Defendants Dr. Eugene Hopp, et al. regarding Progress Report for 2004-2005;  Defendants Annual Progress Report for 2004-2005(far) |
| Aug 2 | 131 | AMENDED Annual Progress Report for 2004-2005 filed by Defendants. (far) |
| Aug 24 | 132 | ORDER re annual reports Signed by Judge Walker. (far) |
| Sept 18 | 133 | STIPULATED APPLICATION for extension of time to respond to order to show cause filed by Defendants Dr. Eugene Hopp, et al. (far) |
| Sept 21 | 134 | ORDER granting stipulated application for extension of time to respond to order to show cause until 1/30/07 filed by Judge Walker.  (far) |
| Sept 25 | 135 | PROOF OF SERVICE of [134] filed by Defendants Dr. Eugene Hopp, et al (far) |
| 2007 | | |
| Jan 30 | 136 | RESPONSE to Court's Order of 8/24/06 filed by Plaintiff USA. (far) |
| Jan 30 | 137 | RESPONSE of San Francisco Unified School District to OSC filed by Defendants (far) Dr. Eugene Hopp, et al. |
| Jan 30 | 138 | RESPONSE to Order to Show Cause filed by Plaintiffs Kinney Kinmon Lau, et al. (far) |
| Jan 30 | 139 | DECLARATION of May Huie, Ed.D. in support of Plaintiffs' Response to OSC filed by Plaintiffs Kinney Kinmon Lau, et al. (far) |
| Jan 30 | 140 | CERTIFICATE of SERVICE filed by Plaintiffs Kinney Kinmon Lau, et al. (far) |
| Feb 20 | 141 | ORDER.  The clek is DIRECTED to re-assign the case to a U.S. District Judge selected at random from the active and senior judges of the court signed by Judge Vaughn R. Walker. |

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. _____ |
|---|---|---|
| KINMON LAU, et al | HOPP, et al | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| **2007** | | |
| Mar. 6 | 142 | ORDER REASSIGNING CASE.  Case Reassigned to Judge Martin J. Jenkins. |
| Mar. 14 | 143 | CLERK'S NOTICE:  Status Conference set for 5/1/07 at 9:30 AM. |
| Apr. 20 | 144 | Joint Status Report filed by Kinney Kinmon Lau, Dr. Eugene Hopp, United States of America, et al. |
| May 3 | 145 | Minute Entry:  Status Conference held on 5/1/07 before Judge Jenkins; Further Status Conference set for 12/5/07 at 2:00 PM; status conference statement due 1 week prior to confrence. |
| May 8 | 146 | ORDER by Judge Martin J. Jenkins:  counsel for the plaintiffs and members of the Bilingual Community Council shall have access to student records at the San Francisco Unified School District to the extent such access will: (i) assist the parties in the creation of a new multilingual education plan; and (ii) assist the parties in fulfilling roles in monitoring compliance with the conse decree in this action. |
| Sep 21 | 147 | Certificate of Counsel for Defendants Regarding Progress Report for 2006-07 file by Eugene Hopp, et al. |
| Nov 28 | 148 | Subsequent Case Management Statement filed by all parties. |
| Nov 28 | 149 | Stipulated Application to Continue Status Conference; ORDER by Judge Martin J. Jenkins:  Status conference continued to 12/12/07 at 2:00 PM. |
| Dec. 3 | 150 | Proof of Service of Stipulated Application to Continue Status Conference filed by defendant Eugene Hopp, et al. |
| Dec. 12 | 151 | ORDER by Judge Martin J. Jenkins scheduling Status Conference for 1/30/08 2:30 P |
| Dec. 14 | 152 | Proof of Service by Eugene Hopp, et al. re [151] Proof of Service. |
| Dec. 14 | 153 | Errata re Subsequent Case Management Conference Statement. |
| Dec. 14 | 154 | <u>Corrected</u> Subsequent Case Management Statement [Civil L.R. 16-10(d)] by all parties. |
| **2008** | | |
| Jan. 30 | 155 | Minute Entry:  Staust Conference held on 1/30/08 before Judge Jenkins; Further Status Conference set for 6/10/08 at 2:00 PM. |
| Feb. 18 | 156 | REASSIGNMENT ORDER.  Case reassigned to Judge Claudia Wilken  (cc: all counsel). |
| Mar 3 | 157 | ORDER: Case Management scheduling order for reassigned civil case signed by Judge Claudia Wilken; case management conference set for 6/10/08 @2:00pm |
| Mar 7 | 158 | Proof of Service by Kinney Kinmon Lau, et al. re [157] Case Management Scheduling Order for Reassigned Civil Case |
| May 28 | 159 | **Subsequent Case Management Statement filed by defendants, plaintiffs, Intervenor** |
| Jun 10 | 160 | Minute Entry: Further case management confernce held on 6/10/08 before Judge Claudia Wilken: FCMC set for 8/19/08 @ 2:00pm (if everybody has approved everything, the FCMC will be vacated |

DC 111A
(Rev. 1/75)

C-70-627-CW
Sheet F

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| Kinmon Lau, et al | HOPP, et al | DOCKET NO. _____ |
| | | PAGE ____ OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 2008 | | |
| Aug. 12 | 161 | ORDER granting stipulated application to continue case management conference; case management conference set for 9/16/08 @ 2:00pm. |
| Aug. 13 | 162 | Proof of Service of Stipulated Application to Continue Case Management Conference and Order by Dr. Eugene Hopp, et al. |