Christopher Ho, SBC No. 129845
The LEGAL AID SOCIETY –
   EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, California 94107
Telephone: (415) 864-8848
Facsimile: (415) 864-8199

Attorneys for Plaintiffs
████████ LAU, et al.

FILED
2008 MAR -7 PM 3:50
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

158 kc

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ████████ LAU, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>DR. EUGENE HOPP, et al.,<br><br>   Defendants,<br><br>UNITED STATES OF AMERICA,<br><br>   Plaintiff-Intervenor. | No. C 70-627 CW<br><br>**CERTIFICATE OF SERVICE** |

I, PAMELA MITCHELL, declare:

I am a citizen of the United States, over 18 years of age, employed in the County of San Francisco, and not a party to or interested in the within entitled action. I am an employee of THE LEGAL AID SOCIETY - EMPLOYMENT LAW CENTER, and my business address is 600 Harrison Street, Suite 120, San Francisco, CA 94107. I am familiar with this company's practice whereby the mail, after being placed in a designated area, is given the appropriate postage and is deposited in a U.S.

mailbox in the City of San Francisco, California, during the normal course of business on the same day it is placed in the designated area.

On March 7, 2008, I served the within:

- **CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASE**

  X  by U.S. MAIL delivery to the person(s) and at the address set forth below:

Vince Chhabria
Dennis Herrera
City Attorney's Office
Room 234 City Hall
1 Dr. Carlton Goodlett Pl
San Francisco, CA 94102

*Counsel for Defendants*

David Campos, General Counsel
San Francisco Unified School District
555 Franklin St.
San Francisco, CA 94102

*Counsel for Defendants*

Edward H. Steinman, Esq.
Assistant Professor of Law
School of Law
University of Santa Clara
500 El Camino Real, Bergin 212
Santa Clara, CA 95053

*Counsel for Plaintiffs/Intervenor*

Jeremiah Glassman
Emily McCarthy
Educational Opportunities Section
Civil Rights Division
U.S. Department of Justice
Room 7603 Main Justice
10th and Pennsylvania Avenue, NW
Washington, DC 20530

*Counsel for Plaintiffs/Intervenor*

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct. Executed on March 7, 2008, at San Francisco, California.

                              PAMELA MITCHELL