UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LAU,

      Plaintiff,

v.

HOPP,

      Defendant.

NO. 70-00627 CW

**MINUTE ORDER**
Date: 6/10/08

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill    **Court Reporter:** Diane Skillman

**Appearances for Plaintiff:**
Christopher Ho

**Appearances for Defendant:**
Vince Chhabria

**Intervenor:** Jeremiah Glassman

**Further Case Management Conference Held?:** Yes

Notes: Final draft of modification of consent decree still awaiting comments from plaintiff and DOJ. Comments to be submitted by 6/20/08 and defendant to try and get plan modification to the Board of Education in time for its 6/24 meeting and then submit to the Court for approval. If unable to submit to Board by 6/24, then defendant to submit modification of consent decree to the Court first for review and approval and then submit to the Board for its 8/12 meeting. **FCMC set for 8/19/08 at 2:00 p.m. (if everybody has approved everything, then FCMC will be vacated).**

Copies to: Chambers