1   DENNIS J. HERRERA, State Bar #139669
    City Attorney
2   WAYNE SNODGRASS, State Bar #148137
    VINCE CHHABRIA, State Bar #208557        **RECEIVED**
3   Deputy City Attorneys
    City Hall, Room 234                         AUG - 8 2008
4   1 Dr. Carlton B. Goodlett Place
    San Francisco, California 94102-4682    RICHARD W. WIEKING
5   Telephone:    (415) 554-4674            CLERK, U.S. DISTRICT COURT
                                            NORTHERN DISTRICT OF CALIFORNIA
    Facsimile:    (415) 554-4747                     OAKLAND
6   E-Mail:    vince.chhabria@sfgov.org
7   Attorneys for Defendants
    DR. EUGENE HOPP, et al.

8   CHRISTOPHER HO, State Bar #129845
    THE LEGAL AID SOCIETY EMPLOYMENT
9         LAW CENTER
    600 Harrison Street, Suite 120
10  San Francisco, CA  94107
    Telephone:    (415) 864-8848
11  Facsimile:    (415) 864-8199
    Attorneys for Plaintiffs
12  ▇▇▇▇▇▇▇▇▇▇ LAU, et al.

13  JEREMIAH GLASSMAN, D.C., State Bar #172395
    EMILY H. MCCARTHY, D.C., State Bar #463447
14  United States Department of Justice
    Civil Rights Division
15  Education Opportunities Section
    950 Pennsylvania Avenue, N.W.
16  Washington, D.C.  20530
    Telephone:    (202) 514-4092
17  Facsimile:    (202) 514-8337
    Attorneys for Plaintiff-Intervenor
18  UNITED STATES OF AMERICA

19                  UNITED STATES DISTRICT COURT
20                  NORTHERN DISTRICT OF CALIFORNIA

21  ▇▇▇▇▇▇▇▇▇▇ LAU, et al.,            Case No. C70-0627 CW
22          Plaintiffs,
                                       **STIPULATED APPLICATION TO
23      vs.                            CONTINUE CASE MANAGEMENT
                                       CONFERENCE AND ~~PROPOSED~~
24  DR. EUGENE HOPP, et al.,           ORDER**
                                       Date:
25          Defendants.                Time:        August 19, 2008
                                       Place:       2:00 p.m.
26  ─────────────────────────                       Courtroom 2

27  UNITED STATES OF AMERICA,
28          Intervenors.

STIPULATED APPLICATION
USDC No. C70-0627 CW

n:\govlit\li2006\070377\00501777.doc

For the reasons set forth below, the parties hereby request that the Case Management Conference presently set for Tuesday, August 19, 2008 be continued to Tuesday, September 16, 2008.

1.   The recent procedural history of the case is set forth in the CMC statement filed by the parties on May 28, 2008, which is attached for convenience as Exhibit A.  As the Court is aware, February 19, 2008 the case was reassigned to this Court.  The Court conducted a case management conference on June 10, 2008, at which the parties informed the Court that the District had created a draft of a new Master Plan to replace the plan approved by the Court in 1976, and after receiving input from the parties, the BCC, and comments from the public, created a second draft, which was circulated.  The Court was also informed that the District was awaiting comments on the redraft from the parties, and the SFUSD Board of Education would not consider the redraft or any amendments to it until at least its first meeting in August.

2.   The Court stated that the parties could submit an agreed-upon plan for the Court's pre-approval or, alternatively, later submit a Board approved plan to the Court.  The Court scheduled a CMC for August 19, 2008 and suggested that if an agreed-upon plan was submitted prior to that date, the CMC might not be necessary unless the Court had questions regarding the submission.

3.   Subsequent to the June 10, 2008 CMC, the parties provided additional comments to the SFUSD and suggested language for the redraft and further discussions have taken place.  The District has recently provided a partial response to the parties, and is still considering portions of the plaintiffs' proposed changes.  The parties will need a short period of time to engage in further negotiations.  Given the good faith and cooperative working relationship of the parties and the progress made to date, we believe that the additional time may result in a resolution of all remaining issues.

