| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669 |
|   | City Attorney |
| 2 | WAYNE SNODGRASS, State Bar #148137 |
|   | VINCE CHHABRIA, State Bar #208557 |
| 3 | Deputy City Attorneys |
|   | City Hall, Room 234 |
| 4 | 1 Dr. Carlton B. Goodlett Place |
|   | San Francisco, California 94102-4682 |
| 5 | Telephone:     (415) 554-4674 |
|   | Facsimile:     (415) 554-4747 |
| 6 | E-Mail:          vince.chhabria@sfgov.org |
|   | Attorneys for Defendants |
| 7 | DR. EUGENE HOPP, et al. |

CHRISTOPHER HO, State Bar #129845
THE LEGAL AID SOCIETY EMPLOYMENT
    LAW CENTER
600 Harrison Street, Suite 120
San Francisco, CA  94107
Telephone:     (415) 864-8848
Facsimile:     (415) 864-8199
Attorneys for Plaintiffs
█████████ LAU, et al.

JEREMIAH GLASSMAN, D.C., State Bar #172395
EMILY H. MCCARTHY, D.C., State Bar #463447
United States Department of Justice
Civil Rights Division
Education Opportunities Section
950 Pennsylvania Avenue, N.W.
Washington, D.C.  20530
Telephone:     (202) 514-4092
Facsimile:     (202) 514-8337
Attorneys for Plaintiff-Intervenor
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| █████████ LAU, et al., | Case No. C70-0627 CW |
|---|---|
| Plaintiffs, | **PROOF OF SERVICE OF STIPULATED APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER** |
| vs. | |
| DR. EUGENE HOPP, et al., | Date:       August 19, 2008 |
| Defendants. | Time:       2:00 p.m. |
| | Place:      Courtroom 2 |
| UNITED STATES OF AMERICA, | |
| Intervenors. | |

POS OF STIPULATED APPLICATION AND ORDER
USDC No. C70-0627 CW

n:\govlit\li2006\070377\00501777.doc

# PROOF OF SERVICE

I, DIANA QUAN, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, City Hall, Room 234, 1 Dr. Carlton B. Goodlett Place, San Francisco, CA 94102.

On August 12, 2008, I served the following document(s):

**PROOF OF SERVICE OF STIPULATED APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER**

on the following persons at the locations specified:

| | |
|---|---|
| JEREMIAH GLASSMAN<br>EMILY H. MCCARTHY<br>Chief, U.S. Department of Justice<br>Civil Rights Division<br>Educational Opportunities Section, PHB<br>950 Pennyslvania Avenue, N.W.<br>Washington, D.C. 20530<br>Telephone: (202) 514-4092<br>Facsimile: (202) 514-8337<br>Email: jeremiah.glassman@usdoj.gov<br>emily.mccarthy@usdog.gov | CHRISTOPHER HO<br>Legal Aid Society of San Francisco<br>600 Harrison Street, #120<br>San Francisco, CA 94107-1387<br>Telephone: (415) 864-8848<br>Facsimile: (415) 865-8199 |

in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

☐ **BY PERSONAL SERVICE**: I sealed true and correct copies of the above documents in addressed envelope(s) and caused such envelope(s) to be delivered by hand at the above locations by a professional messenger service. **A declaration from the messenger who made the delivery ☐ is attached or ☐ will be filed separately with the court.**

☐ **BY FACSIMILE**: Based on a written agreement of the parties to accept service by fax, I transmitted true and correct copies of the above document(s) via a facsimile machine at telephone number (415) 554-4747 to the persons and the fax numbers listed above. The fax transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine, and **a copy of the transmission report ☐ is attached or ☐ will be filed separately with the court.**

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed August 12, 2008, at San Francisco, California.

*/s/ Diana Quan*
DIANA QUAN

PROOF OF SERVICE
USDC No. C70-0627 CW

n:\govlit\li2006\070377\00400054.doc