1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | WAYNE SNODGRASS, State Bar #148137
VINCE CHHABRIA, State Bar #208557
3 | Deputy City Attorneys
City Hall, Room 234
4 | 1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
5 | Telephone:     (415) 554-4674
Facsimile:      (415) 554-4747
6 | E-Mail:         vince.chhabria@sfgov.org
Attorneys for Defendants
7 | DR. EUGENE HOPP, et al.

8 | CHRISTOPHER HO, State Bar #129845
THE LEGAL AID SOCIETY EMPLOYMENT
9 |         LAW CENTER
600 Harrison Street, Suite 120
10 | San Francisco, CA  94107
Telephone:     (415) 864-8848
11 | Facsimile:      (415) 864-8199
Attorneys for Plaintiffs
12 | KINNEY KINMON LAU, et al.

13 | JEREMIAH GLASSMAN, D.C., State Bar #172395
EMILY H. MCCARTHY, D.C., State Bar #463447
14 | United States Department of Justice
Civil Rights Division
15 | Education Opportunities Section
950 Pennsylvania Avenue, N.W.
16 | Washington, D.C.  20530
Telephone:     (202) 514-4092
17 | Facsimile:      (202) 514-8337
Attorneys for Plaintiff-Intervenor
18 | UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KINNEY KINMON LAU, et al., | Case No. C70-0627 CW |
|---|---|
| Plaintiffs, | **STIPULATED APPLICATION TO SUBSTITUTE SAN FRANCISCO UNIFIED SCHOOL DISTRICT AS DEFENDANT FOR DR. EUGENE HOPP, ET AL., [PROPOSED] ORDER** |
| vs. | |
| DR. EUGENE HOPP, et al., | |
| Defendants. | |
| UNITED STATES OF AMERICA, | |
| Intervenors. | |

This action was originally filed in 1970 under the name of *Lau v. Nichols*. The defendant, Alan H. Nichols, was President of the San Francisco Board of Education at the time.

When the case was remanded by the United States Supreme Court five years later, Dr. Eugene Hopp had become President of the Board of Education. Accordingly, the case was renamed *Lau v. Hopp*.

Pursuant to Federal Rule of Civil Procedure 25, the parties hereby submit this stipulated application to substitute the San Francisco Unified School District ("SFUSD" or "District") for Dr. Eugene Hopp as the defendant. Although, pursuant to Rule 25(d), the Court could instead substitute the current Board President, Mark Sanchez, as the defendant, the parties submit that this would be impractical, because President Sanchez will be leaving office in January 2009, and the subsequent Board President is not known at this time. Accordingly, it would be more practical to substitute SFUSD as the defendant in the above-captioned matter. This would also be consistent with the California Education Code, which makes clear that the District has the power to be sued in its own name, making it unnecessary to name any individual Board Member as a defendant. *See* Cal. Educ. Code § 35162 ("In the name by which the district is designated the governing board may sue and be sued, and hold and convey property for the use and benefit of the school district").

Respectfully submitted,

Dated: August 27, 2008

By: /s/ .
VINCE CHHABRIA
Attorneys for Defendants
DR. EUGENE HOPP, et al.

Dated: August 27, 2008

By: /s/ .
CHRISTOPHER HO
Attorneys for Plaintiffs
KINNEY KINMON LAU, et al.

STIPULATED APPLICATION; PROPOSED ORDER   1   n:\govlit\li2006\070377\00505794.doc
USDC No. C70-0627 CW

Dated: August 27, 2008

By: /s/ .
JEREMIAH GLASSMAN
Attorneys for Intervenors
UNITED STATES OF AMERICA

## ORDER

The parties' stipulated application to substitute the San Francisco Unified School District as a defendant is GRANTED. The Clerk of the Court is directed to effectuate this order with respect to future court filings, and the parties are directed that all subsequent filings should reflect that San Francisco Unified School District is the defendant in the above-captioned action.

Dated: _____

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

STIPULATED APPLICATION; PROPOSED ORDER         2         n:\govlit\li2006\070377\00505794.doc
USDC No. C70-0627 CW