UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LAU

          Plaintiff,

v.

HOPP

          Defendant.

Case Number: CV70-00627 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 3, 2008, I SERVED a true and correct copy(ies) of the order (docket #165), by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeremiah Glassman
Emily H. McCarthy
United States Department of Justice
Civil Rights Division
Education Opportunities Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Dated: September 3, 2008

                                          Richard W. Wieking, Clerk
                                          By: Clara Pierce, Deputy Clerk