DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
VINCE CHHABRIA, State Bar #208557
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-4674
Facsimile:      (415) 554-4747
E-Mail:          vince.chhabria@sfgov.org

Attorneys for Defendants
SAN FRANCISCO UNIFIED SCHOOL DISTRICT, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINNEY KINMON LAU, et al.,<br><br>           Plaintiffs,<br><br>      vs.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT,<br><br>           Defendants. | Case No. C70-0627 CW<br><br>**[PROPOSED] ORDER MODIFYING CONSENT DECREE**<br><br>Hearing Date:     Sept. 16, 2008<br>Time:                 2:00 p.m.<br>Place:                Courtroom 2 |
| UNITED STATES OF AMERICA,<br><br>           Intervenors. | |

The Court approves the new Master Plan for multilingual education agreed upon by the parties. Accordingly, the parties' stipulated application to modify the consent decree is granted. The consent decree is hereby modified such that the new Master Plan supercedes any language contained in the original consent decree order that is inconsistent with the new Master Plan or with this order.

Beginning on September 15, 2009, and continuing yearly thereafter until further order of this Court, defendant San Francisco Unified School District ("SFUSD") shall report to the Court on the progress made in implementing the plan during the previous academic year, in conformance with

Section J of the new Master Plan. For the 2007-2008 academic year, SFUSD shall file a progress report on November 15, 2008 in the format required by the original consent decree.

With respect to the new reporting system set forth in Section J, the Bilingual Community Council may file with the Court a minority report expressing any concerns with the progress made in implementing the Master Plan. SFUSD shall assist the Council in filing the minority report (if any) with the Court, but SFUSD will have no responsibility for formulating, preparing, revising, or reviewing such report.

The District shall keep the parties informed of, and shall timely provide the parties with all documents relating to, the procedures and policies developed during implementation of the Master Plan.

Dated: _____

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE