AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

KINNEY KINMON LAU, et al.
              Plaintiff (s),
V.
SAN FRANCISCO UNIFIED SCHOOL DISTRICT,
              Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C70-0627 CW

FILED JAN - 7 2010 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

Notice is hereby given that, subject to approval by the court, __San Francisco Unified School District__ substitutes
(Party (s) Name)

__MARY HERNANDEZ__, State Bar No. __136942__ as counsel of record in
(Name of New Attorney)

place of __San Francisco City Attorney's Office__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:
   Firm Name: GCR, LLP
   Address: 313 W. Winton, Hayward, CA
   Telephone: (510) 295-4895    Facsimile (510) 670-4537
   E-Mail (Optional):

I consent to the above substitution.
Date: 12/2/09
(Signature of Party (s))

I consent to being substituted.
Date: 12/16/09
(Signature of Former Attorney (s))

I consent to the above substitution.
Date:
(Signature of New Attorney) Mary T. Hernandez

The substitution of attorney is hereby approved and so ORDERED.
Date: JAN - 7 2010
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]