ANURIMA BHARGAVA, Chief
EMILY H. MCCARTHY, DC Bar # 463447
ZOE M. SAVITSKY, CA Bar # 281616
Educational Opportunities Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Patrick Henry Building, Suite 4300
Washington, D.C. 20530
Tel: (202) 305-3223
Fax: (202) 514-8337
anurima.bhargava@usdoj.gov
emily.mccarthy@usdoj.gov
zoe.savitsky@usdoj.gov

Attorneys for the United States

*Additional counsel listed on signature page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KINNEY KINMON LAU, et al., | |
| Plaintiffs, | Case No. C70-0627 CW |
| v. | JUDGE CLAUDIA WILKEN |
| SAN FRANCISCO UNIFIED SCHOOL DISTRICT, | |
| Defendants. | |
| UNITED STATES OF AMERICA, | |
| Intervenors. | |

**JOINT MOTION TO APPROVE MODIFIED CONSENT DECREE**

1 – Joint Motion to Approve MCD – C70-0627 CW

Plaintiff Kinney Kinmon Lau, et al. ("Private Plaintiffs"), Plaintiff-Intervenor United States of America ("United States") (collectively, "Plaintiffs"), and Defendant San Francisco Unified School District ("SFUSD" or "District") (collectively, "the Parties"), by and through undersigned counsel, hereby jointly move the Court to approve and enter the proposed Modified Consent Decree[1] ("MCD") to replace and supersede the Order Modifying Consent Decree entered by this Court on September 11, 2008 ("2008 Court Order") [ECF No. 169]. In support of this Motion, Private Plaintiffs, the United States, and SFUSD collectively state as follows:

1. On September 11, 2008, the Court entered the 2008 Order regarding SFUSD's English Learner ("EL") Program in the above-captioned case, which approved and entered the new Master Plan for Multilingual Education ("Master Plan") jointly submitted by the Parties on September 10, 2008 [ECF No. 168]. The 2008 Court Order modified and superseded a prior order entered in this case on October 22, 1976. *See* 1976 Court Order (Ex. 1).

2. Since that time, SFUSD has worked to implement the Master Plan required by the 2008 Court Order, and Private Plaintiffs and the United States have monitored that implementation. Where the Plaintiffs disputed or otherwise had concerns about SFUSD's record of compliance, they notified SFUSD and engaged in good faith negotiations regarding corrective measures to ensure implementation of the Master Plan. Through this negotiation process, the Parties determined that the disputed areas of compliance and several changed circumstances would be best addressed by modifying the Master Plan in order to effectuate its underlying purposes and SFUSD's compliance with federal law. These circumstances include: changes in SFUSD's EL-related programs, processes, technology, and resources; challenges faced by

---

[1] Consistent with N.D. Cal. L. R. Civ. Proc. 7.1(F), the proposed Modified Consent Decree is attached to this Motion in PDF format as a proposed order, and a Word version has been sent to the address on the court's website for emailing such orders to the assigned judge.

SFUSD in complying with certain provisions of the Master Plan; and changes to state policy and guidance for serving EL students since 2008.

3. The Parties' proposed MCD is the product of intensive, arm's length negotiations regarding disputed provisions of the Master Plan in light of the foregoing changed circumstances and what the Parties have learned under the Plan. Those negotiations, which concluded in May 2015, resulted in a revised EL plan that is targeted to those areas of compliance that require additional attention before this case may be dismissed. This revised plan is the proposed MCD that is the subject of this Motion. The proposed MCD incorporates many of the provisions of the Master Plan, while enhancing SFUSD's obligations in certain areas and streamlining them in others. In this way, the proposed MCD more effectively advances the objectives in the 2008 Court Order and Master Plan.

4. Private Plaintiffs, the United States, and SFUSD agree that the proposed MCD is fair, adequate, reasonable, and consistent with federal law and public policy. *United States v. State of Or.*, 913 F.2d 576, 580 (9th Cir. 1990), *distinguished on other grounds, United States ex rel. McGough v. Covington Technologies Co.*, 967 F.2d 1391 (9th Cir. 1992). The Proposed MCD is also faithful to the commitments made by SFUSD in the Master Plan in light of current circumstances. Rather than litigate the disputed areas of compliance under that Plan, the Parties have agreed upon the terms of the MCD and believe that their good faith implementation over the next three school years will facilitate an effective and orderly resolution of this case.

WHEREFORE, for the reasons set forth above and in the attached Memorandum in Support of the Parties' Joint Motion, the Parties request that the proposed MCD be approved and entered by the Court.

Dated: June 24, 2015                    Respectfully submitted,

*/s/ Zoe M. Savitsky*
U.S. Department of Justice for Plaintiff-Intervenor
United States of America

VANITA GUPTA
Principal Deputy Assistant Attorney General
Civil Rights Division

ANURIMA BHARGAVA, Chief
EMILY H. MCCARTHY, DC Bar # 463447
ZOE M. SAVITSKY, CA Bar # 281616
Educational Opportunities Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Patrick Henry Building, Suite 4300
Washington, D.C.  20530
Tel:  (202) 305-3223
Fax:  (202) 514-8337
anurima.bhargava@usdoj.gov
emily.mccarthy@usdoj.gov
zoe.savitsky@usdoj.gov

*/s/ Christopher Ho*
CHRISTOPHER HO, CA Bar # 129845
For Plaintiff Kinney Kinmon Lau, et al.
Legal Aid Society-Employment Law Center
180 Montgomery Street, Suite 600
San Francisco, California 94104
Tel: (415) 864-8848
Fax: (415) 593-0096
cho@las-elc.org

*/s/ Mary T. Hernandez*
MARY T. HERNANDEZ, CA Bar # 136942
For Defendant San Francisco Unified School District
Garcia, Hernández, Sawhney & Bermudez LLP
1330 Broadway, Suite 1701
Oakland, California 94612
Tel: (510) 695-2802
Fax: (510) 380-7704
mhernandez@ghsblaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Christopher Ho: cho@las-elc.org

Mary Hernandez: mhernandez@ghsblaw.com

I also certify that on June 24, 2015, I sent a true and accurate copy of the foregoing document to the following non-CM/ECF participants by email:

Marsha Chien: mchien@las-elc.org

Angela Miller: millera1@sfusd.edu

Dated: June 24, 2015                             */s/ Zoe M. Savitsky*
　　　　　　　　　　　　　　　　　　　　　　　Zoe M. Savitsky, CA Bar # 281616
　　　　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　　　　　Educational Opportunities Section
　　　　　　　　　　　　　　　　　　　　　　　Civil Rights Division
　　　　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　　　　　950 Pennsylvania Avenue, NW
　　　　　　　　　　　　　　　　　　　　　　　Patrick Henry Building, Suite 4300
　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　　　　　　Tel: (202) 305-3223
　　　　　　　　　　　　　　　　　　　　　　　Fax: (202) 514-8337
　　　　　　　　　　　　　　　　　　　　　　　zoe.savitsky@usdoj.gov