**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KINNEY KINMON LAU, et al., | ) |
| | ) |
| Plaintiffs, | ) No. C70-0627 CW |
| | ) |
| v. | ) JUDGE CLAUDIA WILKEN |
| | ) |
| SAN FRANCISCO UNIFIED SCHOOL DISTRICT, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Intervenors. | ) |
| | ) |
| | ) |

**MODIFIED CONSENT DECREE**

The Court has reviewed the provisions of this Modified Consent Decree ("MCD") and finds them to be fair, just, and reasonable; the product of good-faith arms-length negotiations; and consistent with the objectives of Title VI of the Civil Rights Act of 1964, 42 U.S.C. § 2000d *et seq.* ("Title VI"), which gave rise to the claims in this historic case. Accordingly, the Court approves the Parties' stipulated application to replace the 2008 court-ordered Master Plan with this MCD. As explained in that application, the Parties anticipate that the Defendant San Francisco Unified School District's full and good faith compliance with this MCD should permit the dismissal of this case in the fall of 2018.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that the provisions of this MCD become the Order of this Court. This MCD will supersede all prior orders, and this

Court will retain jurisdiction over this case until it terminates as set forth in Paragraph 109 or until further order of the Court.

## TABLE OF CONTENTS

I.     INTRODUCTION ............................................................................ 4

II.    PROCEDURAL HISTORY ........................................................... 4

III.   DEFINITIONS ............................................................................... 5

IV.   IDENTIFICATION AND PLACEMENT OF ENGLISH LEARNERS .................................. 14

   A.  Identification of English Learners .................................... 14

   B.  Assessment of English Learners ...................................... 15

   C.  Placement of English Learners ........................................ 16

   D.  Reclassification of English Learners and Monitoring of RFEPs ......... 18

V.    EL SERVICES ............................................................................ 20

   A.  Requirements for All Instructional Models ..................... 20

   B.  Specific Instructional Models ........................................... 23

   C.  Access to Gifted and Talented ......................................... 24

   D.  Student Success Teams ..................................................... 26

   E.  Special Education .............................................................. 27

VI.   INSTRUCTIONAL STAFF AND OTHER PERSONNEL ................................. 31

   A.  Qualifications, Hiring, and Recruitment ........................ 31

   B.  Professional Development ................................................ 33

VII.  PARENT/GUARDIAN COMMUNICATIONS, OUTREACH, AND ENGAGEMENT ........ 35

   A.  Parent/Guardian Communications ................................. 35

   B.  Parent/Guardian Outreach and Engagement ............... 40

VIII. COURT AND COUNTY SCHOOLS ...................................... 41

IX.   MONITORING ........................................................................ 42

X.    REPORTING ............................................................................ 45

XI.   ENFORCEMENT ..................................................................... 52

# I.     INTRODUCTION

1.      The MCD reflects the Parties' shared goal that all students, including English Learners ("ELs"), in the San Francisco Unified School District ("SFUSD" or "District") have an equal opportunity to access its curriculum, programs, services, and activities, and to learn in nondiscriminatory environments that are safe, supportive, and accessible to students of all language backgrounds.

# II.     PROCEDURAL HISTORY

2.      Following a determination on January 21, 1974, by the U.S. Supreme Court that the District was in violation of Title VI of the Civil Rights Act of 1964, the Private Plaintiffs (Kinney Kinmon Lau, et al.), Plaintiff-Intervenor the United States (together, the "Plaintiffs), and the District (collectively, the "Parties") stipulated to the terms of the original Consent Decree, which was filed on October 22, 1976, and approved by this Court.

3.      On September 11, 2008, this Court approved the Master Plan for Multilingual Education ("Master Plan" or "Plan"), which superseded the original Consent Decree (to the extent of any inconsistent language).  Beginning in the 2008-2009 school year, the Parties engaged in extensive communications regarding the District's implementation of the Plan.  In March and May 2010, May 2011, May 2012, and November 2014, the Plaintiffs conducted site visits (which included having the District gather and provide hundreds of documents in advance of certain visits): touring a selection of District schools with an EL education expert, interviewing principals and District administrators, and conducting community meetings and private interviews with parents and students regarding the District's policies and practices for serving ELs and their families.  During this time, the District also filed comprehensive Annual Reports with the Court each September 15.

4.      Since the adoption of the 2008 Plan, SFUSD has made progress in implementing the Plan's requirements.  To the extent the Parties dispute the degree of compliance in several areas, they have chosen to resolve these disputes through this MCD rather than litigate those issues.

5.      Since 2009, based on information from the District's Annual Reports, the site visits, and communications from community members, the Plaintiffs have consistently communicated their concerns about specific aspects of the District's compliance with the Plan through letters, emails, teleconferences, and meetings.  The Parties acknowledge that although the District has consistently engaged with the Plaintiffs to address several key concerns and has taken steps to improve its services and compliance, the District is not yet in compliance with the 2008 Plan.

6.      The Parties have conferred in good faith and negotiated the terms of this MCD, which supersedes the September 11, 2008 Order, and aims to bring the District into compliance with Title VI within three years in the areas covered by this MCD.

### III.      DEFINITIONS

7.      "A Developmental English Proficiency Test" and "ADEPT" refer to an oral language assessment instrument aligned with the California English Language Development Test ("CELDT") that can be used with ELs across grade levels, from kindergarten through eighth grade.

8.      "Beginning Teacher Support and Assessment" and "BTSA" refer to a state-funded induction program, co-sponsored by the California Department of Education ("CDE") and the California Commission on Teacher Credentialing ("CCTC"), designed to support the

professional development of newly-credentialed beginning teachers and fulfill the requirements for the California Clear Multiple and Single Subjects Credentials.

9.     "Bilingual Community Council" and "BCC" refer to a group of up to 14 community members appointed by the District's Board of Education ("Board") who serve as an advisory body to the Board and assist the District in monitoring the Lau Plan and this MCD, which can include site visits at SFUSD schools, reports to the Board on the status of programs for ELs, and meeting at least monthly to discuss issues and strategies for serving ELs in the District.

10.     "California English Language Development Test" and "CELDT" refer to a state-mandated English language proficiency test that local educational agencies must administer to students in kindergarten through grade twelve whose primary language is not English, and to students previously identified as ELs who have not been reclassified as fluent English proficient ("RFEP").[1]  The CELDT is used to identify students with limited English proficiency, determine their level of English proficiency, and assess these students' progress in acquiring the skills of listening, speaking, reading, and writing in English.

11.     "California High School Exit Examination" and "CAHSEE" refer to the test that all high school students must pass to earn a high school diploma, except where exempted from the test's requirements under state law or regulation.

12.     "California Standards Test" and "CST" refer to a state test that was administered to students prior to the 2014-2015 school year that measured students' progress toward achieving state academic standards for core content.

---

[1] The Parties are aware that the State of California is revising the CELDT and that the state-mandated test may change during the course of this court-ordered MCD.  If this happens, the Parties will confer to determine if they can agree that the references to the CELDT in this MCD will be replaced with the new test that the state adopts.  The United States reserves all rights on the issue of whether the new test complies with Title VI and the Equal Educational Opportunities Act, 20 U.S.C. 1703 *et seq.* ("EEOA").

13.     "Core Content" refers to language arts, math, science, and social studies.

14.     "Court and County Schools" refers to the Civic Center School, Early Morning Study Program, Hilltop Special Services Center, Log Cabin Ranch, and Woodside Learning Center, and any other program at which SFUSD provides education per Cal. Educ. Code § 1000.

15.     "Designated English Language Development" and "designated ELD" refer to direct, explicit instruction about the English language that provides a systematic and developmentally appropriate approach to teaching language within the context of academic content from grade-level curriculum.  ELD instruction in the District addresses the listening, speaking, reading, and writing standards in the California ELD Standards and corresponds to the academic language and content demands of the Common Core State Standards ("CCSS").

16.     "District English Learner Advisory Committee" and "DELAC" refer to a District-level subcommittee on EL education that advises the Board on programs and services for ELs, including conducting needs assessments on a school-by-school basis, establishing district-wide goals and objectives for ELs, developing plans to ensure compliance with applicable teacher and instructional aide requirements, and reviewing and commenting on the District's reclassification procedures for ELs.

17.     "Educational Placement Center" and "EPC" refer to the office and staff of said office responsible for enrolling all K-12 District students in SFUSD, and for providing guidance to, among others, EL parents/guardians in selecting and applying for District programs for their EL students.

18.     "English Learner Advisory Committee" and "ELAC" refer to school-level subcommittees on EL education that advise the principal and school staff on programs and services for ELs and the School Site Council on the development of the Single School Plan for

Student Achievement.  The percentage of parents/guardians of ELs on an ELAC must be at least the same as that of ELs in that school.

19.     "English Learners" and "ELs" refer to students who have been determined to be Limited English Proficient ("LEP") or Non-English Proficient and thus require assistance to overcome language barriers that impede their equal and meaningful participation in the District's instructional programs.

20.     "EL Certification" refers to the EL teaching credential based on State requirements[2] to obtain such certification (*e.g.*, CLAD and BCLAD).

21.     "EL Services" refers to assistance afforded to ELs for the purpose of teaching the English language or to render substantive educational content accessible, whether in the context of an EL program specifically designed for ELs or in a classroom where ELs and non-ELs are educated.

22.     "Equal and meaningful participation" refers to the ability of ELs and reclassified students to participate in and benefit from the general education program in SFUSD in a manner comparable to their never-EL peers.

23.     "Essential information" refers to information that the District and its schools provide to parents/guardians that includes, but is not limited to:  (a) information about special education matters arising under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400 *et. seq.* ("IDEA") or Section 504 of the Rehabilitation Act, 29 U.S.C. § 794 ("504") (*e.g.*, IEP or 504 meetings); (b) report cards and other academic progress reports; (c) information about discipline and the disciplinary process; (d) requests for parent/guardian permission for student participation in District/school sponsored programs and activities; (e) promotional materials and announcements distributed to students that contain information about school and District

---

[2] *See* Footnote 5.

activities for which notice is needed to participate in such activities (*e.g.*, testing, extracurriculars, activities requiring an application, parent-teacher conferences, open houses); (f) parent/guardian handbooks; (g) documents concerning enrollment or registration; (h) documents concerning academic options and planning; (i) documents concerning screening procedures requesting a student's language background, a parent/guardian's preferred language of communication, and the process for refusing all or only specific EL services; (j) information related to public health and safety; and (k) any other written information describing the rights and responsibilities of parents/guardians or students and the benefits and services available to parents/guardians and students.

24.     "Free appropriate public education" and "FAPE" refer to the provision of regular or special education and related aids and services that are designed to meet the individual educational needs of students with disabilities as adequately as the needs of students without disabilities are met and that satisfy certain requirements concerning educational setting, evaluation, placement, and procedural safeguards, per 20 U.S.C. § 1400 *et seq*. and 29 U.S.C. § 794.

25.     "Gifted and Talented Education" and "GATE" refer to an approach to providing challenging and novel learning opportunities that equitably engage the high potential, talent, and exceptional capacities of students.  Students are identified as GATE-eligible between third and twelfth grade, and are assessed for GATE eligibility using multiple measures in a language-accessible manner.

26.     "Home Language Survey" and "HLS" refer to a questionnaire that the District will require all parents/guardian(s) to complete to register students new to the District and that will ask the parent/guardian(s) to indicate whether the student's primary or home language is

other than English.  The HLS will also survey whether the parent/guardian would like written and/or oral communications from the District and the student's school in a language other than English consistent with the requirements in Paragraphs 87-88.[3]

27.    "IEP" refers to an Individualized Education Program, which is defined by federal statute to mean a written statement for each student with a disability that is developed, reviewed, and revised in accordance with the provisions set forth in the Individuals with Disabilities Education Act, 20 U.S.C. § 1400 *et. seq.* ("IDEA").

28.    "Initial Fluent English Proficient" and "IFEP" refer to students identified by the HLS as having a primary or home language other than English who test proficient in English on their initial CELDT, and are therefore never identified as ELs.

29.    "Integrated English Language Development" and "Integrated ELD" refer to English Language Development that uses both the State's ELD and core content standards to support the linguistic and academic progress of ELs.  Integrated ELD is embedded in core content instruction across the instructional day through a menu of options, including:  (1) contextualization of information using a variety of strategies to enable ELs to comprehend, use, and learn grade-level content; (2) integration of language and content by creating meaningful contexts and teaching academic language; (3) accessibility and use of grade-level complex text; (4) collaborative interaction by providing multiple opportunities for ELs to make sense of new information and explain their knowledge through productive academic talk; and (5) checks for understanding and explicit feedback.  This new approach to ELD instruction supplements designated ELD and will be phased in each year with full implementation required by the 2016-2017 school year.

---

[3] The Parties are aware that the State of California is considering changing or replacing the HLS during the course of this court-ordered MCD.  If this happens, the Parties will consider and determine whether references to the HLS in this MCD will be replaced with the new document/approach that the state adopts.

30.     "Internal Oversight Committee" and "IOC" refer to a group of District leaders, including department heads and other internal stakeholders, that meets regularly to monitor implementation of the MCD.

31.     "Language domains" refers to listening, speaking, reading, and writing.

32.     "LEP" refers to Limited English Proficient individuals, or individuals who do not speak English as their primary language and who have a limited ability to read, speak, write, or understand English, and may therefore require assistance to communicate or access services.

33.     "Long-Term EL" refers to an EL who has been enrolled in U.S. schools for five or more years, but has yet to meet the District's criteria for reclassification.

34.     "Major Languages" refers to English, Spanish, Chinese,[4] Vietnamese, Filipino (Tagalog), and Arabic.

35.     "Multilingual Pathways Department" and "MPD" refer to the District-level department responsible for EL educational services.

36.     "Naglieri Cognitive Processing Test" refers to a nonverbal test for GATE identification that is often used with ELs.

37.     "Newcomer" refers to recently arrived immigrant ELs who have little to no English proficiency.  Newcomers may include ELs whose formal education has been interrupted ("SIFE"), and who may have limited literacy in both their native language(s) and English.

38.     "Never-EL" refers to a student who has never been an English Learner and who does not require assistance from the District to overcome language barriers in order to equally and meaningfully participate in the District's instructional programs.

39.     "Non-LEP" refers to an individual (*e.g.*, a parent) who is proficient in English.

---

[4] "Chinese" refers to written traditional Chinese for the purposes of translation.  "Chinese" refers to Cantonese, Mandarin, and Toishanese for the purposes of interpretation.

40.   "Paraprofessionals" refers to teacher support staff who assist students in the classroom and who have met local, state, and federal guidelines for their qualifications and/or certifications.

41.   "Parent/Guardian" refers to either or both biological or adoptive parents of the student, the student's legal guardian, or any other person in a parental relationship to the student that has legal and/or educational decision-making authority for the student per Cal. Educ. Code § 56028.

42.   "Plaintiffs" refers to Kinney Kinmon Lau, et al., private plaintiffs, and the United States of America, Plaintiff-Intervenor.

43.   "Qualified interpreter" refers to someone who is fluent in the language in which he or she is communicating in addition to being fluent in English, has demonstrated ability to employ the mode of interpretation appropriate to the given situation (*e.g.*, employing simultaneous interpretation for hearings or large-group parent/guardian meetings), has demonstrated language ability, and has received professional development in specialized issues such as confidentiality and any applicable technical vocabulary.

44.   "Qualified translator" refers to someone who is fluent in writing and reading in the language in which he or she is communicating in addition to being fluent in writing and reading in English, and has received professional development in specialized issues such as confidentiality and any applicable technical vocabulary.

45.   "Reclassification" refers to the process whereby an EL is reclassified as a Fluent English Proficient ("RFEP") student after meeting various linguistic and academic criteria set by the District and State of California, in compliance with federal law.

46.     "Reclassified Fluent English Proficient" and "RFEP" refer to a student who is a former EL who has met all requirements to be reclassified from EL to Fluent English Proficient.

47.     "San Francisco Unified School District," "SFUSD," and "the District" refer to the San Francisco Board of Education and the public schools it operates per Cal. Educ. Code § 35510.

48.     "Specially Designed Academic Instruction in English" and "SDAIE" refer to California's approach for teaching core academic content using the English language to ELs, and is intended to help ELs gain skills in both content and English.  The instruction uses strategies designed specifically for ELs so the EL can meaningfully access academic content in the English language.  Such instruction is supported by material in their primary language, when available.

49.     "Section 504 plan" refers to a plan designed to meet the individual educational needs of a student with a disability under Section 504 of the Rehabilitation Act of 1973, or who are regarded as having such disability.

50.     "EL SWD" refers to an EL who is also a student with a disability as defined by federal law, *see* 20 U.S.C. § 1401 and 29 U.S.C. § 794.

51.     "Student Success Teams" and "SST" refer to teams constituted for, among other reasons:   (a) identifying the student's individual needs; and (b) proposing placements, interventions, programming or services, including referrals for Section 504 or special education placement.

52.     "Synergy" refers to the District-wide electronic student information system used for demographic, academic, and behavioral data, or any similar system by any name used by the District for such demographic, academic, and behavioral data.

53.   "Translation and Interpretation Unit" and "TIU" refer to the District office that provides translation and interpretation services to SFUSD families at school sites and at the District level.