4.   It bears noting that the new Master Plan is comprehensive, and will be phased in over a few years.[1]  Moreover, all parties agree that a new plan that reflects the District's actual practices and

---

[1] The Master Plan addresses virtually all of the issues relating to the provision of services to English Language Learners including: A. Proper Identification of English Learner Students; B. (continued on next page)

addresses issues disclosed in the responses to the order to show cause and on site visits should replace the outdated plan. There are no objections to the vast majority of the new Master Plan and the ongoing discussions and redrafts regarding the new Master Plan are focused on a few discrete areas.

5. Further, as the District has informed the Court and the parties at the last CMC, it is going forward with preparation for implementation of the Master Plan. Therefore, the ongoing discussions will not cause any delay in implementation.

6. To ensure that the negotiations do not become unnecessarily protracted and that they do not delay Court review and approval the Master Plan, or at least on all of the agreed upon components, the parties will continue to engage in good faith discussions, and in all events, the District intends to present a Master Plan for the Board's approval on either August 26, 2008 or September 9, 2008. An approved Master Plan will be presented to the Court and parties, prior to the requested CMC on September 16th. The parties, of course, would be given an opportunity to comment on the submission, and to the extent there are remaining issue(s), urge the Court to approve what has been agreed upon, and advise the Court of their views of how best to proceed to resolve those issues, if any.

7. Should the Court wish to see a working draft of the Master Plan prior to the time suggested herein, the parties do not object to submitting that draft. The Board has circulated drafts and has held public hearing regarding its proposal and, generally, much or all of it is in the public record.

/ / /

/ / /

/ / /

/ / /

(footnote continued from previous page)
Appropriate Placement of English Learners; C. Access to Effective Programs; D. Access to Specialized Programs and Services; E. Instruction of English Learners; F. Staffing and Professional Development; G. Parent Outreach and Involvement; H. Monitoring; I. Evaluation; J. Reporting.

1    Therefore, for the reasons stated above the parties request that the Court continue the CMC

2    until Tuesday, September 16, 2008 at 2:00 p.m. or until any other time that is convenient for the

3    Court.

4                                  Respectfully submitted,

5

6    Dated:  August 7, 2008

7                                  By: _____

8                                      VINCE CHHABRIA
                                       Attorneys for Defendants
9                                      DR. EUGENE HOPP, et al.

10   Dated:  August 7, 2008

11                                 By: _Chris Ho___ (uc)___

12                                     CHRISTOPHER HO
                                       Attorneys for Plaintiffs
13                                     KINNEY KINMON LAU, et al.

14   Dated:  August 7, 2008

15                                 By: _Jeremiah Glassman (uc)_

16                                     JEREMIAH GLASSMAN
                                       Attorneys for Intervenors
17                                     UNITED STATES OF AMERICA

18

19                                 **ORDER**

20       The parties' request to continue the further case management conference is GRANTED.  The

21   further case management conference shall take place on Tuesday, September 16, 2008 at 2:00 p.m.

22

23   Dated: _____AUG 1 1 2008_____

24

25                                 _____

26                                 CLAUDIA WILKEN
                                   UNITED STATES DISTRICT JUDGE

27

28

STIPULATED APPLICATION                    3                    n:\govlit\li2006\070377\00501777.doc
USDC No. C70-0627 CW

# Exhibit A



1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  WAYNE SNODGRASS, State Bar #148137
   VINCE CHHABRIA, State Bar #208557
3  Deputy City Attorneys
   City Hall, Room 234
4  1 Dr. Carlton B. Goodlett Place
   San Francisco, California 94102-4682
5  Telephone:     (415) 554-4674
   Facsimile:     (415) 554-4747
6  E-Mail:        vince.chhabria@sfgov.org
   Attorneys for Defendants
7  DR. EUGENE HOPP, et al.

8  CHRISTOPHER HO, State Bar #129845
   THE LEGAL AID SOCIETY EMPLOYMENT
9       LAW CENTER
   600 Harrison Street, Suite 120
10 San Francisco, CA  94107
   Telephone:     (415) 864-8848
11 Facsimile:     (415) 864-8199
   Attorneys for Plaintiffs
12 KINNEY KINMON LAU, et al.