### IV.   IDENTIFICATION AND PLACEMENT OF ENGLISH LEARNERS

**A.  Identification of English Learners**

54.   Proper identification of ELs is a foundational component for ensuring appropriate placement in EL services and access to the core curriculum and other education services offered by the District.   The District will take the following steps to ensure the proper and timely identification of ELs:

a.   Utilize the Home Language Survey ("HLS") to Initially Assess Home Language.  The District will continue to enroll all K-12 students at the Educational Placement Center ("EPC").   EPC staff will be responsible for ensuring that all parents/guardians are provided with SFUSD's HLS upon enrolling their child.   If the HLS indicates that a language other than English is spoken in the home, the District will ensure that the student's English proficiency is assessed as described in Paragraph 55.

b.   Inform Parents/Guardians About the EL Identification Process.  The EPC and the Multilingual Pathways Department ("MPD") will provide parents/guardians with information about how student identification and assessment takes place in the District.   The EPC and MPD will provide this information through:  (i) the SFUSD Enrollment Guide, which the District will provide in the Major Languages; and (ii) in-person communication during the K-12 enrollment process, with qualified interpreters for LEP parents/guardians.

## B. <u>Assessment of English Learners</u>

55.     When the HLS indicates that a language other than English is spoken in the home, the District must use valid and reliable criteria to identify and assess ELs, including administering a valid and reliable assessment of English proficiency in all four language domains.

a.     <u>California English Language Development Test ("CELDT")</u>.  The District currently uses the CELDT to assess students' English proficiency levels in all four language domains.  The District will notify parents about the CELDT testing process within four days after the first day of school, and will assess students identified by the HLS as having a primary or home language other than English as soon as possible but not later than 15 days after parents are notified, or within 10 days for students enrolling after the second week of school.  The District will make reasonable efforts to continue testing potential ELs who were absent during the testing window.  The District will, within thirty days of the child's first day of attendance and in a language the parent/guardian understands, provide parents/guardians in writing with:  (i) the results of the assessments, (ii) the child's EL placement, and (iii) information on the right to refuse that placement.

b.     <u>Primary Language Assessments.</u>  The District will use a Primary Language Assessment to assess the student's proficiency in his or her home language when the District determines that such testing is helpful to the effective implementation of the District's language pathways (*e.g.*, dual language pathways).  Once the results of the Primary Language Assessments are available, the District will, in a language the parent/guardian understands:  (i) provide parents/guardians with the results of the assessments; (ii) explain the methods of

instruction used in the District's EL pathways; and (iii) explain parents'/guardians' rights to decline to enroll their child in the District's EL pathways.  The Enrollment Guide and the District website will provide parents/guardians with a telephone number and email address for the staff person(s) available to provide further assistance in understanding the assessment results and the available EL programs.

## C.  Placement of English Learners

56.     The District will take the following steps to place ELs appropriately in EL services:

a.     Appropriately level and place ELs using valid and reliable English Language Proficiency ("ELP") scores.  As soon as practicable and no later than 10 business days after the student's ELP scores (currently the CELDT or ADEPT results) are available, the District will ensure that ELs have been properly placed in EL programs, and if not, adjust their placements to appropriately reflect their ELP levels.  If a child demonstrates English language proficiency on a valid and reliable ELP assessment, the child will be designated as Initial Fluent English Proficient ("IFEP").

b.     Provide guidelines for appropriate placement for secondary students.  The District, through the MPD, will provide a set of student placement guidelines for ELs in secondary schools for:  (i) appropriate placement in English Language Development ("ELD") courses; (ii) the types of academic course placements appropriate for students at differing English proficiency levels; and (iii) the different "typologies" of ELs (*e.g.*, Newcomers, Long-Term ELs, EL SWDs).

c.     Analyze foreign transcripts to effectively place and serve secondary students.  The EPC will incorporate analysis of foreign transcripts, when available, into the

initial assessment process of newly arrived students from foreign schooling systems.  The EPC will provide school sites with information regarding academic mastery and earned credits as indicated on such transcripts to assist in appropriate placement and assignment of these academic credits.  Such information will assist the school sites in identifying necessary support services for such students.

    d. <u>Conduct an annual preliminary assessment of appropriate Dual Immersion ratios</u>.  Before Round 1 student assignment letters are sent to parents/guardians, the District will assess the preliminary enrollment numbers for grades K and 1 in the Dual Immersion pathways, check for accuracy and determine whether the pathways have an appropriate ratio of target language proficient students and English-Only students ("EOs").  Any errors discovered as part of this assessment will be corrected before Round 1 student assignment letters are sent to parents/guardians. If no errors are found but the assessment shows that target language proficient students are inadequately represented, the District will take steps to remedy this inadequacy in immersion ratios before Round 2 student assignment letters are sent to families, including conducting outreach and recruiting additional target language proficient applicants.

    e. <u>Conduct an annual final assessment of appropriate Dual Immersion ratios</u>. By November 1 of each year, the District will assess its final enrollment numbers in grades K and 1 in each of its Dual Immersion pathways and will determine whether the programs have an appropriate ratio of target language proficient and EO students.  If this assessment shows that target language proficient students are inadequately represented, the District will take steps to remedy this inadequacy in future immersion ratios, including improving its outreach and recruitment of potential ELs, and providing staff with relevant professional development for future enrollment cycles, if appropriate (*see* subparagraph (f)).

f.      <u>Provide EPC counselors with ongoing professional development on appropriate EL placement</u>.   The District will provide EPC counselors with professional development on reviewing foreign transcripts for appropriate EL student placement; understanding the differing goals of the various pathways offered by SFUSD for ELs; the program structures; and the implications of such transcripts for appropriate student placement, including the District's expected placement ratio of English fluent students who are not proficient in the target language (1/3 to 1/2 of class) to students who are target language proficient (2/3 to 1/2 of class) in immersion programs.   EPC counselors will use this information to counsel parents/guardians regarding the various EL program choices.   On an annual basis or as needed, whichever is more frequent, the District will provide this professional development prior to the open enrollment process.   When necessary, the EPC will collaborate with on-call staff in the MPD on counseling parents/guardians and making placement recommendations.   EPC counselors will also receive professional development regarding the availability of translators and interpreters to assist in the counseling process, including cross trainings between EPC and TIU, school secretaries and parent/guardian liaisons where necessary.

g.      <u>Provide school counselors and assistant principals with professional development on appropriate EL placement</u>.   On an annual basis or as needed, whichever is more frequent, the District will provide school counselors and assistant principals with professional development on the guidelines for appropriate EL placement in EL programs, in Gifted and Talented Education ("GATE") programs, and Special Education programs.

## D.  <u>Reclassification of English Learners and Monitoring of RFEPs</u>

57.     The District will use valid, reliable, and objective criteria that meaningfully measure English language proficiency in each of the four language domains of listening,

speaking, reading, and writing, and ensure that each EL has attained proficiency in English based on such criteria before being reclassified.

58.     The District currently uses the CELDT to assess whether a student has achieved proficiency in English.  The District will ensure that any conjunctive or composite score it uses on the CELDT or another ELP test to measure when a student has achieved proficiency in English:  (a)  requires sufficient grade-level proficiency in each of the four language domains to permit students to participate effectively in grade-level academic content instruction and assessments in English, and (b) overall is a valid and reliable measure of the student's proficiency in English that enables students' meaningful and equal participation in the educational program without EL services.  In making the reclassification determination, the District may also utilize other valid and reliable criteria to determine if the EL is ready to exit EL services based on a proficient composite or conjunctive score on an ELP test that complies with this paragraph.  At this time, the District uses and may continue to use standardized test information, grades, and teacher recommendations related to English proficiency, to determine whether to reclassify these students based on their proficient ELP conjunctive or composite score.

59.     The District will evaluate the academic achievement data of those students reclassified under the new reclassification criteria that were promulgated before the beginning of the 2012-2013 school year to assess whether the new criteria yield valid and reliable assessment scores for reclassification from the EL program.  The evaluation results using academic achievement data for the 2014-15 school year for ELs exited in the 2012-13 and 2013-14 school years will be included in the 2015 annual report filed with the Court.   If these results and academic achievement data reveal that the new reclassification criteria are prematurely exiting

EL students from EL services or are otherwise not valid and reliable for reclassifying ELs, the District will amend its criteria accordingly to address any deficiencies that are identified and ensure their validity and reliability. Any amendments to reclassification criteria will be provided to the Parties in the annual report or upon request. If the Parties cannot agree on amended criteria for reclassifying ELs or dispute whether the evaluation results demonstrate the criteria's validity and reliability, any party may opt to move the Court to resolve the dispute.

60.     The District will monitor ELs for two years once they are reclassified as RFEP to assess their post-reclassification academic success and to determine if they require additional academic, language assistance, or other instructional services.

## V.     **EL SERVICES**

### A.  **Requirements for All Instructional Models**

61.     To maximize EL access to and success in a quality education, the District will provide effective services that include English language development ("ELD") and primary/target language development (when available), as well as full access to and engagement in the District's comprehensive grade-level academic college and career readiness program, core curriculum, electives, and extracurricular activities.

62.     In the development, placement, and maintenance of instructional service pathways for ELs, the District will strive to avoid linguistic isolation across and within schools by ensuring to the greatest extent possible that ELs are integrated with never-ELs in content-area instruction and for recess, electives (*e.g.*, art, music, and other visual and performing arts), physical education, lunch, and library, and are not unnecessarily segregated from never-ELs in other classes given their ELD levels, the nature of their EL services, and their time and progress

20

in such services.  The District will ensure that ELs are integrated with general education students in school functions and extracurricular activities.

63.     The District will ensure that all EL classes, including designated ELD, integrated ELD, SDAIE content classes, bilingual classes, and dual language classes, will be taught by teachers with the appropriate EL certification based on State requirements.[5]

64.     The District will provide ELs with designated ELD instruction that is adequate and appropriate relative to their ELP level and their language needs until reclassification. The District will provide all ELs with designated ELD instruction grouped by their ELP level for a minimum of 30 minutes per day.  The District may group ELs by up to two consecutive ELP levels for designated ELD instruction (*e.g.*, grouping Level 1s with Level 2s, Level 2s with Level 3s).  The District may choose to provide Level 4s and Level 5s with designated ELD instruction in their grade-appropriate English Language Arts ("ELA") class (for instance, in what the District refers to as "ELA .6" courses).  ELD instruction will be aligned with the 2012 California ELD standards and will correspond to the academic language, literacy, and content learning outcomes and expectations of the Common Core State Standards ("CCSS") and the Next Generation Science Standards ("NGSS").

65.     In addition to at least 30 minutes of daily designated ELD, the District will also provide all ELs with integrated ELD instruction during core content area instruction that is provided in English until reclassification.  The District will provide guidelines to schools to address EL needs based on their English proficiency level descriptors and typologies (*e.g.*, Long-

---

[5] The United States has not evaluated whether the State requirements for teaching English learners adequately prepare teachers to provide ELD and SDAIE content instruction to ELs across English proficiency and grade levels. If the State changes the requirements for teacher certifications during the term of this MCD, the Parties will confer within 60 days to determine if they can agree that the State's requirements satisfy the purposes of this Decree. For purposes of this Decree, the District will comply with these State requirements when hiring and assigning teachers of English Learners, and the United States reserves all rights to determine whether these state requirements comply with federal law.

term EL or Student with Interrupted Formal Education ("SIFE") through various ELD models to support their accelerated academic language and literacy development and provide strategic interventions to address EL learning needs.  The District will assist schools, as necessary, in developing schedules that ensure ELD classes do not interfere with ELs' access to the core curriculum or any additional specialized services (*e.g.*, special education services).  The District will ensure that ELs whose parents/guardians have opted them out of specialized EL classrooms or pathways will continue to receive EL services during content area instruction, where integrated ELD will be provided.

66.     To ensure that all ELs have access to, can engage with, and achieve in grade-level academic content while they are learning English, the District will provide content classes to ELs using methods that:  (a) include primary language with appropriate language proficiency leveled instruction (when available), (b) incorporate the 2012 California ELD Standards as mentioned above, and (c) use Specially Designed Academic Instruction in English ("SDAIE") methodology.

67.     The District will embed instructional support for Long-Term ELs, including accelerated interventions, into every pathway at every school site.  All pathways will also include strategies to prevent students from becoming Long-Term ELs.

68.     The District will offer ELs who are recent immigrants with little to no English proficiency and/or SIFE placement in a Newcomer pathway.

69.     The District will provide all EL teachers with student rosters for their classrooms. The rosters will provide information on ELs by name regarding their current and former CELDT levels and subscores, current and former CST-ELA scores or another comparable assessment, their special education status (as relevant), and typologies.  Site administrators will provide

support to teachers in understanding the instructional implications of these data and in approaching lesson planning to address the differentiated needs of their ELs.

**B.  Specific Instructional Models**

70.     The District will provide a portfolio of instructional pathways and services, including pathways with primary language instruction, and pathways with only English language instruction.  (*See* the EL Program Guide in the Appendix to this document for current pathway descriptions.)  ELs will have access to the following instructional pathways and services, among others:

a.     Dual Language Immersion Pathway;

b.     Biliteracy Pathway;

c.     English Plus Pathway;

d.     Newcomer Pathway, including services for SIFE;

e.     Newcomer services; and

f.     Long-Term EL services.

Services under Paragraphs 70(d) and (f) above will be embedded into the pathways described in Paragraph 70(a)-(c).

71.     The District will provide current descriptions of each pathway and services in the annual publication of the EL Program Guide, which will be available at all school sites, at the Educational Placement Center, and on the District website, in the District's Major Languages.

72.     The District will utilize available data, the monitoring process described below in Paragraph 102, as well as annual audits, to address the consistent and effective provision of EL services.  The District may seek to modify or eliminate one or more of the pathways identified herein due to shifts in the District's demographics, changing needs of the District's ELs, and/or

the District's evaluation of the effectiveness of the various pathways.  In deciding to significantly alter or eliminate a pathway, the District will consider feedback from the SFUSD community, including staff; EL students and families; community members; DELAC, BCC, or other interested individuals or organizations; and the findings of academic researchers in the field of EL education.  If, based on the principles outlined above, the District decides to significantly alter or eliminate one or more of its pathways or services, the District will provide the Plaintiffs with 45 days to review and comment on such proposed alterations.  "Significantly alter" means that the District is changing its pathways or services in a manner that will fail to satisfy the "Requirements for all Instructional Models" outlined in Paragraphs 61-69 above. The District and the Plaintiffs will work together in good faith to resolve any disagreements regarding the proposed alteration.  If the District and the Plaintiffs are unable to resolve any disagreements within 45 days after the initial 45 day review period (total of 90 days), any party may opt to move the Court to resolve the dispute.  Absent Court action to the contrary, the District will have the authority to make its alterations or eliminations notwithstanding any unresolved disagreements.

**C.  <u>Access to Gifted and Talented</u>**

73.    The District will take the following steps to ensure that ELs have an equitable opportunity to participate in Gifted and Talented Education ("GATE") to the extent available:

a.    <u>Implement procedures to identify ELs who qualify for GATE</u>.  The District will implement, and update as appropriate, written procedures for identifying ELs in each school who may be able to qualify for GATE.  The written procedures will include:  (i) a list of indicators of giftedness to look for in ELs; (ii) written reminders that ELs may be eligible for GATE services under measures of giftedness or talent other than traditional measures such as

standardized test scores; (iii) written reminders that English fluency is not a criteria for GATE eligibility; and (iv) an explanation of the GATE referral process.  The District will provide professional development to GATE Coordinators on these procedures annually, and Coordinators will provide professional development to principals and teachers regarding these procedures as needed.

        b.      <u>Conduct GATE identification for ELs</u>.  Each school site's identification team will refer potentially GATE-eligible EL and non-ELs to the District GATE office during the second semester of each school year, which will complete the identification process.  Although testing is only one of the criteria that can lead to GATE identification, where testing is the appropriate means of identifying ELs as gifted and talented, the District will continue to use the Naglieri Cognitive Processing Test or its equivalent.  The District will translate the brief test directions into the Major Languages and will provide the directions in lower-incidence languages upon request.

        c.      <u>Implement parent/guardian outreach strategies</u>.  The District will implement parent/guardian outreach strategies to inform parents/guardian of EL students and LEP parents/guardians in their primary language about the GATE program, including what the program offers, the referral process, and how to obtain more information about the program. These strategies will include, but not be limited to, posting GATE information in the Major Languages on the District's website, placing an item regarding the GATE program on the agenda of at least one DELAC meeting annually, and providing it for ELAC representatives to post on the parent bulletin board at their respective school sites.

        d.      <u>Monitor EL participation in GATE</u>.  The District will track EL students' participation in GATE.  If the data collected show that EL students are being identified for

GATE at a rate significantly lower than their representation in the District student population, or that EL students identified as GATE eligible disproportionately fail to participate in GATE as compared to non-EL students identified as GATE eligible, then the District will take affirmative steps to improve its EL identification and participation rates, including additional outreach to and education of parents/guardians of EL students and LEP parents/guardians regarding GATE.

**D.  Student Success Teams**

74.    The District's Student Success Teams ("SSTs"), which are a site-based body, will consistently implement procedures for interventions in the general education setting and pre-referral interventions prior to referral for special education evaluation that take into account the linguistic and cultural backgrounds of students, including doing the following for EL students:

a.    Including at least one certificated staff person with appropriate EL certification based on state requirements in SST meetings for ELs;

b.    Ensuring that the SST includes a staff member with personal knowledge of the EL student.  If a staff member with personal knowledge of the EL cannot be available for the SST meeting, then another member of the SST will consult with at least one such staff member prior to the meeting;

c.    Fully considering the language background, educational history, linguistic history (including CELDT scores and primary language proficiency assessment results where available), and language-related issues of ELs, including review of:  (i) academic progress in an appropriate EL pathway; (ii) classroom observations; (iii) work samples in English and, where available, in the primary language; and (iv) outcomes of evidence-based interventions when making data driven decisions to evaluate EL students for special education and related services.

       d.     The District will provide professional development to SST Leads (*e.g.*, principals, assistant principals, head counselors, social workers, etc.) on the above procedures to effectively guide the SST process.