13 JEREMIAH GLASSMAN, D.C., State Bar #172395
   EMILY H. MCCARTHY, D.C., State Bar #463447
14 United States Department of Justice
   Civil Rights Division
15 Education Opportunities Section
   950 Pennsylvania Avenue, N.W.
16 Washington, D.C.  20530
   Telephone:     (202) 514-4092
17 Facsimile:     (202) 514-8337
   Attorneys for Plaintiff-Intervenor
18 UNITED STATES OF AMERICA

ORIGINAL FILED

MAY 28 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

19              UNITED STATES DISTRICT COURT

20              NORTHERN DISTRICT OF CALIFORNIA

21 KINNEY KINMON LAU, et al.,        Case No. C70-0627 CW

22        Plaintiffs,               **SUBSEQUENT CASE MANAGEMENT
23     vs.**                         STATEMENT [CIVIL L.R. 16-10(d)]

24 DR. EUGENE HOPP, et al.,          Date:      June 10, 2008
                                     Time:      2:00 p.m.
25        Defendants.                Place:     Courtroom 2

26 UNITED STATES OF AMERICA,

27        Intervenors.

28

SUBSEQUENT CMS
USDC No. C70-0627 CW                          n:\govlit\li2006\070377\00486570.doc

# INTRODUCTION

The Consent Decree in the above-captioned matter seeks to ensure that the San Francisco Unified School District ("District" or "SFUSD") provides English Learners ("ELs") with meaningful access to its educational programs. A Master Plan was adopted in 1975 for the purpose of achieving this goal. The parties to this litigation, including the School District, agree that more must be done to ensure that ELs benefit from the District's educational programs. They also agree that the Master Plan adopted in 1975 is out of date, and that the first step towards revitalizing the Consent Decree is the creation of a new Master Plan.

The District has drafted a new Master Plan and is in the process of receiving input from the parties and the public. A vote by the San Francisco Board of Education to adopt a final version of the Plan (subject to the approval of the Court) is tentatively scheduled for the evening of June 10, 2008 – the same date as this case management conference. Accordingly, the parties will be prepared at the conference to discuss further with the Court how best to proceed.

# BACKGROUND

In 1970, a class of non-English speaking Chinese students filed suit against the San Francisco Unified School District ("District" or "SFUSD"), alleging that the District was violating Title VI of the Civil Rights Act 1964 and the federal Equal Protection Clause by failing to establish and implement programs to provide the students with meaningful access to the instructional program. The United States Department of Justice ("USDOJ") intervened as a plaintiff. In 1974, the United States Supreme Court ruled in favor of the plaintiffs on their Title VI claim and remanded for appropriate relief. *See Lau v. Nichols*, 414 U.S. 563, 568-569 (1974).

In 1976, the parties entered into a Consent Decree ("Decree"), which is attached hereto as Exhibit A. The Decree required the District to adopt programs designed to improve the language skills of English Learners ("ELs") and to create bilingual and other programs designed to ensure that ELs would enjoy meaningful access to the educational curriculum. Ex. A at 2-3. To facilitate compliance, the Decree mandated the creation of the Bilingual Community Council ("BCC"), a District entity composed of members appointed by the Board of Education, which is "charged with the responsibility for assisting in monitoring the plan." *Id.* at 5. The Decree also required the District

1 | to submit an annual progress report to the Court, which was to be prepared with the assistance of the

2 | BCC. *Id.*

3 |     Since adoption of the Decree, the District has submitted reports to the Court, and continued to

4 | do so after the retirement of the Judge previously assigned to the case, the Honorable Lloyd H. Burke.

5 | On August 24, 2006, Chief Judge Vaughn R. Walker ordered the parties to show cause why the

6 | District should not be relieved from the reporting requirement. Ex. B at 1-2.

7 |     To assess whether the reporting requirement should be lifted, the parties conducted a

8 | preliminary assessment of the District's current multilingual education programs. This included

9 | meetings among the District, the BCC, plaintiffs' counsel and the USDOJ, as well as site visits to

10 | eight schools. Following this preliminary review, the parties submitted responses to Chief Judge

11 | Walker's order to show cause. In these submissions, the parties agreed that more must be done to

12 | ensure compliance with the Decree, and agreed upon the following procedure:

13 |     *First*, the parties agreed that a more comprehensive evaluation of the District's multilingual

14 | programs was required. To that end, the parties conducted additional meetings and site visits.