**E.  Special Education**

     75.   <u>Dual Services.</u>  The District will provide both special education services and EL services to each EL SWD in a manner appropriate to the student's individual needs.  No EL will be denied EL services due to the nature or severity of the student's disability, and no EL will be denied special education services due to his or her EL status.  If an EL student is found eligible for special education, the student will continue to receive EL services and interventions in addition to the special education services defined by the IEP.  The District will provide both services using classroom structures and strategies designed to fulfill their obligations to provide the student with a free appropriate public education in the least restrictive environment and meaningful access to the District's instructional program.  The District will fulfill this duty by providing instruction and services by appropriately qualified personnel in a manner that adequately and appropriately addresses both the identified language and disability needs of the student.

     76.   <u>Evaluation.</u>  The District's Special Education Department will be responsible for identifying, locating, and evaluating ELs with disabilities who are in need of special education and related services, including taking the following steps:

       a.     Assessing ELs for special education eligibility in the language (or other mode of communication) and form most likely to yield accurate information regarding what the student knows and can do academically, developmentally, and functionally, unless it is clearly not feasible to do so;

b.      Conducting initial and subsequent special education evaluations for ELs using trained and qualified personnel who are proficient in the students' primary language.  To the extent that such personnel are currently unavailable to the District, the District will make its best efforts to locate and obtain the services of such personnel through contracts or other means;

c.      Ensuring that assessments and other evaluation materials are valid and reliable in light of the student's language proficiency and language background; and

d.      Interpreting or translating special education evaluation reports and assessment materials in the primary language of the student's parents/guardians.

77.    <u>IEP process</u>.  The District will take the following steps to ensure that EL SWDs receive appropriate services and that LEP parents/guardians are included in the IEP process:

a.      *Creation of the IEP*:

i.      All IEPs developed for ELs will document the following:

–  that the student is an EL;

–  the student's English proficiency level;

–   the student's primary language proficiency level to the extent available;

–  all language-related accommodations needed for testing and assessments in compliance with state and federal law, including accommodations needed for standardized assessment instruments;

–  any use of any individualized reclassification process; and

–  the student's ELD services.

28

The District also will ensure that the electronic fields for the IEP required as outlined in the "SEIS IEP and Reclassification Guidelines for Students Who Receive EL and Special Education Services" are completed for each EL SWD.

    ii.    The IEP team will include a person who can interpret the instructional implications of evaluation results, including information to help the team understand the impact of the student's disability as it relates to his or her EL status.

    iii.    IEPs for ELs will include linguistically appropriate goals, objectives, programs and services based on the individual needs of the EL SWD.

    iv.    IEP teams will include at least one certificated staff person with EL certification based on state requirements who can assist the IEP team in ensuring that the special education services needed to provide FAPE under the IDEA are accessible to the EL student given his or her limited English proficiency, and that the EL services required by Title VI and this MCD are accessible given his or her disability.

    b.    *EL Student and LEP Parent/Guardian Access to the IEP process*:

    i.    When the District notifies a parent/guardian of an EL or an LEP parent/guardian of an IEP meeting, the notice will be in the parent's/guardian's primary language and will inform the parent/guardian of the right to obtain an interpreter at the IEP meeting. This notice will explain to the parent/guardian how to request an interpreter. When parents/guardians make such requests with reasonable notice (*i.e.*, at least three days prior to the IEP meeting), the District will provide interpretation services at IEP meetings.

    ii.    The District will provide a translated copy of the IEP template at least five days before the IEP meeting to LEP parents/guardians who speak one of the District's Major Languages. At or before the IEP meeting, the District will inform the parent/guardian of

29

their right to receive a translated copy of the IEP.  After the IEP meeting, upon the request of a parent/guardian, the District will provide a translated copy of the completed IEP within a reasonable period of time, but no later than 10 business days following the District's receipt of the request.  If, however, 10 business days is not feasible because the request is for a low-incidence language or is unusually complicated, the District will provide a translated copy of the completed IEP within 20 business days following the District's receipt of the request. The District may use a translation template for whichever portions of the IEP are common across all IEPs.

iii.   The District will translate other documents provided to parents/guardians about matters arising under the IDEA or Section 504 (*e.g.*, information regarding IEP or 504 meetings and procedural rights) into the Major Languages, consistent with its obligation to translate essential information under this MCD.

iv.   Prior to and during the IEP meeting, the District will remind LEP parents/guardians that they may, but are not required to, sign the IEP at that meeting.  The District's reminder will be included in the meeting notice in a language the parents/guardians understand.

78.   Record-keeping for EL SWDs.  The District will maintain records for each EL SWD including: an online profile with information on whether the parent/guardian requested interpretation and the language requested (and other SEIS fields described in Paragraph 77); an online version of the IEP (content described in paragraph 77); copies of the IEP meeting notice; a copy of the IEP (with translated version if applicable); assessments; and other relevant supporting documents.

79.     <u>Professional Development</u>.  The District will provide professional development to Site Administrators and IEP case managers on the above IEP procedures before the beginning of the 2015-2016 school year to effectively guide the IEP process, and will provide professional development to any new Site Administrators and IEP case managers within six months of their taking the position.

## VI.     INSTRUCTIONAL STAFF AND OTHER PERSONNEL

### A.  Qualifications, Hiring, and Recruitment

80.     The District will maintain a Board Policy that requires all new teachers to be EL-certified, and establishes requirements for existing teachers without the appropriate EL certification based on state requirements to obtain such certification.

81.     The District, through the Human Resources Department, will continue to implement a teacher candidate recruitment process that identifies and gives preference to applicants for any teaching positions that possess one or more of the following qualifications: the appropriate EL certification based on state requirements (*i.e.*, CLAD/BCLAD certification), demonstrated expertise in teaching ELs, and high-level bilingual/biliterate skills.  Applicants who do not have these qualifications will be required, at a minimum, to commit to enrolling in a program toward certification prior to being hired by the District.

82.     The District, through the Human Resources Department, will utilize strategies to identify and attract diverse bilingual educators.  These strategies will change and adapt to changing circumstances, and may include:

a.      Building strong relationships with local institutions of higher education for the recruitment of candidates holding an EL/Bilingual authorization by offering on-campus

informational sessions, participating in bilingual networking events and holding job fairs targeting bilingual candidates;

        b.      Entering into Memorandum of Understanding agreements with local institutions of higher education to expand University Intern Programs.  The close relationship between SFUSD and university programs will also allow District input into course development so university candidates exit with the skills necessary to be effective educators in a large, diverse urban school district;

        c.      Operating a Para-to-Teacher program ("PTTP") to place teachers from diverse backgrounds in shortage areas;

        d.      Recruiting at events targeting multilingual educators;

        e.      Recruiting candidates from abroad, i.e. California Dept. of Education Mexican Teacher Exchange Program; and

        f.      Holding Bilingual Networking Events to introduce candidates to the District's Multilingual Pathways, including outreach to local affinity group, i.e. The Chinese Teachers Association, Latin American Teachers Association, etc.

        g.      Sending bilingual job announcement to affinity groups who have access to bilingual educators.

    83.    The District, through the Human Resources Department, will utilize a screening and interview process that takes into account, among other things, a candidate's verbal ability in English and any relevant target language, their background working with diverse students, including English Learners, and their level of certification, as appropriate based on the particular position and job responsibilities.

**B.  Professional Development**

84.     The District will provide personnel who work with ELs, including instructional staff and school- and District-level administrators, with professional development to assist them in carrying out the duties described in this MCD.

85.     In addition to any other professional development identified elsewhere in this document, the District will provide the following professional development, by type of employee:

      a.     School Site Administrators.

         i.     *Designated and Integrated ELD.*  Professional development on the purposes of ELD and the continuum of language development, the designated and integrated ELD guidelines, and how to recognize and support quality designated and integrated ELD, including how to ensure instruction is aligned to current designated and integrated ELD state standards.

         ii.     *Primary Language Instruction.*  Professional development on the purposes of primary language instruction, language arts standards, primary language assessments, and how to recognize and support quality primary language instruction.

         iii.     *SDAIE.*  Professional development about the appropriate uses of SDAIE strategies in connection with current designated and integrated ELD state standards, and how to recognize and support quality instruction using SDAIE strategies.

      b.     Teachers.

         i.     *Designated and Integrated ELD*.  Professional development on implementing appropriate designated and integrated ELD standards-aligned curriculum and instructional strategies as part of a continuum of language development, grouping students

appropriately by English proficiency level descriptor, conducting language development assessments, and addressing all four domains of language development. Professional development will include strategies and tools for differentiating instruction for diverse learners, including students with disabilities.

      ii.    *Primary Language Instruction*. Professional development on implementing appropriate primary language standards-aligned curriculum and instructional strategies, primary language assessments, and addressing: (I) the four domains of language development for language/literacy instruction, and (II) content standards and academic language for subject matter instruction. Professional development will include strategies and tools for differentiating instruction for diverse learners, including students with disabilities.

      iii.    *SDAIE*. Professional development on implementing SDAIE instructional strategies in connection to current designated and integrated ELD state standards and approaches to differentiating instruction to address varying English proficiency levels of students. Professional development will include strategies and tools for differentiating instruction for diverse learners, including students with disabilities.

      iv.    *EL SWD*. The District will offer professional development to all teachers who provide services to EL SWDs regarding appropriate strategies for educating EL SWDs. The District will sponsor professional development events for these teachers throughout the year on the intersection between EL and special education service provision. The District will also direct school sites to ensure that special education and EL instructional staff participate in at least one joint planning meeting on EL services.

     c.      <u>Translators and Interpreters</u>.

     i.      Periodic required professional development for District interpreters and translators, including an explanation of their duties to provide meaningful access to information and to update their knowledge of specialized language related to the provision of services.

## VII.   PARENT/GUARDIAN COMMUNICATIONS, OUTREACH, AND ENGAGEMENT

### A.  Parent/Guardian Communications

86.    The District's Multilingual Pathways Department, Translation and Interpretation Unit, Office of Family and Community Engagement, and Office of Public Outreach and Communications will, individually and collectively, be responsible for assessing, coordinating, and providing communications, outreach, and engagement services to parents/guardians of EL students and LEP parents/guardians.

87.    During the first month of each school year, the District will reassess the Major Language groups in the LEP parent/guardian community, using, at a minimum, data from the HLS and Synergy, to ensure the availability of appropriate staff resources for interpreting and translating for these language groups, and to reassess the allocation of resources for this purpose.

88.    To make essential information accessible to all families and provide LEP parents/guardians with meaningful access to the same information provided to non-LEP parents/guardians, the District will provide documents that are easy to understand and translation and interpretation services, by means of qualified interpreters or service providers as defined in this MCD, through the Translation and Interpretation Unit ("TIU"), personnel available at school sites, and contracts with outside service providers (wherever appropriate) in the following ways:

a.      The District will ensure that, by the anticipated termination of this MCD (*see* Paragraph 109), all essential information in documents, forms, and communications provided to parents/guardians is translated into the District's Major Languages and made available to Major Language LEP parents/guardians in the same manner in which the essential information is provided to non-LEP parents/guardians (*e.g.*, distributed at one or all schools sites, in the District Office, posted on the District website, or mailed to parents/guardians).  To the extent that such documents provide notice of events or are otherwise time-sensitive, the District will ensure that such documents are provided on a timeline that provides adequate notice and opportunity to respond.  The District will prioritize translating remaining untranslated District-level essential information into Chinese and Spanish by the end of the 2015-2016 school year. To the extent that the District's translation resources can thereafter be directed in significant part to District-level and school-level translation into the other Major Languages, the District will redirect its resources in that manner.

b.      The District will promptly provide LEP parents/guardians, whether they speak one of the Major Languages or other languages, with accurate written translations or oral interpretation of all essential information in documents, forms, and communications provided to parents/guardians in a language the LEP parent/guardian understands, either upon the LEP parents'/guardians' request or if the need for such translation or interpretation becomes apparent. The District will document all such requests and may choose the service provider to fulfill such requests so long as the translation and interpretation services are provided by qualified interpreters and qualified translators.  Using the District's record of LEP parent requests for translations of written materials, the District shall notify the schools of all such translation needs whenever the District distributes information to parents through the schools.

36

      c.      The District will provide guidelines to District administrators and staff for assuring quality translation and interpretation services that explain the requirements of subparagraphs (a) and (b) above, and also include the following components:  (i) an interpretation protocol for emergency situations; (ii) available services provided by the TIU; (iii) reminder to all staff that individuals who are not district-qualified interpreters, including students and other children, may not be relied upon to provide oral interpretation, except in emergency situations; and (iv) parent/guardian notices and forms on the availability of translation and interpretation services.

      d.      The District will maintain an accurate and current roster of all available personnel in each building who have been trained to serve as qualified interpreters and/or translators, including BCLAD teachers, with their current contact information.  The District will distribute this list to all sites, and each principal and school secretary will make this list available to all school personnel at each school.  The District will update and distribute this list at the beginning of the Fall and Spring semester of each school year.

      e.      The District will enter into a contract with an entity that will promptly provide qualified in-person and telephone interpreter services for languages other than Spanish and Chinese.  The District will provide access to these services in response to school principal request, to the extent that funding is available, consistent with the requirements of this MCD. The District will maintain a record of requests that could not be accommodated because of funding or other reasons.

      f.      The District Translation Guidelines will instruct employees at each school to contact the principal or designee to obtain translation or interpretation services for essential information.  The District will advise principals and designees that a school should seek on-site

assistance with translation and interpretation needs from their roster as necessary, and contact the TIU if such resources are not available on-site.

       g.    If an LEP parent/guardian requests that an adult family member or adult friend provide interpretation for a communication with the District or one of its schools, the District must provide an interpreter through qualified District or outside resources for all essential information that raises a potential conflict of interest, such as custody or restraining orders that may limit the friend or relative's access to student information. The District will not use family or friends of LEP parents/guardians or children or students for written translations of District- or school-generated documents.

       h.    The District will record the parents'/guardians' response to the question on the Home Language Survey, or its equivalent, regarding whether the parent/guardian would like written and/or oral communications translated into a language other than English into the District's student information database, which is accessible to school sites.

      89.    The District will create a written notice in the District's Major Languages about the translation and interpretation services described above that are available at school sites and through the TIU. The notice will include information about the services described above, including how to request translation and interpretation services, providing instructions for filling out the Primary Language Assistance Request Form, and providing information about how to file a complaint about such services. The notice will be posted in the District's central offices, and at each school site. The notice will also be included in the Student and Parent/Guardian Handbook which is distributed to every family, included in the EL Program Guide which is sent home to every EL family, and posted on the District's website in the District's Major Languages.

90.     The District will distribute a Primary Language Assistance Request Form for parents/guardians to use to request translation/interpretation support at school sites.  The form will be available in the District's Major Languages in the District's central offices such as the Office of Family and Community Engagement and the Education Placement Center; at school sites; in the Student and Parent/Guardian Handbook; and on the District website.  The request form will include information on where to return the form, where to obtain additional information on interpretation and translation services, and that such services are provided at no cost to the parent/guardian.

91.     The District will provide an EL Program Guide on its website, in the District's Major Languages, which includes information about the program models and their goals.  The EL Program Guide, Enrollment Guide, and the District website will provide parents/guardians with a telephone number and email address for the staff person(s) available to provide further assistance in understanding the District's EL programs in the District's Major Languages

92.     The District, through the MPD, will ensure that the correct descriptions of pathways and programs for ELs, including information about the implications for appropriate student placement, are included in the SFUSD EL Program Guide, which will be available in the District's Major Languages.   The EPC will use its best efforts to release the translated Enrollment Guide and EL program descriptions at the same time as the English versions of these documents.

93.     The District will develop and implement a system to track information on interpreter and translator services requested, including primary language of the request, date of the request, and date of services provided.  At least once a year, the District will evaluate this information to assess the adequacy of the District's efforts to meet the communication needs of

LEP parents/guardians in a timely and effective manner.  The District will use:  (a) evaluation forms; (b) information obtained from the BCC, ELACs/DELAC, Community Liaisons, and parent organizations; and (c) principal surveys, to determine effectiveness of interpreter and translation services, and to determine whether professional development or modifications are necessary.

94.    The District will provide District Office and school-based staff with an inventory of translated District documents that are located on the District website, and will create a searchable public version of that document inventory to be posted in the District's Major Languages on the District's website.

**B.  Parent/Guardian Outreach and Engagement**

95.    The District, through the MPD, will work with the DELAC and the ELACs to ensure that parents/guardians of ELs receive and understand adequate information about how EL placement takes place, and about the available EL pathways, including information regarding their goals, structure, and duration.  The District will also develop a school-site orientation protocol that includes appropriate information for parents of EL students regarding programs and services for EL students, the CELDT, reclassification criteria, and EL instruction.

96.    In order to build the capacities of site-based ELACs and the DELAC, at least once a year, the District will provide information to site-based staff and ELACs/the DELAC about the:  (a) proper formation of ELACs/the DELAC; (b) effective ELAC/DELAC recruitment strategies to maximize parent/guardian representation and involvement; (c) proper election of members and officers of the ELAC/DELAC; (d) proper function of ELACs/the DELAC; and (e) protocols for parents/guardians to follow to obtain translation and interpretation services at no cost.

97.     At least twice annually, the District will hold a community forum at which it will update the public as to the state of EL pathways in the District.  The administrator who oversees the provision of multilingual education in the District, and other appropriate District administrators, will participate in the forum, and will:   (a) solicit public comment on the District's pathways; and (b) answer questions about the pathways from members of the public. The District will engage the DELAC, the BCC, and other community groups that serve immigrant and LEP communities to support and assist in outreach efforts for the forum.