15 |     *Second*, the parties agreed that following this comprehensive assessment, a new plan would be

16 | adopted for implementation of the Consent Decree's goal that ELs be provided meaningful access to

17 | the District's educational programs. The Decree incorporates by reference the District's Master Plan

18 | for Bilingual-Bicultural Education, but that Plan was drafted in 1975 and is out of date.

19 |     *Third*, the parties agreed that once a new plan is adopted, there should be continued

20 | monitoring by the BCC, the Plaintiffs and the USDOJ, and the Court should retain jurisdiction over

21 | the matter until the District has demonstrated a good faith effort to implement the plan for a

22 | reasonable period of time.

23 |     *Fourth*, the parties agreed that the matter should be assigned to an active judge of this Court.

24 |     On February 20, 2007, Chief Judge Walker, in response to the parties' submissions, issued an

25 | order directing the clerk to re-assign the matter to an active judge. *See* Ex. C, attached. The matter

26 | was assigned to this the Honorable Martin J. Jenkins, who held a case management conference in

27 | May 2007 and agreed with the parties' proposed approach as set forth above.

28 |

SUBSEQUENT CMS
USDC No. C70-0627 CW
2
n:\govlit\li2006\070377\00486570.doc

A subsequent case management conference took place in front of Judge Jenkins on January 30, 2008. By that time, the District had drafted a detailed outline designed to form the basis for the creation of a new Master Plan, which it submitted to the Court. The parties agreed that the outline represented a good faith effort on the District's part to meet its obligations under the Consent Decree, although the plaintiffs did identify several areas in which further specificity is required or more significant reform is needed. The District agreed in principle with all of plaintiffs' suggestions, and pledged to address those issues during the process of drafting the new Master Plan. The District also received similar comments from the BCC, which it also pledge to address when drafting the new Master Plan.

On February 19, 2008, the case was reassigned to this Court. The Court scheduled a case management conference for June 10, 2008.

## RECENT ACTIVITIES AND FURTHER SCHEDULING

The following has taken place since the January 30th case management conference:

- The District created a draft of a new Master Plan
- The District sent the draft to the parties and to the BCC, and received comments
- The District held four public hearings on the draft, including one at the regular meeting of the BCC, and one at the regular meeting of the District English Learner Advisory Committee ("DELAC")
- The District created a second draft after incorporating comments from the parties, the BCC and the public
- The District held a hearing before the San Francisco Board of Education on the second draft on May 27, 2008, at which further public comment was taken

As of the date of this filing, the District is awaiting comments from the parties on the second draft. Upon receiving those comments, the District will create a final draft. The Board of Education is tentatively scheduled to vote on whether to adopt the final draft (subject, of course, to the Court's approval) on the evening of June 10, 2008 – the same date as this case management conference. Accordingly, at the case management conference, the parties will be prepared to discuss further with the Court how best to proceed.

1   Dated:  May 28, 2008

2

3                                       By: _____

4                                          VINCE CHHABRIA
                                           Attorneys for Defendants
                                           DR. EUGENE HOPP, et al.
5   Dated:  May 28, 2008

6

7                                       By: _____
                                           CHRISTOPHER HO
8                                          Attorneys for Plaintiffs
                                           KINNEY KINMON LAU, et al.
9   Dated:  May 28, 2008

10

11                                      By: _____
                                           JEREMIAH GLASSMAN
12                                         Attorneys for Intervenors
                                           UNITED STATES OF AMERICA
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## PROOF OF SERVICE

2            I, HOLLY TAN, declare as follows:

3            I am a citizen of the United States, over the age of eighteen years and not a party to the above-
entitled action. I am employed at the City Attorney's Office of San Francisco, City Hall, Room 234,
4    1 Dr. Carlton B. Goodlett Place, San Francisco, CA 94102.