### VIII.   COURT AND COUNTY SCHOOLS

98.     This MCD applies to the court and county schools in all respects, except to the extent that the District cannot feasibly effectuate specific provisions of this MCD in the court and county schools because: (a) the process cannot occur in the same manner in these schools (i.e., enrollment for students entering the District for the first time through the court or county schools will not occur at the EPC); (b) the referenced program does not exist in these schools (i.e., these schools do not offer all EL pathways and do not offer GATE); or (c) the provision of a service is temporarily interrupted for public safety reasons.

99.     The application of this MCD to the court and county schools is not intended to limit the exercise of professional judgment by law enforcement personnel, nor to prevent them, in conjunction with SFUSD personnel, from taking necessary steps to protect the physical safety of students or school personnel, or public safety.

100.     The District will seek a Memorandum of Understanding ("MOU") with the public agency partners with which it shares responsibility for the operation of the court and county schools to ensure that the District can meet its obligations under this MCD.

## IX.    MONITORING

101.    Internal Oversight Committee.

      a.    The District will maintain the Internal Oversight Committee ("IOC") to oversee SFUSD's implementation of this MCD. The Committee will be headed by the Deputy Superintendent for Instruction, Innovation and Social Justice and will be charged, in part, with ensuring that monitoring activities are woven into the existing accountability and monitoring practices and structures of the District.  The IOC will also identify effective uses of state and federal funds and develop guidelines for administrators and school site councils to support the adoption of effective practices.

      b.    In order to improve instruction for ELs and keep the MCD effective and relevant, the Committee will collect, analyze, and apply information from the observation protocol, audit results, and evaluation data to:  (i) plan professional development; (ii) identify effective EL programs and phase out ineffective programs; (iii) determine optimal placement for EL programs within the District; (iv) determine the most effective uses of EL funding sources; (v) update the Observation Protocol as needed; and (vi) inform the development of District policies and site academic plans.

      c.    The IOC will engage in an ongoing dialogue throughout the year with both the BCC and the DELAC.  At least annually, the IOC will invite a representative from the BCC and a representative from the DELAC to make a report, orally or in writing, to the IOC about BCC or DELAC concerns or questions, respectively regarding implementation of the MCD, and recommendations for improving the District's program for multilingual education.  In addition, the District official who oversees the provision of multilingual education in the District will, at

the first BCC meeting following each meeting of the IOC, report to the BCC on the matters addressed at the IOC meeting and will do the same reporting for the DELAC.

d.    The District's Internal Oversight Committee will conduct an annual internal audit that includes school site visits and review of data from a randomized selection of 8-10 school sites (at least 2 high schools, at least 2 middle schools, and at least 4 elementary schools).  For the schools that are visited, the auditing team will assess the following using an observation protocol:  (i) identification of ELs; (ii) assessment and placement of ELs (including EL SWDs); (iii) consistency and fidelity of EL program pathways offered; (iv) quality and consistency of designated and integrated ELD, SDAIE, and primary language instruction for ELs; (v) designated and integrated ELD, primary language, and SDAIE supplemental materials; (vi) ELs' access to special education and GATE services; (vii) monitoring of current ELs and RFEP student achievement and success; (viii) professional development for EL staff; and (ix) parent/guardian involvement and outreach.

e.    Based on the results of the annual internal audit, review of monitoring reports, and evaluation data (when valid and reliable), the IOC will annually assess and develop, as appropriate, new implementation measures to improve the District's EL programs during the upcoming academic year.  These implementation measures will be incorporated into the District's Strategic Plan.

102.   In addition to the monitoring described above by the IOC, the District will take other additional steps to monitor the implementation of this MCD:

a.    Within 60 days of the start of each school year, the Multilingual Pathways Department will run data files to monitor whether all eligible ELs are appropriately placed in an

EL Pathway and services (as appropriate), including EL SWDs.  Data will include program pathway, grade level, and CELDT level across all sites in the District.

        b.      The District will implement a Principal Support and Accountability process to ensure that program pathways at sites are effectively implemented, supported, monitored, and evaluated to support ELs' ability to make appropriate linguistic and academic progress.  Within the process outlined in the San Francisco United Administrators' collective bargaining agreement, the District will work with principals to incorporate these accountability measures into the principal's evaluation protocols.

        c.      Within 60 days of the entry of this MCD, the District will amend its current administrative regulations to be consistent with the April 8, 2014 Staff Recommendations & Rules Committee Guidance to Support BCC Composition and Conduct.  If the District seeks to change its administrative regulation or any Board Policy regarding the BCC, the District will notify the Plaintiffs at least 30 days prior to any change in the administrative policy or Board policy going into effect.  The District will respond in writing to any concerns raised by the Plaintiffs to any proposed changes to Board Policy or District regulations regarding the BCC.  If the Plaintiffs are not satisfied with the District's response and believe the changes are inconsistent with the Consent Decree, the Plaintiffs may raise their objections with the Court.

        d.      The District will support the following additional monitoring entities and processes:

        i.      <u>The Bilingual Community Council ("BCC") as an advisory body to the Board by providing staff support to the BCC and making presentations regarding EL Pathways and services</u>.  The BCC will have the opportunity to review the annual report and file a minority report if the BCC voting majority opts to do so.  To the extent practicable, the BCC and

the IOC will jointly conduct the aspects of their respective monitoring visits that can reasonably be coordinated;

      ii.    <u>Monitoring visits conducted by the Plaintiffs</u>.  The Plaintiffs will provide the District with reasonable notice prior to the visit and will not place an undue burden on the District in the monitoring process;

      iii.    <u>Federal program monitoring as required by the California Department of Education and the United States Department of Education</u>; and

      iv.    <u>Title III program audits as required by the United States Department of Education</u>.

      e.    By the end of each school year annually, the District will conduct a school climate survey of a representative sample of District families, either as part of another survey or as a standalone survey, to determine whether its EL-related policies and procedures are:  (i) being effectively communicated; (ii) responsive to the particular concerns of EL students, their parents/guardians, and LEP parents/guardians; and (iii) being appropriately implemented by faculty, staff, and administrators.  Such surveys will be provided confidentially to ensure that ELs and their parents/guardians and LEP parents/guardians are able to participate honestly in such surveys, including facilitating access via the District website, email, or paper copies as appropriate.  The District will incorporate the feedback from such surveys in any annual reports, audits, and action plans required or informed by this MCD.

## X.    <u>REPORTING</u>

103.    Before filing the annual report, the District will identify any changes in its student information system necessary and feasible to meet the reporting and evaluation requirements of this MCD.  The parties acknowledge that any data or information that includes personally

identifiable student or personnel data will be provided by the District in accordance with applicable federal and state law, including the Family Educational Rights and Privacy Act, 20 U.S.C. § 1232g.

104.    The District will submit annual reports to the Plaintiffs, and share those reports with the BCC, demonstrating its efforts to comply with the provisions of this MCD and monitor compliance across schools.  The District will provide the first annual report by October 1 of each year, with the first report due October 1, 2015.  If any of the information required for the annual report in a particular year is available in a document that the District has already prepared to comply with the No Child Left Behind Act (20 U.S.C. § 6301, et seq.) or other federal law, state law, or regulation, the District may include that document in its annual report and indicate the section of the annual report to which the document applies.  Wherever practicable, all documents in the annual report will be provided in a form that is usable and searchable by the Plaintiffs (*e.g.*, Microsoft Excel, Microsoft Word).   The annual report will include the following information about the preceding school year:[6]

       a.        A chart showing:

              i.       The number of students by primary language, grade level, and school whose primary or home language is other than English according to the HLS;

              ii.       The number of ELs at each school by primary language, special education status, grade level, and EL program;

---

[8.] In providing the information detailed below, if any of the District- or school-level policies or documents requested herein have not changed except for conforming annual edits (*e.g.*, changing the date on an enrollment form to the following year), the District does not have to re-provide this information, but may instead provide a list of documents that have not changed in the past year.  As additional language(s) are added to the District's Major Languages, the District's reporting will include copies of documents translated into all such languages.

        iii.     The number of students (EL and non-EL) at each school whose parents/guardians are LEP (*e.g.*, as indicated by responses on the HLS, or its equivalent) by the language of the parent/guardian;

        iv.     The number of ELs who opted out of designated ELD by school, language group, and special education status, if any;

        v.     The number of ELs who have not opted out, but who are not receiving (a) designated ELD or ELD embedded ELA (i.e., ELA.6) or (b) integrated ELD in core content areas, by school, primary language, and special education status, if any;

        vi.     A copy of the District's CALPADS 2.4 report as of October 1 each year, or any subsequent report required by the California Department of Education that includes substantially similar information;

        vii.     The number and percentage of students by school who exited the EL program at the end of the prior school year, based on the District's reclassification criteria, by grade level, language group, EL program, and special education status, if any;

        viii.     The number and percentage of RFEP students reclassified as EL, by grade level, school, primary language, and special education status, if any;

        ix.     The number and percentage of EL, RFEP, IFEP, and EO students who scored at or above proficient on the state-wide assessment in English Language Arts and Mathematics in prior year by grade level, EL program (where applicable), school, primary language, and special education status, if any;

        x.     The number and percentage of EL, RFEP, IFEP, and EO students who graduated from high school within four years, by school, primary language, EL program (where applicable), and special education status, if any;

xi.    The number of ELs and RFEPS by school and primary language who:  (a) were referred for special education; (b) were found eligible for special education services; and (c) receive special education services.  The data on these students will include:  CELDT level, special education eligibility, special education service description, and EL program;

xii.    The number and percentage of ELs by school, EL program, and primary language, who (a) gained one overall proficiency level on the CELDT, and (b) reached the "English Proficient" level on the CELDT;

xiii.    The number of EL, RFEP, IFEP, and EO students by school, grade level, and primary language who were: (a) referred to the GATE program, (b) found eligible for GATE, and (c) participated in a GATE class;

xiv.    The number and percentage of EL, RFEP, IFEP, and EO students by school, grade level, and primary language who took advanced placement/honors classes;

xv.    The number of teachers assigned to provide ELD, SDAIE, and primary language instruction and their teaching certification(s) and language fluency other than English, when available, by school;

xvi.    The number of special education teachers who are: (a) EL certified, noting all of their certifications (*e.g.,* ELD, BCLAD, or CLAD); or (b) working on obtaining EL certification, noting the certification sought, by school;

xvii.    The number of bilingual paraprofessionals by language at each school who (a) assist in providing EL services and (b) assist in providing EL services to EL SWDs;

b.      A copy of the SFUSD Enrollment Guide, in all languages in which it is available;

c.      A copy of the District's annual English Learner Program Guide which includes a description of each EL program pathway and list of sites offering the pathway, in all languages in which it is available;

d.      A copy of the preliminary and final assessments contemplated in Paragraph 56(d)-(e);

e.      A copy of the guidelines provided to schools per Paragraph 65;

f.      A copy of any program-level analysis conducted by the District to evaluate the effectiveness of its EL programs/pathways over the past year, including student academic achievement and the acquisition of English, by school and by pathway, as assessed by District-adopted primary language assessments or benchmarks;

g.      A copy of the template parent/guardian notification prior to an IEP meeting, in all languages in which it is available;

h.      A copy of the IEP template, in all languages in which it is available;

i.      A description of the District's recruitment efforts required by Paragraph 82;

j.      A copy of the aggregated and disaggregated data obtained from the monitoring protocol used in observations throughout the year;

k.      A copy of the District's annual audit of EL programs;

l.      A copy of the District's annual evaluation of the adequacy of its interpreter and translator services based on its tracking system, evaluation forms, and principal surveys;

m.     A summary regarding the availability of ELD, native language, and SDAIE supplemental materials in the District for the prior school year and any District plans to obtain additional materials for the District in the coming school year;

n.     A report using a longitudinal cohort analysis to identify longitudinal trends on the academic performance of the students enrolled in the pathways and evaluate effectiveness with multiple measures, including:   (i) EL and RFEP student outcomes related to the development of English proficiency and academic achievement (including graduation, drop out, and retention rates); and (ii) analyses of the different program pathways to assess and compare student performance in different EL program pathways.  Program impact will be evaluated for program pathways that have been implemented for at least 3 years.  All data will be disaggregated by pathway, student CELDT level, and length of time in the program;

o.     Reclassification evaluation results and any amendments to the District's reclassification criteria (*see* Paragraphs 57-60);

p.     An updated list of the Major Languages and a list of the languages reviewed for purposes of the reassessment contemplated in Paragraph 87;

q.     A copy of the roster of District and school staff trained to provide assistance in translating or interpreting  required by Paragraph (88)(d);

r.     The total number of requests to the District Office for translation and interpretation services, which entity (i.e., TIU, partner organization, telephonic interpretation service) provided the services, the number of such requests that were denied, and the basis for the denial (*e.g.*, unable to identify a qualified interpreter for a low incidence language);

s.     A copy of the District's Translation Guidelines;

t.      A list of all requests for IEP translation that were not completed within 10 business days, by primary language, reason for delay, and number of days it took to complete;

u.      A copy of the written notice regarding translation and interpretation services required by Paragraph 89;

v.      A copy of the Primary Language Assistance Request Form;

w.      A link to the inventory of translated documents available on the District's website;

x.      A list explaining any exceptions made to the MCD per Paragraph 98, by issue, exception made, date(s), and reason for that exception;

y.      A copy of the Memorandum of Understanding described in Paragraph 100, and a description of the efforts undertaken to fulfill the requirements of that Paragraph;

z.      A copy of any new District administrative regulations pertaining to the BCC;

aa.      A chart listing all formal professional development conducted or provided by or for school or District personnel regarding the matters in this MCD, including the date(s), approximate duration, brief descriptions of content, number of attendees, and provider(s)/instructor(s);

bb.      Copies of all parent/guardian surveys and a random sample of results conducted pursuant to Paragraph 102(e) of this MCD; and

cc.      A link to the copy of any new or significantly amended documents that contain essential information, in all languages in which the documents are available, and that are (i) not otherwise contemplated by these requirements, and (ii) denoting whether they are maintained in a clearinghouse or space on or through the District's website.

51

## XI.   **ENFORCEMENT**

105.    The District will maintain records of all information pertinent to compliance with the terms of this MCD and will provide such information to the Plaintiffs upon request. To facilitate the implementation of the MCD, the Parties agree to hold a telephone conference in early November of each year to discuss questions or concerns about the Lau report.

106.    The District acknowledges that the Plaintiffs, through their representatives and/or any consultant or expert the Plaintiffs may retain, may conduct on-site reviews of the District's schools to evaluate compliance with the MCD as set forth in Paragraph 102(d) upon giving reasonable notice and in consultation with the District to minimize any disruption to the educational process in the schools.

107.    If any part of this MCD is for any reason held to be invalid, unlawful, or otherwise unenforceable by a court of competent jurisdiction, such decision will not affect the validity of any other part of the MCD.  Furthermore, the Parties will confer within 15 days of any such decision to determine whether the MCD should be revised or supplemented in response to the court's decision.

108.    The District understands and acknowledges that in the event of a breach by the District of this MCD, the United States or the Private Plaintiffs may initiate judicial proceedings to enforce the specific commitments and obligations of the District under this MCD, provided that the United States and the Private Plaintiffs agree not to initiate or pursue any enforcement action without first attempting to resolve issues by negotiating in good faith for 30 days, or until the Parties reach an impasse, whichever comes sooner, over adequate measures to correct any alleged shortcomings in the District's compliance with this MCD.

109.     This MCD will become effective on the date of its entry and will remain in effect until the District complies with its obligations under the MCD, which the Parties anticipate will be in the fall of the 2018-2019 school year.  The United States and Private Plaintiffs will have 90 days from the receipt of the 2017-2018 annual report to raise concerns or objections regarding the District's compliance.  The Parties will work in good faith to resolve concerns or objections. If, within 90 days after receipt of the 2017-2018 annual report, no party has filed a motion to extend the date of the Consent Decree based on concerns or objections regarding the District's compliance, the Court will deem the Parties to have stipulated to the to the termination of the MCD and the MCD will terminate without the necessity of any further order from the Court.

SO ORDERED, this the ___day of ____, 2015.


_____
United States District Judge

APPROVED AS TO FORM:


_/s/ Zoe M. Savitsky_____
U.S. Department of Justice for Plaintiff-Intervenor
United States of America

VANITA GUPTA
Principal Deputy Assistant Attorney General
Civil Rights Division

ANURIMA BHARGAVA, Chief
EMILY H. MCCARTHY, DC Bar # 463447
ZOE M. SAVITSKY, CA Bar # 281616
Educational Opportunities Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Patrick Henry Building, Suite 4300
Washington, D.C.  20530
Tel:  (202) 305-3223

Fax:  (202) 514-8337
anurima.bhargava@usdoj.gov
emily.mccarthy@usdoj.gov
zoe.savitsky@usdoj.gov

*/s/ Christopher Ho*
CHRISTOPHER HO, CA Bar # 129845
For Plaintiff Kinney Kinmon Lau, et al.
Legal Aid Society-Employment Law Center
180 Montgomery Street, Suite 600
San Francisco, California 94104
Tel: (415) 864-8848
Fax: (415) 593-0096
cho@las-elc.org

*/s/ Mary T. Hernandez*
MARY T. HERNANDEZ, CA Bar # 136942
For Defendant San Francisco Unified School
District
Garcia, Hernández, Sawhney & Bermudez LLP
1330 Broadway, Suite 1701
Oakland, California 94612
Tel: (510) 695-2802
Fax: (510) 380-7704
mhernandez@ghsblaw.com

# APPENDIX

2015–2016 School Year



# English Learner
## Program Guide

ENGLISH
LEARNER
PROGRAM GUIDE



SFUSD Multilingual
Pathways Department

## A Word from the Superintendent



Dear Parents and Caring Adults,

Thank you for taking the time to learn more about the available programs and services for English Learners. The purpose of this guide is to provide parents/guardians of English Learners with detailed information about the educational programs and multilingual pathways available for students who are English Learners. The guide also includes details of the language assessments for English Learners and a general description of the enrollment process. In offering this guide, it is the district's goal that parents/guardians of English Learners will be able to successfully navigate the enrollment process in a manner that allows them to make an informed and appropriate choice of educational program for their child. This information should be used with the district's Enrollment Guide which provides more information on schools and the enrollment process.