5            On May 28, 2008, I served the following document(s):

6        **SUBSEQUENT CASE MANAGEMENT STATEMENT [CIVIL L.R. 16-10(d)]**

7    on the following persons at the locations specified:

8    **JEREMIAH GLASSMAN**
     **EMILY H. MCCARTHY**                        **CHRISTOPHER HO**
9    **U.S. Department of Justice**               **Legal Aid Society of San Francisco**
     **Civil Rights Division**                    **600 Harrison Street, #120**
10   **Educational Opportunities Section, PHB**   **San Francisco, CA  94107-1387**
     **950 Pennyslvania Avenue, N.W.**            **Telephone:  (415) 864-8848**
11   **Washington, D.C.  20530**                  **Facsimile:  (415) 865-8199**
     **Telephone: (202) 514-4092**
12   **Facsimile:  (202) 514-8337**

13

14   in the manner indicated below:

15   ☒    **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of
          the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with
16        the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's
          Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed
17        for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

18   ☐    **BY PERSONAL SERVICE**: I sealed true and correct copies of the above documents in addressed
          envelope(s) and caused such envelope(s) to be delivered by hand at the above locations by a professional
19        messenger service. **A declaration from the messenger who made the delivery ☐ is attached or ☐ will be
          filed separately with the court.**

20   ☐    **BY OVERNIGHT DELIVERY**: I sealed true and correct copies of the above documents in addressed
          envelope(s) and placed them at my workplace for collection and delivery by overnight courier service. I am
21        readily familiar with the practices of the San Francisco City Attorney's Office for sending overnight deliveries.
          In the ordinary course of business, the sealed envelope(s) that I placed for collection would be collected by a
22        courier the same day.

23            I declare under penalty of perjury pursuant to the laws of the State of California that the
     foregoing is true and correct.
24

25            Executed May 28, 2008, at San Francisco, California.

26                                                        _____
                                                          HOLLY TAN
27

28

1    **PROOF OF SERVICE**

2    I, DIANA QUAN, declare as follows:

3    I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, City Hall, Room 234,
4    1 Dr. Carlton B. Goodlett Place, San Francisco, CA 94102.

5    On August 7, 2008, I served the following document(s):

6    **STIPULATED APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER**

7    on the following persons at the locations specified:

8    **JEREMIAH GLASSMAN**                    **CHRISTOPHER HO**
     **EMILY H. MCCARTHY**                    **Legal Aid Society of San Francisco**
9    **Chief, U.S. Department of Justice**    **600 Harrison Street, #120**
     **Civil Rights Division**                **San Francisco, CA  94107-1387**
10   **Educational Opportunities Section, PHB**  **Telephone:  (415) 864-8848**
     **950 Pennyslvania Avenue, N.W.**        **Facsimile:  (415) 865-8199**
11   **Washington, D.C.  20530**
     **Telephone: (202)_514-4092**
12   **Facsimile:  (202_514-8337**
     **Email: jeremiah.glassman@usdoj.gov**
13          **emily.mccarthy@usdog.gov**

14

15   in the manner indicated below:

16   ☒   **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with
17   the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed
18   for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

19   ☐   **BY PERSONAL SERVICE**: I sealed true and correct copies of the above documents in addressed envelope(s) and caused such envelope(s) to be delivered by hand at the above locations by a professional
20   messenger service. **A declaration from the messenger who made the delivery ☐ is attached or ☐ will be filed separately with the court.**

21   ☐   **BY FACSIMILE**: Based on a written agreement of the parties to accept service by fax, I transmitted true
22   and correct copies of the above document(s) via a facsimile machine at telephone number (415) 554-4747 to the persons and the fax numbers listed above. The fax transmission was reported as complete and without error.
23   The transmission report was properly issued by the transmitting facsimile machine, and **a copy of the transmission report ☐ is attached or ☐ will be filed separately with the court.**

24   I declare under penalty of perjury pursuant to the laws of the State of California that the
25   foregoing is true and correct.

26   Executed August 7, 2008, at San Francisco, California.

27

28   _____
     DIANA QUAN

STIPULATED APPLICATION
USDC No. C70-0627 CW                                              n:\govlit\li2006\070377\00501777.doc