Respectfully yours,

Superintendent Richard Carranza

In San Francisco public schools, we

believe

# English Learner Program Guide 2015-16

**San Francisco Unified School District**

The district is committed to ensuring that English Learners acquire high levels of English and home language proficiency (where available), academic achievement, and skills that will lead to success in the 21st century.

*"Language is our cultural tool – we use it to share experience and so to collectively, jointly, make sense of it… Language is therefore not just a means by which individuals can formulate ideas and communicate them; it is also a means for people to think and learn together."*

Neil Mercer, The Guided Construction of Knowledge

*"[Primary language] is clearly an asset that [English Learners] are coming to school with and one that should be 'maintained' so that [they] can become truly bilingual…The fact that our kids don't grow up [bilingual] puts them at a competitive disadvantage."*

Arne Duncan, U.S. Secretary of Education





# Inside this issue

Lau Action Plan for English Learners ......................................... 5
CELDT & Classification of English Learners ................................ 6
Achievement Expectations for English Learners .......................... 7
How to Enroll: Step by Step ..................................................... 8
Language Assessments for Enrollment ...................................... 11

MULTILINGUAL  PATHWAYS ................................................... 14
1. Dual Language Pathway ...................................................... 15
   A. Dual Language Learner Pre-Kindergarten and
        Transitional Kindergarten ............................................... 15
   B. Dual Language Immersion Pathway ................................... 16
   C. Pilot Program ............................................................... 20
2. Biliteracy Pathway ............................................................ 21
3. World Language Pathway .................................................... 25
   A. Foreign Language in Elementary School ............................ 25
   B. Secondary World Language Program ................................. 26
   C. Methods for Satisfying the High School World Language ........ 27
        Requirement & Seal of Biliteracy .................................... 29
4. English Plus Pathway ......................................................... 30
5. Newcomer Pathway ........................................................... 32
6. Parental Exception Waivers ................................................. 33
7. SFUSD – Stanford University English Learner Pathway ............. 33
        Study ........................................................................ 36
Language and Literacy Assessments ......................................... 37
Access to Special Education ................................................... 38
Access to Gifted and Talented Education ................................... 39
Reclassification Process ........................................................ 40
Free Translation and Interpretation Services .............................. 40
Parent Involvement Opportunities ........................................... 41
Glossary of Educational Terms for English Learners



Discover
Apply
Enroll

# Lau Action Plan for English Learners

## Background

Since the Lau v. Nichols case over 40 years ago, SFUSD has had a Lau Action Plan for providing English Learners with programs and services to academically succeed. Aligned with the district's strategic goals for all SFUSD students, the plan ensures that English Learners acquire high levels of English and home language proficiency (whenever available), academic achievement, and skills that will lead to success in the 21st century.

## The Lau Action Plan includes guidelines on:

- proper identification and placement of English Learners
- access to effective learning pathways and specialized programs and services
- appropriate staffing and professional development
- meaningful parent outreach and involvement
- internal monitoring and evaluation of programs and services

For the complete Lau Action Plan in English, Chinese and Spanish, go to http://www.sfusd.edu/en/programs-and-services/english-learners-and-language-pathways/lau-action-plan.html

## Bilingual Community Council (BCC)

The activities of the Lau Action Plan are monitored by the Bilingual Community Council (BCC) which is composed of up to 14 members of the community who are appointed by the Board of Education (each Board Member makes two appointments). The duties of the BCC are to

- serve as advocates for English Learners (ELs) in the District
- monitor the activities of school programs that serve ELs
- report regularly to the Board of Education on the status of programs for ELs

Go to http://www.sfusd.edu/en/councils-committees/bilingual-community-council.html for more information.

# CELDT and Classification of English Learners

California English Language Development Test (CELDT) is an important standardized test for English Learners (ELs). This state required assessment is administered starting in August (4th day of school) through October. There are two categories of CELDT tests:

- **Initial Test:** Identifies English Learners and assesses their English language proficiency level so that they receive appropriate instruction in English.

- **Annual Test:** Assesses progress of English Learners and is one of the criteria used for reclassifying EL students. Students who are not reclassified must receive English Language Development until they are reclassified.

**Your child is classified as an** *English Learner* **(EL) if:**

1. When you filled out the "Home Language Survey" on the SFUSD Enrollment Application, you answered at least one of the following questions with a language other than English:
   - What language did your child first learn when s/he began to talk?
   - What language do you use most frequently to speak with your child?
   - What language does your child use most frequently at home?

2. **And**
   - At Transitional Kindergarten (TK), Kindergarten or first grade, your child did not receive an overall score of 4 or 5 on the California English Language Development Test (CELDT) the first time he/she took the test or received an overall score of 4 or 5 but had a sub-score that was below 3 in either the listening or speaking section.
   - At grades two and above, your child did not receive an overall score of 4 or 5 on the California English Language Development Test (CELDT) or received an overall score of 4 or 5, but had one or more sub-scores below 3.

3. **Or** your child has not yet been reclassified as an English proficient student by SFUSD.

If the Home Language Survey indicates that only English is spoken in the home, a teacher may request that a student be assessed using the CELDT if the teacher is concerned that the student may have English language acquisition challenges. If the student does not score a 4 or 5 on the CELDT, he/she will be classified as an English Learner.

**As English Learners, students must receive services and are eligible for programs until they are reclassified as English proficient students.**

# Achievement Expectations for English Learners

It is the district's expectation that all English Learners (ELs), regardless of language pathway, become fully English proficient and demonstrate grade-level academic achievement within a time period of no longer than six years of consecutive enrollment in the district. The tables below display language progress and academic achievement expected milestones for English Learners who entered at different proficiency levels. The tables vary by initial scores on the CELDT. Considerations were made for students in different language pathways, however it does not currently take into account for gaps in schooling.

**KEY CELDT**: **B**=Beginning, **EI**=Early Intermediate, **I**=Intermediate, **EA**=Early Advanced, **A**=Advanced

**KEY CST-ELA: FBB**=Far below basic, **BB**=Below Basic, **B**=Basic, **P**=Proficient

Initial CELDT Level: B=Beginning

| Years in U.S. schools | 1 year | 2 years | 3 years | 4 years | 5 years Eligible for Reclassification | 6 years Reclassified |
|---|---|---|---|---|---|---|
| **CELDT** | B | EI | EI/I | I | EA | EA/A |
| **CST-ELA or equivalent** | FBB | FBB | BB | BB | Basic | Proficient |

Initial CELDT Level: EI=Early-Intermediate

| Years in U.S. schools | 1 year | 2 years | 3 years | 4 years Eligible for Reclassification | 5 years Reclassified |
|---|---|---|---|---|---|
| **CELDT** | EI | EI/I | I | EA | EA/A |
| **CST-ELA or equivalent** | FBB | BB | BB | Basic | Proficient |

Initial CELDT Level: I=Intermediate

| Years in U.S. schools | 1 year | 2 years | 3 years Eligible for Reclassification | 4 years Reclassified |
|---|---|---|---|---|
| **CELDT** | I | I | EA | EA/A |
| **CST-ELA or equivalent** | BB | BB | Basic | Proficient |

It is SFUSD's goal that by more closely monitoring ELs who are at risk of becoming Long-Term English Learners (LTELs, student classified as an EL for more than 5 years), we can prevent this trajectory. Schools and classroom teachers of potential LTELs will provide targeted support and interventions for their students.

# How to Enroll: Step by Step

## 1. Plan Ahead to Register "On-time"

Applying by **January 16, 2015** gives you the best chance of receiving an assignment to a requested school. All applications received by **January 16, 2015** will be processed together. We encourage you to take time to find out about and visit schools before you submit your enrollment application. If you submit an application by **January 16, 2015**, an assignment offer will be mailed to you on March 13, 2015.

## 2. Discover your School Options

San Francisco Unified School District (SFUSD) offers a wide variety of high quality school programs. While every school is responsible for teaching our children to the same high academic standards, each school has unique features and services. Explore your school options to find out which schools will best meet your child's needs.

- ***Visit schools***

We encourage you to visit the schools that you are considering for your child. It's a great way to meet staff, find out about services, and get a feel for the environment of the school. All schools encourage visitors. We've listed "visitation days" in each school description in the Enrollment Guide. We've also included contact numbers for each school. Please call ahead and plan your visit with them. Stop by the school office to sign-in, then take a tour, observe classes, and talk to principals, teachers, and other parents.

- ***Visit the Educational Placement Center (EPC)***

The EPC provides basic information about SFUSD schools. Staff can answer your questions about enrollment procedures and assignment guidelines. The EPC distributes enrollment applications and informational materials about the enrollment process, accepts enrollment applications, conducts language assessments, and generates assignment offers. Hours: 8:00 a.m. to 4:30 p.m., Monday to Friday.

- ***Visit our website***

Look up information about SFUSD schools on our website at www.sfusd. edu/enroll. Our website has general information about our school district and enrollment. Additionally, each school publishes an annual report that is available on our website. The reports include a school summary and data on demographics, attendance and test scores. Materials are also available in other languages.

## 3. Obtain and Complete an Enrollment Application

You may request any school in the district and can list any number of schools on your enrollment application (use "Additional School Choices Form" to list additional school requests). Enrollment applications are available at all SFUSD schools and at the Educational Placement Center located at 555 Franklin Street, San Francisco, CA 94102. You may also print out an application from

# How to Enroll: Step by Step

our website at www.sfusd.edu/enroll. If your child currently attends a San Francisco Unified School District school (PreK, TK, 5th or 8th grade) and will be entering Transitional Kindergarten (TK), Kindergarten, middle school (6th grade) or high school (9th grade) next year, you will receive an application in the mail. Please be sure that the district has your current address on record. If you don't receive an application in the mail by October 25, 2014, you may use a general enrollment application available on–line, at the EPC, or at any school site.

**Supporting Documents**

New students and those who have recently moved will need to provide the following original documents with the enrollment application:

**A. Picture ID of Parent/Guardian**

**B. Valid Birth Record**

Proof of birth includes birth certificate or official hospital record. If the document does not contain the parent/guardian's name, additional guardianship verification is required.

**C. Two (2) proofs of home address**

For verification of home address, you need to provide two current originals that include the name and address of the parent/guardian.  Any two of the following documents are acceptable:
- One to two (1-2) utility bills from different agencies dated within 45 days (e.g. PG&E, water, cable, garbage); cell phone bills not accepted.
- Both automobile registration and auto insurance policy (count as one proof, must be current).
- Current homeowner's/renter's insurance policy.
- Prop Tax Statement, must be current assessment year.
- Letter from social services/government agency dated within 45 days.
- Grant deed, title of property or rental/lease agreement with property owner's documentation.
- Current Section 8 agreement.
- Affidavit of residency executed by the parent or legal guardian of a pupil.
- Pay stubs, within 45 days.
- Voter registration, must be current.

**Home Language Survey**

Parents/guardians must complete the following home language survey on the enrollment application:
1. What language did your child first learn when she/he began to talk?
2. What language does your child use most frequently at home?

# How to Enroll: Step by Step

3. What language do you use most frequently to speak to your child?
4. What language do the adults use most frequently at home?

Whenever the Home Language Survey indicates a language other than English for the first three questions, parents/guardians will receive a copy of the EL Program Guide (available at EPC). The guide provides information on the available services for English Learners which should be considered prior to the enrollment deadlines. Parents/guardians may request to meet with a counselor at the EPC to discuss program options and support services for English Learners.

### 4. Return your Enrollment Application

Make sure that you return your enrollment application by **January 16, 2015.** You must return your application in person.

- If your child is in a SFUSD school in a transitional grade (PreK, TK, 5th or 8th), return your enrollment application to your child's current school.
- If your child is entering kindergarten and you have an older child currently attending an SFUSD elementary school, you may turn your application into your older child's SFUSD elementary school.
- If your child is entering an SFUSD school for the first time or you are transferring your child from one SFUSD school to another SFUSD school in a non-transitional grade, return your enrollment application to the Educational Placement Center.

### 5. Schedule Language Assessments (if applicable)

If your child speaks a language other than English and lists a dual language or biliteracy pathway as one of her/his choices, she/he may be assessed for his/her current language skills. The language assessments evaluate a child's proficiency in the pathway language (if assessment is available). Parents should return their enrollment application early so that EPC can schedule and conduct the appropriate assessments. Language assessments will not be scheduled until an application has been submitted. See the "Language Assessments for Enrollment" section of this English Learner Program Guide for more information.

### 6. Register Your Child at His/Her Assigned School

Once your child has received an assignment, register him/her at the assigned school within the time-frame indicated on your assignment letter. If you do not register your child by the deadline, the offer will be canceled and the space will be made available to other students. If you have selected a language pathway and your child is a potential EL, you must sign and submit a "Parent Exception Waiver for English Learners" when you register at your child's assigned school. See section on "Parental Exception Waiver" for more details.

# Language Assessments for Enrollment

Students are assessed and may be entitled to additional services if the answer to one of the first three questions on her/his "Home Language Survey" on the SFUSD Enrollment Application indicates <u>a language other than English</u>. If your child speaks a language other than English and lists a dual language pathway or biliteracy as one of her/his choices, she/he may be assessed for her/his current language skills. The language assessments evaluate a child's proficiency in the pathway language (if assessment is available).  Parents should return their enrollment application early so that EPC can schedule and conduct the appropriate assessments. **Assessments are not timed and students cannot retake the language assessment.**

**Where does my child take the test?**

- All assessments will be conducted by the staff at the Educational Placement Center, Room 100, 555 Franklin Street or a designated school site.
- Assessments will be scheduled and conducted prior to families receiving an assignment.

**What happens after the test?**

Once the test is completed and scored, the parents/guardians meet with a counselor at the EPC to discuss test results, program options, and support services. ***Parents will have the opportunity to change the school or program requests on their child's application if they so choose and/or if their child is not eligible for a selected language pathway.***

To obtain further assistance in understanding the language assessments, you may call the EPC to speak to an individual staff person. To reach EPC staff, please call 241-6085. This phone number will direct you to an individual staff person in the following languages: Cantonese, English, Filipino, Mandarin, Spanish and Vietnamese. The staff that provide this support include

- Lynn Kwong - 241-6085 ext. 13131 (English/Cantonese/Mandarin)
- Tomás Beccar Varela - 241-6085 ext. 13126  (English/Spanish)
- Hans Gong - 241-6085 ext. 13111 (Vietnamese)
- Catalina Pajar - 241-6085 (Filipino)

# Language Assessments for Enrollment

**Grades K through 1:**

The listening/speaking test results are used to determine eligibility of language pathways and what type of instructional support and pathway are necessary to meet the language needs of the student.

| Who is assessed? | What assessments do they take? | How long? |
|---|---|---|
| Students who speak a language other than English. That is, any student who lists a language other than English on one of the first three questions on the Home Language Survey section of the Enrollment Application form and lists a Dual Language Immersion or Biliteracy pathway as one of his/her choices. | 1. Pathway language tests (listening/speaking):<br>• **SFUSD Cantonese Placement Test (CPT)**<br>• **SFUSD Mandarin Placement Test (MPT)**<br>• **Pre-Language Assessment Scales (Pre-LAS) Español** for entering kindergarten (K)<br>• **Spanish Idea Proficiency Test (IPT)** for grade 1<br>• **Student Oral Language Observation Matrix (SOLOM) in Korean** for grades K and 1 only | 30 minutes* |
|  | 2.a. Students who have applied for the 2015–2016 school year prior to July 1, 2015 will be given the **California English Language Development Test (CELDT)** in listening, speaking, reading and writing at the school site in the late summer or early fall of 2015.<br><br>2.b. Students who apply for the 2015-2016 school year after July 1, 2015 will be given the **CELDT** at the EPC.<br><br>2.c Students enrolling for the 2014-2015 school year are given the **CELDT** at the EPC upon enrollment. | 135 minutes* |

*These are approximate times. The time a student takes to complete the assessment depends on the individual student. However, parents should anticipate that it will take anywhere from 30 minutes-3 hours.*

# Language Assessments for Enrollment

**Grades 2 through 12:**

The language assessment test results are used to determine eligibility of language pathways and what type of instructional support and pathway are necessary to meet the language needs of the student.

| Who is assessed? | What assessments do they take? | How long? |
|---|---|---|
| 1. 2nd to 12th grade students who apply to elementary Dual Language Immersion, elementary Biliteracy or Secondary Dual Language Pathways and <u>do not</u> currently attend a SFUSD program.** <br><br> 2. 6th to 8th grade students who apply to the Japanese World Language Program which is a continuation of the JBBP FLES Pathways. | 1. Pathway language tests: <br><br> • **SFUSD Cantonese Placement Test (CPT)** <br> • **SFUSD Korean Placement Test (KPT)** <br> • **SFUSD Mandarin Placement Test (MPT)** <br> • **SFUSD Spanish Placement Test (SPT)** <br> • **SFUSD Japanese Placement Test (JPT)** | 30 minutes* |
| | 2.a. Students who have applied for the 2015–2016 school year prior to July 1, 2015 will be given the **California English Language Development Test (CELDT)** in listening, speaking, reading and writing at the school site in the late summer or early fall of 2015. <br><br> 2.b. Students who apply for the 2015-2016 school year after July 1, 2015 will be given the **CELDT** at the EPC. <br><br> 2.c Students enrolling for the 2014-2015 school year are given the **CELDT** at the EPC upon enrollment. | 135 minutes* |

*These are approximate times. The time a student takes to complete the assessment depends on the individual student. However, parents should anticipate that it will take anywhere from 1-3 hours.*

*\*\* Students in 2nd grade and above who wish to enroll in a Dual Language Pathway must have a degree of proficiency in the pathway language that is appropriate to the grade level to which they are applying. SFUSD students currently enrolled in Dual Language Immersion Pathways do not have to take a pathway language test to move to the next level or to transfer to another program of the same language. For SY 2015-16, elementary Biliteracy Pathway students who wish to enroll in an elementary Dual Language Immersion Pathway or Secondary Dual Language Pathway will need to take a pathway language test.*

# MULTILINGUAL PATHWAYS

To maximize English Learner access to a quality education, SFUSD provides 5 pathways:

1. **Dual Language Pathways**

2. **Biliteracy Pathways**

3. **World Language Pathways**

4. **English Plus Pathways**

5. **Newcomer Pathways**

We encourage parents and guardians to learn more about how each pathway can help English Learners academically succeed.

**All TK-12 Pathways share the following principles or elements:**

- **Minimum 30 Minutes of Designated English Language Development (ELD) Instruction in addition to Integrated ELD during Content Instruction.** The district will provide all English Learners with <u>at least</u> 30 minutes of Designated ELD instruction per day that is appropriate to the setting and identified needs of the students until they are re-designated as Fluent English Proficient. The amount of ELD will vary and may exceed 30 minutes based on a student's level of proficiency. In addition to Designated ELD, ELD standards will also be addressed during content areas, e.g. English Language Arts, Social Studies, Math and Science, based on the new California ELD Standards.

- **Primary Language and/or Specially Designed Academic Instruction in English ("SDAIE") Methodologies.** The district will provide English Learners with content classes taught in the primary language and/or using SDAIE methodologies which are strategies designed to help English Learners to be fully engaged learners of content in all academic areas. The California ELD Standards will also be used in tandem with all academic content standards.

- **Avoid Linguistic Isolation.** In the development and maintenance of pathways, the district will strive to avoid linguistic isolation by incorporating opportunities for English Learners to interact with native English speakers.

- **Teachers with the Appropriate EL Certification Based on State Requirements.** All English Learner classes will be taught by teachers with the appropriate EL certification based on state requirements, i.e. CLAD or BCLAD certification.

# MULTILINGUAL PATHWAYS

## 1. DUAL LANGUAGE PATHWAY

### A. DUAL LANGUAGE LEARNER PRE-KINDERGARTEN AND TRANSITIONAL KINDERGARTEN
### (Cantonese and Spanish)

The Dual Language Learner Pre-Kindergarten and Transitional Kindergarten Pathways located at Early Education sites are designed to ensure both English Learners and English proficient students develop high levels of English and pathway language proficiency and literacy, as well as academic competency.

**Student Population**

This program is designed for three types of students: (1) English Learners whose home language is Cantonese or Spanish; (2) bilingual students who speak Cantonese or Spanish and English; and (3) English proficient students.

**Instruction**

Instruction will occur approximately 70% of the time in Cantonese and 80% of the time in Spanish in each respective pathway. To create rich context for learning, languages are separated by place and time blocks in classrooms that are organized to create focal points for pathway language and English instruction.

**Eligibility**

All students applying for a seat in a Dual Language Learner Pre-Kindergarten or Transitional Kindergarten are eligible regardless of language proficiency in the pathway language and English. Students who participate in the Dual Language Learner Pre-Kindergarten or Transitional Kindergarten are NOT guaranteed a seat in the respective Elementary Dual Language Immersion or Biliteracy Pathway at their school site or in the district.

#### i. Dual Language Learner Pre-Kindergarten

**Cantonese**
• ER Taylor Elementary PK
• Las Americas Early Education School
• Noriega Early Education School
• Commodore Stockton Early Education School

**Spanish**
• Bret Harte Elementary School
• Bryant Elementary School
• César Chávez Elementary School
• Fairmount Elementary School

# MULTILINGUAL PATHWAYS

### ii. Dual Language Learner Transitional Kindergarten

**Spanish**
• Junipero Serra Early Education School
• Zaida T. Rodriguez Early Education School

## B. DUAL LANGUAGE IMMERSION PATHWAY
### (Cantonese, Korean, Mandarin, or Spanish)

The Dual Language Immersion Pathway is designed to ensure both English Learners and English proficient students develop high levels of English and pathway language proficiency and literacy, as well as academic competency.

### Student Population
This program is designed for three types of students: (1) English Learners whose home language is Cantonese, Korean, Mandarin, or Spanish; (2) bilingual students who speak Cantonese, Korean, Mandarin, or Spanish and English; and (3) English proficient students.

### Instruction

In kindergarten, instruction will occur approximately 80% of the time in the pathway language. The percentage of instruction in English increases from year to year. By fifth grade, 50% of instruction is in English and 50% of instruction is in the pathway language.

At the secondary level starting at grade 6, the elementary Dual Language Immersion and Biliteracy Pathways merge into the Secondary Dual Language Pathway for each respective language where students take at least two academic classes in the pathway language. The Secondary Dual Language Pathway is designed for students who are native speakers of the pathway language, native English speakers, and bilingual students who all now possess pathway language proficiency. For the Secondary Dual Language Pathway in Cantonese starting in grade 6, students will study both Cantonese and Mandarin.

English Learners who begin schooling in the primary grades through the Dual Language Immersion Pathway are expected to achieve English proficiency by the end of elementary school and to be re-designated to Fluent English Proficient status. Because the Dual Language Immersion Pathway aims to produce high-level bilingual/biliterate students with native-like proficiency in both languages, all students are strongly encouraged to continue in the Secondary Dual Language Pathway through 12th grade.

# MULTILINGUAL PATHWAYS

**Eligibility**

In order to provide effective and continuous Dual Language Immersion Pathways K-12, the district will institute processes during the kindergarten and 1st grade enrollment to assign an appropriate balance of students who are proficient in the pathway language (2/3 to 1/2) and students who have not demonstrated proficiency in the pathway language (1/3 to 1/2) per grade level and classroom.

Prior to student enrollment in the district, student's parents/guardians complete the SFUSD's Home Language Survey (HLS) on the enrollment application.

For kindergarten and first grade:
- If the survey indicates that a language other than English is spoken with or by the student in the home, the student will be assessed to evaluate his/her proficiency in the pathway language.
  - If the student meets the proficiency level on the assessment, then he/she will go into the pathway language pool.
  - If the student demonstrates limited proficiencies on the assessment, the parent/guardian may sign an affidavit which determines the student's primary/dominant language and is eligible to go into the pathway language pool.
  - If the parent does not sign an affidavit, the student will be placed in the non-pathway language pool.
- If the survey indicates that only English is spoken in the home, the student will not be automatically assessed and will be placed into the non-pathway language pool. Parents may request that their child be assessed in the pathway language. If the student meets the proficiency level on the assessment, he/she will be placed in the pathway language pool.

For grades 2 to 5, the following students are eligible to apply:
- Students currently enrolled in a SFUSD Dual Language Immersion Pathway or elementary Newcomer Pathway in the respective pathway language; **OR**
- Students currently enrolled in the respective SFUSD Biliteracy Pathway and meet the proficiency level on the grade level pathway language assessment; **OR**
- Students who are not enrolled in the respective SFUSD language pathway or are new to SFUSD and demonstrate grade level proficiency in the pathway language on the assessment given at the EPC; **OR**
- If the student demonstrates limited proficiencies on the assessment, the parent/guardian may sign an affidavit which determines the student's primary/dominant language and is eligible to go into the pathway language pool.

# MULTILINGUAL PATHWAYS

For middle and high schools, the following students are eligible to apply for the Secondary Dual Language Pathway:

- Students enrolled in the respective Elementary Dual Language Immersion Pathway or Newcomer Pathway; **OR**
- Students currently enrolled in the respective SFUSD Biliteracy Pathway and meet the proficiency level on the grade level pathway language assessment; **OR**
- Students who demonstrate grade level proficiency in the pathway language on the assessment given at the EPC.

If the student does not meet the eligibility requirements above, his/her request for this language pathway will be dropped from his/her application. See the "Language Assessments for Enrollment" section of this English Learner Program Guide for more information.

### i. Elementary & K-8 Dual Language Immersion Pathway

**Cantonese**

| | |
|---|---|
| • Chinese Immersion School at De Avila | K to 5 |
| • Garfield | K to 3[1] |
| • West Portal Elementary School | K to 5 |

**Korean**

| | |
|---|---|
| • Claire Lilienthal School (K-8) | K to 5 |

**Mandarin**

| | |
|---|---|
| • Starr King Elementary School | K to 5 |
| • Jose Ortega Elementary School | K to 5 |

**Spanish**

| | |
|---|---|
| • Alvarado Elementary School | K to 5 |
| • Bret Harte Elementary School | K to 5 |
| • Buena Vista Horace Mann (K-8) | K to 8 |
| • Daniel Webster Elementary School | K to 5 |
| • Fairmount Elementary School | K to 5 |
| • Leonard R. Flynn Elementary School | K to 5 |
| • Marshall Elementary School | K to 5 |
| • Monroe Elementary School | K to 5 |
| • Paul Revere School (K-8) | K to 7 |

[1] *Each year another grade level will be added until 5th grade.*

# MULTILINGUAL PATHWAYS

### ii. Secondary Dual Language Pathway

*At the secondary level, the elementary Dual Language Immersion and Biliteracy Pathways merge into the Secondary Dual Language Pathway where students take two academic classes in the pathway language.*

**Cantonese** (*Students also study Mandarin*)
• Herbert Hoover Middle School                                      6 to 8
• Roosevelt Middle School                                          6 to 7[2]
• Galileo High School                                              9 to 12
• Lincoln High School                                              10 to 12

**Korean**
• Claire Lilienthal School (K-8)                                   6 to 8

**Mandarin**
• Aptos Middle School                                              6 to 8
• Lincoln High School                                              9

**Spanish**
• Buena Vista Horace Mann (K-8)                                    6 to 8[3]
• Everett Middle School                                            6 to 8
• Herbert Hoover Middle School                                     6 to 8
• James Lick Middle School                                         6 to 8
• Paul Revere School (K-8)                                         6 to 7[2,3]
• John O'Connell High School                                       9

[2] *Each year another grade level will be added until 8th grade.*
[3] *Elementary students enrolled in Spanish Immersion, or other pathways and demonstrate grade level proficiency in Spanish, at another site may request to enroll in Paul Revere and/or Buena Vista Horace Mann at the middle school grade levels.*

> When you get older, you'll have to choose a career.
> And if you want a really good career, you have to
> speak more than one language to speak with your
> clients and people that work with you.
>
> **4th Grade Student**

# MULTILINGUAL PATHWAYS

## C. ALICE FONG YU K-8 CHINESE IMMERSION PILOT PROGRAM

In the 2012-13 school year, Alice Fong Yu transitioned to a new "Alice Fong Yu Chinese Immersion Pilot Program" (hereafter referred to as the "Pilot") that continues and enhances the school's tradition of providing a comprehensive and challenging academic program as well as a variety of enrichment activities for all students. The goals of the Pilot are to:

- Maintain a high academic foundation for all students;
- Support language acquisition in both Chinese (Cantonese & Mandarin) and English for all students;
- Foster and build cultural understanding and respect for all; and
- Within the limitations of the student applicant pool, increase overall student diversity including (but not limited to) English Learners, Special Education students, and students from different ethnic and socioeconomic backgrounds.

**Student Population**
This pilot program is designed for two types of students: (1) English Learners; and (2) English proficient students.

**Instruction**
In kindergarten, instruction will occur approximately 80% of the time in Cantonese. The percentage of instruction in English increases from year to year. By fifth grade, 50% of instruction is in English and 50% of instruction is in Cantonese. In 6th grade, students begin to study Mandarin as a world language in addition to Cantonese.

**Eligibility**
The purpose of the Pilot is to implement a program that evaluates an alternate student ratio that effectively accomplishes the above goals. The proportion of potential English Learners will be between 1/3 and 2/3, and the corresponding proportion of English-only students will be between 2/3 and 1/3. Prior to enrollment in the district, the student's parents/guardians complete the SFUSD's Home Language Survey (HLS) on the enrollment application.

For kindergarten and first grade:
- If the survey indicates that a language other than English is spoken with or by the student in the home, the student will be placed in the potential English Learner assignment pool.
- If the survey indicates that only English is spoken in the home, the student will be placed into the English-only assignment pool.

# MULTILINGUAL PATHWAYS

<u>For grades 2 to 8, the following students are eligible to apply:</u>

- Students currently enrolled in a SFUSD Cantonese Immersion Pathway or Cantonese Newcomer Pathway; **OR**
- Students currently enrolled in a SFUSD Cantonese Biliteracy Pathway and meet the proficiency level on the grade level Cantonese Placement Test; **OR**
- Students who are not enrolled in a SFUSD Cantonese language pathway or are new to SFUSD and meet the proficiency level on the Cantonese assessment given at the EPC; **OR**
- If the student demonstrates limited proficiencies on the assessment, the parent/guardian may sign an affidavit which determines the student's primary/dominant language and is eligible to go into the pathway language pool (K-5).

If the student does not meet the eligibility requirements above, his/her request for this language pathway will be dropped from his/her application. See the "Language Assessments for Enrollment" section of this English Learner Program Guide for more information.

## 2. BILITERACY PATHWAY
### (Cantonese, Filipino, or Spanish)

The Biliteracy Pathway is designed to ensure English Learners develop high levels of English and home language proficiency and literacy, as well as high levels of academic competency. The Biliteracy Pathway provides an effective academic program for English Learners.

### Student Population

This program is designed for potential English Learners who are native speakers of Cantonese or Spanish.

### Instruction

The district continues to transition the Spanish Elementary Early and Late Exit Bilingual Programs into the Biliteracy Pathway. For Spanish, in kindergarten and 1st grade, the target language is used for approximately 50 - 80% of the instruction. Instruction in English increases each year. By the 5th grade, instruction is at least 50% in English. For the Early Exit Bilingual Programs, grade 4 was added in SY 2014-15 and grade 5 will be added in SY 2015-2016.

The district also continues to transition the Cantonese Elementary Early and Late Exit Bilingual Programs into the Biliteracy Pathway. For Cantonese, a non-alphabetic language, the primary language is used for 50% of the instruction based on existing district models. In the fall of 2010, the incoming kindergarten class was the first cohort in the Cantonese Biliteracy Pathway.

# MULTILINGUAL PATHWAYS

Grade 4 was added in SY 2014-15 and grade 5 will be added in SY 2015-2016.

The Filipino Elementary Biliteracy Pathway transitioned to a Filipino Foreign Language in the Elementary School (FLES) Pathway in SY 2012-13. Based on data, research and community input, the Filipino FLES Pathway model best meets the needs of the diverse Filipino and Filipino American populations at Bessie Carmichael and Longfellow Elementary Schools. Students currently in the Filipino Biliteracy Pathway receive 30 minutes of primary language instruction and primary language support as needed. Each year a grade will be phased out and transition into the Filipino FLES Pathway until the 5th grade.

At the secondary level starting at grade 6, the elementary Dual Language Immersion and Biliteracy Pathways will merge into the Secondary Dual Language Pathway for each respective language where students take at least two academic classes in the pathway language. The Secondary Dual Language Pathway is designed for students who are native speakers of the pathway language, native English speakers, and bilingual students who all now possess pathway language proficiency. For the Secondary Dual Language Pathway in Cantonese starting in grade 6, students will study both Cantonese and Mandarin.

English Learners who begin schooling in the primary grades through the Biliteracy Pathway are expected to achieve English proficiency by the end of elementary school and to be re-designated to Fluent English Proficient status. Because the Biliteracy Pathway aims to produce high-level bilingual/biliterate students with native-like proficiency in both languages, all students are strongly encouraged to continue in the Secondary Dual Language Pathway through 12th grade.

**Eligibility**

Prior to student enrollment in the district, the student's parents/guardians complete the SFUSD's Home Language Survey (HLS) on the enrollment application.

For kindergarten and first grade:

- If the survey indicates that the pathway language is spoken with or by the student in the home, K-1 applicants are eligible to apply for the Biliteracy Pathway.
- If the survey indicates that only English or a non-pathway language is spoken in the home, the student will not be eligible for the Biliteracy Pathway and their request for this language pathway will be dropped from their application.

# MULTILINGUAL PATHWAYS

<u>For grades 2 to 5, the following students are eligible to apply:</u>

- Students who listed the respective pathway language on their home language survey and meet the proficiency level on the grade level pathway language assessment; **OR**
- Students currently enrolled in a SFUSD Biliteracy Pathway or elementary Newcomer Pathway in the respective pathway language; **OR**
- English Learner students who are currently enrolled in the respective SFUSD Dual Language Immersion  Pathway; **OR**
- If the student demonstrates limited proficiencies on the assessment, the parent/guardian may sign an affidavit which determines the student's primary/dominant language and is eligible to go into the pathway language pool.

<u>For middle and high schools, the following students are eligible to apply for the Secondary Dual Language Pathway:</u>

- Students enrolled in the respective Elementary Dual Language Immersion Pathway or Newcomer Pathway; **OR**
- Students currently enrolled in the respective SFUSD Biliteracy Pathway and meet the proficiency level on the grade level pathway language assessment; **OR**
- Students who demonstrate grade level proficiency in the pathway language assessment given at the EPC.

If the student does not meet the eligibility requirements above, his/her request for this language pathway will be dropped from his/her application. See the "Language Assessments for Enrollment" section of this English Learner Program Guide for more information.

### i. Elementary Biliteracy Pathway

**Cantonese**

| | |
|---|---|
| • E.R. Taylor Elementary School | K to 5 |
| • Frank McCoppin Elementary School | 3 to 5 |
| • Garfield Elementary School | 4 to 5[4] |
| • George Moscone Elementary School | K to 5 |
| • Gordon J. Lau Elementary School | K to 5 |
| • Hillcrest Elementary School | K to 5 |
| • Jean Parker Elementary School | K to 5 |
| • John Yehall Chin Elementary School | K to 2 |
| • Monroe Elementary School | K to 5 |
| • Spring Valley Elementary School | K to 5 |
| • Sutro Elementary School | K to 5 |

[4] *The Cantonese Biliteracy Program will be phased out each year as the Cantonese Dual Language Immersion Program is phased in each year starting in 2012 – 13.*

# MULTILINGUAL PATHWAYS

| | |
|---|---|
| • Ulloa Elementary | K to 5 |
| • Visitacion Valley Elementary School | K to 5 |

**Filipino**

| | |
|---|---|
| • Bessie Carmichael School | 4 to 5[5] |

**Spanish**

| | |
|---|---|
| • Bryant Elementary School | K to 5 |
| • Cesar Chavez Elementary School | K to 5 |
| • Cleveland Elementary School | K to 5 |
| • E.R. Taylor Elementary School | K to 5 |
| • George Moscone Elementary School | K to 5 |
| • Glen Park Elementary School | K to 5 |
| • Guadalupe Elementary School | K to 5 |
| • Hillcrest Elementary School | K to 5 |
| • John Muir Elementary School | K to 5 |
| • Junipero Serra Elementary School | K to 5 |
| • Longfellow Elementary School | K to 5 |
| • Sanchez Elementary School | K to 5 |
| • Spring Valley Elementary School | K to 5 |

[5] *The Filipino Biliteracy Program will be phased out each year as the Filipino FLES Program is phased in each year starting in 2012 – 13.*

### ii. Secondary Dual Language Pathway

*At the secondary level, the elementary Dual Language Immersion and Biliteracy Pathways merge into the Secondary Dual Language Pathway where students take two academic classes in the pathway language.*

**Cantonese** (Students also study Mandarin)

| | |
|---|---|
| • Herbert Hoover Middle School | 6 to 8 |
| • Roosevelt Middle School | 6 to 7[6] |
| • Galileo High School | 9 to 12 |
| • Lincoln High School | 10 to 12 |

**Spanish**

| | |
|---|---|
| • Buena Vista Horace Mann (K-8) | 6 to 8[7] |
| • Everett Middle School | 6 to 8 |
| • Herbert Hoover Middle School | 6 to 8 |
| • James Lick Middle School | 6 to 8 |
| • Paul Revere School (K-8) | 6 to 7[7] |
| • John O'Connell High School | 9 |

[6] *Each year another grade level will be added until 8th grade.*
[7] *Elementary students enrolled in Spanish Immersion, or other pathways and demonstrate grade level proficiency in Spanish, at another site may request to enroll in Paul Revere and/or Buena Vista Horace Mann at the middle school grade levels.*

# MULTILINGUAL PATHWAYS

## 3. WORLD LANGUAGE PATHWAY

### A. FOREIGN LANGUAGE IN THE ELEMENTARY SCHOOL (FLES) PATHWAY
### (Filipino, Italian, Japanese, or Spanish)

Students in a FLES Pathway develop competency in a second language in addition to becoming fully proficient in English. Participation in a FLES Pathway results in second language proficiency that is culturally appropriate and applicable in a real-world setting.

For the Filipino FLES Pathway, the students will learn Filipino and Filipino American language and culture through a common core standards aligned social studies curriculum. In the fall of 2012, the incoming kindergarten classes at Bessie Carmichael and Longfellow Elementary Schools were the first cohorts in the Filipino FLES Pathway. Another grade will be added each year until 5th grade.

**Student Population**

This program is designed for all students including English Learners. It also provides native English speakers a chance to develop a second language. The spiraling nature of the curriculum allows students to enter a FLES pathway at any grade (with the exception of middle school), thereby providing multiple entry points for students who wish to become proficient in a second or third language.

**Instruction**

Instruction in the target language may vary from 30 to 60 minutes per day, three to five days-per-week and is delivered by a language-proficient classroom teacher or a dedicated language-proficient instructor. The curriculum is standards-based and reinforces concepts taught in math, science, and/or social studies. The curriculum integrates the target language and its cultures to promote meaningful communication. Additional instructional support is provided for students who enter FLES Pathways in the upper elementary grades.

# MULTILINGUAL PATHWAYS

### Foreign Language in Elementary School (FLES) Pathway

**Filipino**

| | |
|---|---|
| • Bessie Carmichael School | K to 3[8] |
| • Longfellow Elementary School | K to 3[8] |

**Italian**

| | |
|---|---|
| • Clarendon Elementary School | K to 5 |

**Japanese**

| | |
|---|---|
| • Clarendon Elementary School | K to 5 |
| • Rosa Parks Elementary School | K to 5 |

[8]*Each year another grade level will be added until 5th grade contingent on adequate enrollment and resources.*

### B. SECONDARY WORLD LANGUAGE PROGRAM
### (Cantonese, Filipino, French, Hebrew, Italian, Japanese, Latin, Mandarin, Russian, and Spanish)

Students in a secondary world language program develop academic, literacy, and social skills in a second language. Students learn to interact in interpersonal conversations, interpret texts, and present information in the target language. Students may take College Board approved Advanced Placement courses for the languages in which they are offered: Chinese (Mandarin), French, Japanese, and Spanish.

**Student Population**

This program is designed for all students: English Learners and native English speakers, including students who were enrolled in the Foreign Language in Elementary School (FLES) Pathway.

**Instruction**

Instruction is delivered in the target language with the aid of visuals, props, and materials to facilitate comprehension. The curriculum is standards-based and connected to other disciplines by reinforcing concepts taught in math, science, and/or social studies. The curriculum also integrates the target language and its cultures to promote meaningful communication.

### Secondary World Language Programs

**Middle Schools**
• International Studies Academy (Spanish)
• Marina (Mandarin & Spanish)
• Presidio (Japanese & Spanish)

**High Schools**
• Academy of Arts and Sciences (Mandarin & Spanish)
• Balboa (Mandarin, Filipino, French & Spanish)
• Burton (Mandarin, French & Spanish)

# MULTILINGUAL PATHWAYS

- Galileo (Cantonese, Mandarin, French & Spanish)
- International Studies Academy (Spanish)
- June Jordan (Spanish)
- Lincoln (Mandarin, French, Japanese & Spanish)
- Lowell (Mandarin, French, Hebrew, Italian, Japanese, Korean, Latin & Spanish)
- Marshall (Mandarin & Spanish)
- Mission (Mandarin & Spanish)
- O'Connell (French & Spanish)
- School of the Arts (Mandarin, French, Italian, Russian & Spanish)
- Wallenberg (Mandarin & Spanish)
- Washington (Mandarin, French, Japanese & Spanish)
- Wells (Spanish)

### C. METHODS FOR ENGLISH LEARNERS TO SATISFY THE HIGH SCHOOL WORLD LANGUAGE REQUIREMENT AND SEAL OF BILITERACY

**High School World Language Requirement**

To graduate from high school, students are required to complete two years (20 credits) of a World Language, or demonstrate proficiency in a World Language. World Language credits may only be earned in grades 7-12*. Proficiency, on the other hand, may be demonstrated, such that the full 20 credits are not needed, and students may graduate with 0 World Language credits. Students who can demonstrate proficiency in a language other than English that is equal to or exceeding what is expected of students after two years of high school World Language study may be able to satisfy the World Language requirement for graduation without credits.

*World Language credits can be obtained through private language instruction taken during grades 9-12. The student will be granted up to 10 credits (minimum of 150 hours of instruction) and not less than 5 credits (minimum of 60 hours of instruction) per year, for a maximum of 20 credits. Private language instruction which occurs before high school will not be granted credit.*

Satisfaction of both UC/CSU LOTE (Language Other Than English) admission requirements and SFUSD graduation requirements, may be demonstrated as follows:

a. Successful completion** of two years of high school study (three recommended for UC/CSU) in the same LOTE. This includes successfully completing only the second semester of a Year Two LOTE course, or higher course, for only 5 World Language credits (UC recommendation requires a minimum of the second half of Year Three).

b. Earning a passing score on the appropriate LOTE Advanced Placement or International Baccalaureate exam.

** *Successful completion of a course requires a grade of C or better.*

# MULTILINGUAL PATHWAYS

c.   Earning an appropriate score on the SAT Subject Test: LOTE.

d.   Successful completion of a subject matter course taught in a LOTE, e.g., Biology taught in Chinese, US History taught in Spanish. This includes successful completion of a 7th or 9th grade Secondary Dual Language Pathway subject matter course.

e.   In cases where the above options above are not available, certification by the high school principal is permitted, based on the judgment of language teachers, advice of professional or cultural organizations with an interest in maintaining language proficiency or other appropriate source of expertise. This includes scoring at or above the cut-off for proficiency as determined by the district-wide language placement test (for SFUSD 8th graders only).

Successful completion of the 7th grade target Language Arts course of the Secondary Dual Language Pathway (SDLP) should have 10 credits of LOTE Year Two transferred to the high school transcript (SFUSD only); 8th grade transfers 10 credits of LOTE Year Three. In high school, SDLP students should enroll in LOTE for Year Four or native speaker.

**Seal of Biliteracy**
To honor the bilingualism and biliteracy of SFUSD students, the Board of Education initiated the SFUSD Seal of Biliteracy in 2011 for all graduating seniors. The State Seal of Biliteracy was enacted in 2012 to honor the bilingualism and biliteracy of graduating seniors in California. The requirements for each are as follows:

SFUSD Seal of Biliteracy:
English:
•   Complete all UC A-G course requirements for a high school diploma, including all English Language Arts requirements and passing the CAHSEE, with an overall GPA of 2.0.

Target Language: (At least one of the following requirements)
•   Passing AP Exam with a score of 4 or 5 or higher.
•   Successful completion of the 4th year target language course with a "3.0" or above.
•   Foreign school records or other official documents instruction documenting five or more years of instruction in target language.

State Seal of Biliteracy:
English:
•   Completion of all English Language Arts requirements for graduation with an overall grade point average of 2.0 or above in those classes.
•   Passing the California Standards Test in English Language Arts (or its equivalent) administered in grade 11 at the "proficient" level.

# MULTILINGUAL PATHWAYS

- Attain the Early Advanced proficiency level on the California English Language Development Test (CELDT).

Target Language:

Proficiency in one or more languages in addition to English, demonstrated through one of the following methods:

- Passing a foreign language Advanced Placement examination with a score of 3 or higher or an International Baccalaureate examination with a score of 4 or higher.
- Successful completion of a four-year high school course of study in a foreign language and attainment of an overall grade point average of 3.0 or above in that course of study.
- If no Advanced Placement examination or off-the-shelf language test exists and the school district can certify to the State Superintendent of Public Instruction (SSPI) that the test meets the rigor of a four-year high school course of study in that foreign (world) language.
- Passing the Scholastic Assessment Test II foreign language examination with a score of 600 or above.

## 4. ENGLISH PLUS PATHWAY

The English Plus Pathway is designed to ensure English Learners develop English language proficiency and academic competency.

**Student Population**

The English Plus Pathway is designed for (1) English Learners from low incidence languages where it is not feasible for the district to offer a language pathway; and (2) English Learners whose parents wish for their children to be in an intensive English instruction program.

**Instruction**

Teachers in the English Plus Pathway use SDAIE methodologies which are strategies designed to help English Learners access core content. Students are provided with primary language support when available. Students receive **at least** 30 minutes per day of Designated English Language Development (ELD) instruction in addition to Integrated ELD during content instruction. The English Plus Pathway provides the basic services guaranteed for English Learners by SFUSD as required by California law.

**English Plus Pathway** is available at all school sites, except whole school dual language sites (Buena Vista Horace Mann, CIS at De Avila, Fairmount, Marshall, and Alice Fong Yu) and whole school newcomer sites (Chinese Education Center and Mission Education Center).

# MULTILINGUAL PATHWAYS

## 5. NEWCOMER PATHWAY
### (Chinese, Spanish, and All Languages)

The Newcomer Pathway is designed to help recently arrived immigrant English Learner students adjust to their new language and culture. At the elementary level, it is a one-year program (with the possibility of a second year as needed). At middle and high school, students may stay in the Newcomer Pathway for multiple years as needed. In addition to academic support, Newcomers have access to resources and referrals to student support services, i.e. physical and mental health, housing, and legal services.

**Student Population**

The Newcomer Pathway serves recently arrived immigrant English Learner students who need a period of adjustment and orientation before entering a language pathway or English Plus Pathway.

**Instruction**

The curriculum includes transition support and primary language instruction or support (when available) in academic areas at grade level. The pathway also addresses academic gaps due to differences in national schooling systems or gaps in prior schooling. Students receive intensive Designated English Language Development consisting of at least two periods of English taught at the appropriate linguistic proficiency level. All non-Designated ELD academic classes are taught either through the primary language or in English with Integrated ELD and strategies designed to help English Learners access and engage in academic core instruction. The district currently offers primary language instruction for Newcomer students in Chinese and Spanish. As students exit the Newcomer Pathway, they transition to a language pathway or English Plus Pathway.

As part of the high school Newcomer Pathway, Students with Interrupted Formal Education (SIFE) may be identified and receive additional support to be successful in formal schooling in the United States. SIFE students may have significant gaps in schooling and/or formal education which began after age 8. SIFE who are English Learners may require additional literacy or numeracy classes in order to access and engage in academic core instruction.

# MULTILINGUAL PATHWAYS

### Eligibility

Prior to student enrollment in the district, the student's parents/guardians complete the SFUSD's Home Language Survey (HLS) on the enrollment application.

An applicant must meet the following eligibility requirements:

*   Student listed a language other than English on his/her home language survey; **AND**

*   Student entered the U.S. within 1 year of requested enrollment; **AND**

*   Student scored at level 1 or 2 on the California English Language Development Test (CELDT) or has no test results available.

If the student does not meet the above eligibility requirements, his/her request for this pathway will be dropped from his/her application.

### Newcomer Pathway

**Chinese**

| | |
|---|---|
| • Chinese Education Center | K to 5 |
| • Lincoln High School | 9 to 12 |

**Spanish**

| | |
|---|---|
| • Mission Education Center | K to 5 |

**All Newcomer Languages**

| | |
|---|---|
| • Everett Middle School | 6 to 8 |
| • Francisco Middle School | 6 to 8 |
| • Marina Middle School | 6 to 8 |
| • Visitacion Valley Middle School | 6 to 8 |
| • Galileo High School | 9 to 12 |
| • Lincoln High School | 9 to 12 |
| • Thurgood Marshall High School | 9 to 12 |
| • Mission High School | 9 to 12 |
| • S.F. International High School[9] | 9 to 12 |
| • Washington High School | 9 to 12 |

[9] *S.F. International High School is especially designed for immigrant English Learners who arrived in the U.S. within the last 4 years. English Learners can complete all four years of their high school education at S.F. International High School and graduate with a high school diploma and may be eligible for admission to a four-year college.*

# MULTILINGUAL PATHWAYS

## 6. PARENTAL EXCEPTION WAIVERS

State law requires that parents/guardians of English Learners must sign a parental exception waiver in order for their child to be enrolled in a language pathway (i.e. Dual Language Immersion, Biliteracy or Newcomer with primary language instruction). Parents/guardians will receive a copy of the initial waiver when they receive their placement offers. Upon registration at the school site, a signed waiver must be submitted to the school along with other required documents for registration. By signing the waiver, the parent/guardian is requesting that his/her child be placed in a primary language pathway in which some of the instruction, textbooks and materials are provided in the child's native language. To review a list of instructional materials for each pathway, please go to EPC or review at http://www.sfusd.edu/en/programs-and-services/english-learners-and-language-pathways/overview.html. Each year parents/guardians of English Learners are required to sign an annual waiver until the student has reclassified or is no longer enrolled in a language pathway.

We believe that by providing access to well-articulated, high-quality programs and services that focus on academic achievement, inclusive practices and the promotion of positive self-esteem, we will create global citizens who are ready to become our future leaders.

**SFUSD Administrator**

MULTILINGUAL PATHWAYS

## 7. SFUSD – STANFORD UNIVERSITY ENGLISH LEARNER PATHWAY STUDY

*In partnership with Stanford University, SFUSD conducted a longitudinal study which included approximately 18,000 EL students who entered kindergarten in SFUSD from 2001-2009, including 12,000 in English Plus, 4,000 in Bilingual Maintenance (most similar to current Biliteracy Pathway), and 2,000 in Dual Immersion. The graphs below compare the outcomes of EL students in these three pathways from 2004-2012.*

**English Proficiency: More than 4 out of 5 English Learners are proficient in English by the 5th grade, regardless of English Learner Pathway.**

- Every year your child's English proficiency level will be assessed in order to ensure that he/she is making progress toward full English fluency.

- Students in the English Plus Pathway make faster progress toward English proficiency in the early grades of elementary school.

- Students in the Bilingual and Dual Immersion Pathways catch up with their peers around the 5th grade. By the end of elementary school about 80-85% of students are English proficient, regardless of initial pathway.

### Percent of EL Kindergarten Entrants Reaching English Proficiency (as Measured by the CELDT) by Grade & Program, 2002-2012



# MULTILINGUAL PATHWAYS

**Reclassification: In elementary school more students in English Plus classrooms than in two-language pathways are reclassified as English proficient. Students in the two-language pathways catch up by the 7th grade.**

- As your child develops English and academic skills, he/she will reach a point when he/she will be reclassified as a Fluent English Proficient student. See section on "Reclassification Process" for detailed criteria.

- In 5th grade 3 out of 4 students in English Plus pathway have reclassified, which is somewhat higher than reclassification rates in the other pathways.

- By the 7th grade, reclassification rates are virtually the same – above 85% – in all three EL Pathways.

**Percent of EL Kindergarten Entrants Reclassified as English Proficient, by Grade & Instructional Program, 2002-2012**



# MULTILINGUAL PATHWAYS

**English Language Arts (ELA): On average, the ELA skills of English Learners (ELs) in the Dual Immersion Pathway increase faster than those of ELs in the other pathways.**

- The average ELA test scores of ELs enrolled in the Dual Immersion Pathway increase faster from 2nd through 7th grade than those of students enrolled in the English Plus or Bilingual Maintenance Pathways.

- Although those in Dual Immersion score below their peers in the Bilingual Maintenance and English Plus Pathways in 2nd grade, by 5th grade they catch up such that their scores do not differ across pathways.

- By 7th grade, ELs in Dual Immersion score higher on the ELA test than the average student in California, and higher than ELs enrolled in the other pathways.

- The ELA test-scores of ELs in Bilingual Maintenance and English Plus change at about the same rate as those of the average student in California.

### Average English Language Arts CST Trajectory: EL Kindergarten Entrants, by Instructional Pathway



# Language and Literacy Assessments

In light of the new California English Language Development (ELD) Standards, Common Core State Standards (CCSS) and the Next Generation Science Standards (NGSS), teachers will assess the students holistically using diagnostic, formative, interim and summative language, literacy and content area assessments provided by the state and district, including recommended and teacher created assessments.

**English Language Development Assessments:** The ELD diagnostic and placement assessments include the annual California English Language Development Test (CELDT) and other assessments available to teachers such as A Developmental English Proficiency Test (ADEPT), EXPRESS, Idea Proficiency Test (IPT) and Quick Informal Assessment (QIA).

**Literacy and Content Area Assessments:** Teachers use the states' Smarter Balanced Assessment (SBAC; replaced the California Standards Test in 2014-15) and districts' informative assessments such as the Common Learning Assessments (CLAs) for English Language Arts, Spanish Language Arts, and Mathematics, Fountas & Pinnell reading assessments, which includes Spanish at grades K-2, Scholastic Reading Inventory (SRI) for grades 3 – 10, and Integrated Writing Assessment (IWA) for 3rd, 6th and 9th grades. Many sites have other leveled reading assessments sites such as Developmental Reading Assessments (DRA), California Reading and Literature Project (CRLP) Results for English Learner assessments, and use student writing samples and oral language anecdotal notes for all grade levels to monitor student progress.

At the elementary level, EL progress in English Language Development (ELD) is embedded in the English Language Arts (ELA) section of the Standards Based Report Card (SBRC). Primary language for Spanish and Cantonese are documented in the SBRC as well. Progress in English and the primary language (when applicable) is documented on the Language and Literacy Assessment Rubric (LALAR) at the secondary level. Backwards planning, pacing and appropriate re-teaching and scaffolding take place in all content area instruction to optimize student progress.

**SCHEDULE OF KEY ASSESSMENTS:**

| August | September | October | November - December | January | February | March | April | May |
|--------|-----------|---------|---------------------|---------|----------|-------|-------|-----|
| CELDT | | | | | | | | |
| | | CLA | | CLA | | CLA | | |
| | | SRI | | SRI | | | | |
| | | | | | | | SBAC | |

## Access to Special Education

For ELs with Individual Education Programs (IEPs) who require English language acquisition services to obtain a Free Appropriate Public Education (FAPE):

- Their IEPs should include goals that address Designated English Language Development as well as goals that support access to Integrated English Language Development in content areas and/or primary language instruction or primary language support where available and appropriate.

- The team that conducts the eligibility assessment must include experts in non-biased assessments and provide the IEP team with information to help the team understand the impact of the student's disability as it relates to an English Learner.

- IEP teams should consult with at least one certificated staff person with a CLAD or BCLAD who can assist the IEP team in determining what Special Education services are necessary to provide the EL student with access to core curriculum instruction, and what linguistically appropriate goals should be developed to address both the disability and/or need of the student, even if not related to the student's disability.

If ELD goals are not included in an EL student's IEP because the student's disability does not affect the student's involvement and progress in this area, then the school still must ensure that the student participates in at least 30 minutes of Designated ELD targeted specifically to their English proficiency level until reclassified as well as Integrated ELD during content instruction. Go to http://www.sfusd.edu/en/programs-and-services/special-education/overview.html for more information.

Parents and guardians of English Learners who are receiving special education services are encouraged to participate in the Community Advisory Committee for Special Education (CAC). The purpose of the CAC is to champion effective special education programs and services and advise the Board of Education on priorities in the Special Education Local Plan Area (SELPA). For more information on the CAC, go to http://www.sfusd.edu/en/councils-committees/community-advisory-committee-(cac)-for-special-education.html



# Access to Gifted and Talented Education

Gifted and Talented Education in SFUSD provides access to challenging and novel learning opportunities that equitably engage high potential, talent and exceptional capacities of students. SFUSD educators and parents are provided support in identifying GATE students and facilitating site GATE programs. Go to http://www.sfusd.edu/en/programs-and-services/gifted-and-talented-education-program.html for more information.

Proficiency in English is not a requirement for English Learners to be eligible for Gifted and Talented Education (GATE). Starting in the 3rd grade, teachers may use the following indicators of giftedness to refer English Learners for GATE:

| Language Indicators | Non-traditional Indicators |
|---|---|
| • Rate of language acquisition | • Responsibility |
| • Gains between assessments | • Service |
| • Manipulation of either language | • Resilience |
| • Ability to conceptualize in either language | • Adaptability |
| • Advanced vocabulary in either language | • Acculturation rate |
| • Advanced ability in code-switching | • Ambition |
| | • Risk-taking/Leadership |
| | • Perseverance |
| | • Conceptualization |
| | • Intuition |
| | • Hypersensitivity |
| | • Metacognition (verbalization of thinking) |
| | • Concrete/abstract movement quick |

*Source: Orange County Public Schools, Identifying Our Gifted Learners in Exceptional Student Education*

Teachers may also review the following when identifying ELs for GATE:
- Assessments in home language
- Teacher input, including art and other content area teachers
- Accelerated progress on assessments

# Reclassification Process

Reclassification is the process whereby an English Learner is reclassified as a Fluent English Proficient (RFEP) student after meeting various linguistic and academic criteria set by the state and district.

The San Francisco Unified School District has developed student reclassification policy and procedures based on criteria set forth by California Department of Education guidelines. Students initially identified as English Learners (ELs) are reclassified as Fluent English Proficient (RFEP) when they meet the following standard criteria. Detailed reclassification information by grade level is available at http://www.sfusd.edu/en/programs-and-services/english-learners-and-language-pathways/reclassification.

1. Overall proficiency level of 4 (Early Advanced) or 5 (Advanced) on the CELDT, with sub-scores of 3 (Intermediate) or higher;

2. Demonstration of "basic skills" in English from an objective assessment that is also given to English proficient students of the same age;

3. Teacher Evaluation; AND

4. Parent/Guardian has been consulted/notified (Parent Consent Letter).

Starting in the 2013-14 school year, the California Standards Test (CST) will no longer be administered as the state transitions to the implementation of the Smarter Balanced Assessment in 2014-15. In lieu of the CST for English Language Arts (CST-ELA), English Learners will be able to demonstrate their "basic skills" using 1) Fountas & Pinnell (F&P) reading assessment; 2) Scholastic Reading Inventory (SRI); or 3) the California High School Exit Exam (CAHSEE) as available for each grade level. Each of these assessments may be given multiple times during the school year.

If deemed appropriate by the IEP Team, English Learners who are receiving special education services may be assessed with the "VCCALPS" as an alternate assessment to the CELDT to determine English proficiency levels. If the school's language appraisal team determines that an EL with an IEP would benefit from EL reclassification, but the student's disability prevents him/her from meeting the above criteria, the Individualized Reclassification Protocol may be appropriate for this relatively small number of students.

Multilingual Pathways Department (MPD) distributes a list of ELs to each site on a regular basis. The list provides teachers and administrators with the necessary test information to initiate the reclassification process. In addition, MPD distributes a list specifically of students who potentially qualify for reclassification. It is the responsibility of the school site to initiate the reclassification process. After a student is reclassified, his/her academic progress must be monitored for two years.

# FREE Translation and Interpretation Services

As a parent/guardian, you may request free individual translation or interpretation services at your school site and/or at a district department by filling out Primary Language Assistance Request (PLAR) forms. The forms can be completed in your home language and returned to your school's main office, the SFUSD's Central Office (555 Franklin Street, First Floor Lobby) or Student, Family & Community Support Department (727 Golden Gate Avenue, 2nd Floor).

If you have a complaint about translation/interpretation services, you may complete a complaint form in your home language and return it to your school's main office, SFUSD's Central Office (555 Franklin Street, First Floor Lobby) or  Student, Family & Community Support Department (727 Golden Gate Avenue, 2nd Floor).

All of these forms can be obtained at school sites, SFUSD's Central Office, Student, Family & Community Support Department and on the "Students and Parents" page of www.sfusd.edu.  For more information or assistance, you may leave a message by calling 415-522-7343.

**Non-district qualified interpreters, including <u>students and other children</u>, may not be used for interpretation, except in emergency situations.**

# Parent Involvement Opportunities

All families of English Learners are invited to participate in the School Site Council and English Learner Committee at their school.  The following describes the responsibilities of each group.

| SCHOOL SITE COUNCIL (SSC) | ENGLISH LEARNER ADVISORY COMMITTEE (ELAC) |
|---|---|
| • Establish and regularly review Parent Involvement Policy and Home-School Compact (required for Title I schools).<br>• Develop, monitor and evaluate Balanced Scorecard/Single Plan for Student Achievement (BSC/SPSA).<br>• Get input from other advisory councils and committees.<br>• Establish and maintain bylaws.<br>• Maintain records (e.g. elections, official correspondence). | • Advises the principal on programs and services for ELs.<br>• Advises the SSC on the development of the BSC/SPSA and the Supplemental Concentration Grant – English Learners (SCG-EL) budget.<br>• Assists with school needs assessment and annual language census.<br>• Builds parent awareness on importance of school attendance.<br>• Each (ELAC) elects at least one member to the District English Learner Advisory Committee (DELAC).  The DELAC provides recommendations to the district on ways to improve programs and services for English Learners. |

For more information, contact your school principal or call Multilingual Pathways Department: Lucia Perez Barrow – 379-7640 (English/Spanish) and Daisy Chan - 379-7763 (English/Chinese).

# Glossary of Educational Terms for English Learners

| Term | Definition |
|------|------------|
| **A – G Requirements** | The University of California requires that entering freshman have completed college-preparatory courses in each of these subjects (which the U.C. system labels with letters "A – G"): math, lab science, history/social science, a language other than English, visual or performing arts, and a qualifying elective. |
| **Annual Measurable Achievement Objective (AMAO)** | The three measures under the federal No Child Left Behind Act to evaluate if English Learners in a district are academically succeeding: 1) progress in learning English; 2) progress in the percentage of students who become proficient in English; and 3) academic targets in English-language arts and mathematics. |
| **Bilingual, Cross-cultural, Language and Academic Development (BCLAD) or Bilingual Authorization** | State authorization permitting teachers to provide Specially Designed Academic Instruction in English, English Language Development, primary language development in the target language and content instruction delivered in the target language. |
| **California English Language Development Test (CELDT)** | State exam administered to classify English fluency level and to annually assess English proficiency level until reclassification. |
| **California High School Exit Examination (CAHSEE)** | State exam that all high school students must pass to earn a high school diploma, except where exempted from the test's requirements under state law or regulation. |
| **California Standards Test (CST)** | Former state exam that measures students' progress toward achieving state academic standards for core content. The last administration of this assessment was in 2013. All districts in California have transitioned to the Smarter Balanced Assessment (see below). |
| **Common Core State Standards (CCSS)** | The Common Core State Standards are a set of Math and English Language Arts standards that have been adopted by most states in the U.S. to provide clarity about what children are expected to know and be able to do as a result of their K – 12 education. |
| **Common Learning Assessments (CLA)** | District assessments that measure student learning of the standards in English Language Arts, Mathematics and Spanish. |
| **Cross-cultural, Language and Academic Development (CLAD) or English Learner Authorization** | State authorization permitting teachers to provide Specially Designed Academic Instruction in English and English Language Development. |

# Glossary of Educational Terms for English Learners

| Term | Definition |
|------|-----------|
| **Deferred Action for Childhood Arrivals (DACA) Program** | Students who arrived without documentation to the United States as children may be free from deportation for two years (renewable) and eligible for work permits. Eligible students include those who came to the United States before reaching their 16th birthday and are under the age of 31 as of June 15, 2012 and who have continuously resided in the United States since June 15, 2007. |
| **English Language Development (ELD): Designated and Integrated** | **Designated ELD** instruction as defined in the CDE 2014 ELA/ELD Framework is a protected time during the regular school day where teachers use ELD standards as the focal standards in ways that build into and from content instruction toward the development of critical academic English language skills, knowledge, and abilities needed for content learning in English.<br>**Integrated ELD** is academic English language instruction provided throughout the instructional day and across the disciplines. Teachers with English Learners use the California ELD Standards in addition to their focal English language arts/literacy and other content standards to support the linguistic and academic progress of English Learners. |
| **English Learner (EL)** | Term used by the California Department of Education to describe students who are in the process of acquiring English as a second language and have not yet reached Fluent English Proficient (FEP) status. |
| **English Learner Typology** | Descriptors indicating the number of years a student has been classified as an English Learner: 1) **New** – classified as an EL for 1-2 years (**Newcomers** who are recently arrived immigrants are a subset of New ELs); 2) **Developing** – classified as an EL for 2-5 years; and 3) **Long-Term English Learner** – classified as an EL for more than 5 years. |
| **Fluent English Proficient (FEP)** | There are two categories of FEP students: 1) Initial FEPs (I-FEPs) who have a home language other than English, but qualify as FEP when they first enter school, generally by their score on the CELDT; and 2) Redesignated FEPs (R-FEPs), who were initially designated as ELs, and have been redesignated to FEP by meeting the criteria set by state and district. |

# Glossary of Educational Terms for English Learners

| Term | Definition |
|---|---|
| **Gifted and Talented Education (GATE)** | Refers to students who have been identified as gifted and talented using multiple factors in the GATE-identification process. |
| **Home Language** | Language that is most frequently used at home. Usually, it is the language in which the student is most proficient. Term is used interchangeably with primary, native and first language. |
| **Individualized Education Plan (IEP)** | Plan developed to meet the specific needs of a student who has been identified as eligible to receive Special Education services. |
| **Primary Language** | Language in which the student is most proficient. Typically, it is the language the student learned first. The term is used interchangeably with home, native and first language. At times primary language is referred to as "L1." |
| **Primary Language Assistance Request (PLAR)** | Form for parents to request translation and/or interpretation services. |
| **Program Pathways** | Refers to programs that are offered from elementary school to high school. |
| **RTI[2]: Response to Instruction and Intervention** | A systematic, data-driven approach to instruction that benefits every student. RTI2 integrates resources from general education, categorical programs, and special education through a comprehensive system of core instruction and tiered levels of interventions to benefit every student. |
| **Smarter Balanced Assessments** | New computer-based state assessment taken by students in grades 3-8 and 11in both English Language Arts and Mathematics to measure their mastery of the new Common Core State Standards. This assessment replaces the California Standards Test (CST). |
| **Specially Designed Academic Instruction in English (SDAIE)** | Refers to instruction of content organized and delivered in a way that is comprehensible to English Learners. |
| **Unaccompanied Immigrant Child** | A minor under 18 who has no parent or legal guardian in the United States, or no parent or legal guardian in the U.S. available to provide care and physical custody. Many Unaccompanied Immigrant Children are Students with Interrupted Formal Education in need of resources and referrals to physical and mental health, housing and legal services. |

Questions? Want help?
## Talk to the team at the SFUSD Educational Placement Center. We're here to help!

555 Franklin Street, Room 100
415.241.6085
www.SFUSD.edu/enroll

## Key Dates

**October 1** School tours begin (call the schools or visit www.sfusd.edu/enroll for dates and times)

**October 25** Applications available. Enrollment Fair (John O'Connell High School, 2355 Folsom St., San Francisco, 94110; 9:30 am to 2:30 pm)

**December 12** Lowell 9th grade applications due

**January 16, 2015** Last day to submit an application for school placement

**March 13, 2015** Placement offers mailed to families

**Non-Discrimination Policy**

San Francisco Unified School District programs, activities, and practices shall be free from discrimination based on actual or perceived race, color, ancestry, national origin, ethnic group identification, age, religion, marital or parental status, physical or mental disability, sex, sexual orientation, gender, gender identity, or gender expression; or on the basis of a person's association with a person or group with one or more of these actual or perceived characteristics.

If you believe you have been discriminated against, immediately contact the school site principal and/or Executive Director of the Office of Equity, Ruth Diep, at (415) 355-7334 or diepr@sfusd.edu.  A copy of SFUSD's uniform complaint policy is available upon request.



**SFUSD** SAN FRANCISCO PUBLIC SCHOOLS

SFUSD Multilingual Pathways Department